Marc C. Forsythe - State Bar No. 153854
**GOE & FORSYTHE, LLP**
18101 Von Karman Avenue, Suite 1200
Irvine, CA 92612
mforsythe@goeforlaw.com

Telephone:  (949) 798-2460
Facsimile:   (949) 955-9437

Proposed Attorneys for LF Runoff 2, LLC fka Plutos Sama, LLC

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>LF RUNOFF 2, LLC FKA PLUTOS SAMA, LLC,<br><br><br>Debtor. | Case No. 8:19-bk-10526-TA<br><br>Chapter 11<br><br>**DEBTOR'S EMERGENCY MOTION FOR ORDER LIMITING NOTICE OF CERTAIN MATTERS REQUIRING NOTICE PURSUANT TO FRBP 2002 AND 9007; MEMORANDUM OF POINTS AND AUTHORITIES, DECLARATION OF MATTHEW C. BROWNDORF IN SUPPORT THEREOF**<br><br>[LBR 9075-1]<br><br>Hearing Date:<br>Time:<br>Courtroom:    5B<br>                 United States Bankruptcy Court<br>                 411 West Fourth Street<br>                 Santa Ana, CA 92701 |

**TO THE HONORABLE THEODOR ALBERT, UNITED STATES BANKRUPTCY**

**JUDGE, THE UNITED STATES TRUSTEE, AND TO ALL PARTIES IN INTEREST:**

Debtor and Debtor-in-Possession, **LF RUNOFF 2, LLC fka PLUTOS SAMA, LLC**

("Debtor LF"), for the Chapter 11 estate in the above-referenced bankruptcy case, hereby moves

the Court for an Emergency Order Limiting Notice of Certain Matters Requiring Notice Pursuant

to FRBP 2002 and 9007 ("Motion").

This Motion is based upon this Notice, and any additional notices as may be required by

1    the Court, the attached Memorandum of Points and Authorities, the Declaration of Matthew C.

2    Browndorf ("Browndorf Declaration"), the pleadings and filings in this case, and upon other

3    such evidence as the Court elects to consider prior to or at the hearing on this matter.

4

5    Dated: February 14, 2019                    Respectfully submitted by:

6                                               GOE & FORSYTHE, LLP

7

8                                               By: _/s/Marc C. Forsythe_
                                                    Marc C. Forsythe
9                                                   Proposed Attorneys for LF RUNOFF 2,
                                                    LLC fka PLUTOS SAMA, LLC, Debtor
10                                                  and Debtor in Possession

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## I.  INTRODUCTION

The prompting factor for Debtor's filing of a voluntary petition under chapter 11 of Title 11 of the United States Code ("Bankruptcy Code") on February 14, 2019 (the "Petition Date"), is the need for the Debtor, as the general partner of the related Chapter 11 Bankruptcy case filed in the same Court titled In re BP Fisher Law Group, LLP, Case No. 8:19-bk-10158-TA ("Debtor BP"), to reorganize its affairs along with Debtor BP and a to-be-filed related bankruptcy case for another law firm that Debtor LF is the managing member – BP Peterman Law Group, LLC ("BP Peterman").  *See* Declaration of Matthew C. Browndorf, ¶ 2, attached hereto and incorporated herein by this reference ("Browndorf Dec.")

Debtor has approximately two-hundred-ninety (290) creditors and, by this Motion, seeks an order limiting notice with regard to certain routine matters as set forth below.  *See* Browndorf Dec., ¶ 3.

## I.  BACKGROUND OF THE DEBTOR

Debtor LF was and is the general partner of Debtor BP.  Debtor LF was established as an ownership vehicle for default law firms pursuant to its principals' efforts to establish a nationwide network of affiliated mortgage default foreclosure law firms.  This model mimicked the model successfully employed by the Law Offices of Gary Shapiro group and other similar nationwide networks.  The efforts of Debtor LF were backed by the investment of Plutos Sama Holdings, Inc. ("PSH"), a private equity company that purchases and, in the case of law firms, lends to, companies and assets in distress in a number of different areas such as (i) residential mortgage backed securities; (ii) residential mortgage origination and servicing; (iii) default and traditional general practice law firms; (iv) restaurants and other consumer services; and (v) micro-lending. .  *See* Browndorf Dec., ¶ 4.

Pursuant to its goal of establishing a nationwide network of affiliated default law firms, in June of 2015, Debtor LF purchased The Fisher Law Group, PLC from its sole proprietor, Jeffrey B. Fisher, and later renamed the firm LF RUNOFF 2, LLC fka PLUTOS SAMA, LLC. Pursuant to Debtor LF's model, the Firm was initially managed by the selling partner, Jeffrey B. Fisher, with Debtor LF simply managing the back-office functions and providing capital

1  infusions as necessary.  During this transition period, Debtor LF was forced to substantially

2  down-size Debtor LF after losing several significant clients – including Ditech.  Debtor LF was

3  also struggling as a result of a slow-down in the residential default foreclosure market.  *See*

4  Browndorf Dec., ¶ 5.

5  **II.    THE COURT SHOULD LIMIT NOTICE PURSUANT TO F.R.B.P. 2002 AND**

6  **9007**

7      Debtor LF has approximately two-hundred-ninety (290) creditors.  Debtor LF anticipates

8  that the U.S. Trustee will appoint an official committee of creditors holding unsecured claims

9  (the "Committee") to represent the interests of unsecured creditors in Debtor LF's case, and that

10  the Committee may employ counsel to represent it.  Many of the motions and applications which

11  will be filed in Debtor LF's case will involve matters which ordinarily fall within the parameters

12  of notices required to be given to all creditors, but which will not affect directly, or impact the

13  interests of, a majority of the creditors.  Debtor LF contends that providing notice to all such

14  parties would be overly burdensome and costly to the estate.  *See* Browndorf Dec., ¶ 6.

15      Debtor LF believes that limiting notice to the U.S. Trustee, top 20 unsecured creditors if

16  no Committee is appointed, the Committee (or its counsel, should counsel be employed), the

17  IRS, or their counsel of record, and to all parties who request special notice in the Debtor's

18  Chapter 11 case, would provide adequate and proper notice to affected creditors and to other

19  interested parties.  Additionally, Debtor LF will provide notice to any party whose interest is

20  impacted directly by a particular action or proceeding filed by Debtor LF.  *See* Browndorf Dec.,

21  ¶ 7.

22      Notwithstanding Debtor LF's proposed procedures for limiting of notice in the Debtor LF's

23  case, Debtor LF will provide to all creditors notice of the following matters:

24  1.    The time fixed for filing objections to, and the hearing to consider approval of, a

25        disclosure statement;

26  2.    The time fixed for filing objections to, and the hearing to consider confirmation of,

27        a plan;

28  3.    Any time fixed for filing objections to, and any hearing to consider, a proposed sale

1   of all or substantially all assets of the estate;

2          4.          Notices with respect to claims bar dates; and

3          5.          Any time fixed for filing objections to, and any hearing on, a dismissal of the case.

4   *See* Browndorf Dec., ¶ 8.

5          Debtor LF believes that adoption of this proposed notice procedure is necessary and

6   appropriate.  Such notice procedure will relieve Debtor LF of the significant administrative

7   burdens which would be associated with periodic "mass mailings," and would reduce substantially

8   Debtor LF's postage and reproduction costs, thereby facilitating significantly the economical and

9   efficient administration of Debtor LF's case.  Any entity whose interest is affected by any action or

10  proceeding filed by Debtor LF will receive proper notice thereof.  Moreover, any entity which is

11  sufficiently interested in the proceedings in Debtor LF's case may, by written request for special

12  notice, receive all notices of such proceedings.  *See* Browndorf Dec., ¶ 9.

13         Rule 2002 of the Federal Rules of Bankruptcy Procedure provides, in pertinent part, as

14  follows:

15                 The Court may from time to time enter orders designating the

16                 matters in respect to which, the entity to whom, and the form and

17                 manner in which notices shall be sent except as otherwise provided by

18                 these rules.

19  Fed. R. Bankr. P. 2002(m).

20         Rule 9007 of the Federal Rules of Bankruptcy Procedure provides:

21                 When notice is to be given under these rules, the court shall

22                 designate, if not otherwise specified herein, the time within which, the

23                 entities to whom, and the form and manner in which the notice shall be

24                 given.  When feasible, the court may order any notices under these rules

25                 to be combined.

26  Fed. R. Bankr. P. 9007.

27         Pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, then, this

28  Court has the authority to limit the manner of service of notice in Debtor LF's case.

1    Debtor LF believes that an order authorizing the limiting of service of those notices set

2  forth in Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure will ultimately benefit

3  the creditors of Debtor LF's estate by saving for the estate undue postage and photocopying

4  expenses and by eliminating the administrative burdens, which would be associated with Debtor

5  LF having to serve all notices in Debtor LF's case on the substantial number of creditors and

6  equity security holders in the cases.  *See* Browndorf Dec., ¶ 10.

7    Debtor LF has a total of approximately two-hundred-ninety (290) creditors.  Requiring

8  Debtor LF to provide notice to all parties-in-interest of all pleadings filed in this case will not only

9  cause the estate to incur the expense of copying and mailing potentially hundreds of notices, but

10  will also cause the estate to incur attorneys' fees responding to the significant number of inquiries

11  anticipated from recipients of bankruptcy pleadings.  *See* Browndorf Dec., ¶ 11.

12  **IV.    CONCLUSION**

13    For the foregoing reasons, Debtor LF respectfully requests that the Court grant the relief

14  prayed for herein.

15  Dated: February 14, 2019                    Respectfully submitted by
16                                              GOE & FORSYTHE, LLP

17

18                                              By: */s/Marc C. Forsythe*
                                                    Marc C. Forsythe
19                                                  Proposed Attorneys for LF RUNOFF 2,
                                                    LLC fka PLUTOS SAMA, LLC, Debtor
20                                                  and Debtor in Possession

21

22

23

24

25

26

27

28

# DECLARATION OF MATTHEW C. BROWNDORF

I, Matthew C. Browndorf, hereby declare and state as follows:

1.      I am the CEO of LF Runoff 2, LLC, fka Plutos Sama, LLC ("Debtor LF"), the administrative general partner of BP Fisher Law Group, LLC ("Debtor BP") and have access to the records of both Debtors, which are kept in the ordinary course of business by both Debtors.  I am over the age of twenty-one years, and I am authorized and competent to testify to the matters contained herein.

2.      The prompting factor for Debtor's filing of a voluntary petition under chapter 11 of Title 11 of the United States Code ("Bankruptcy Code") on February 14, 2019 (the "Petition Date"), is the need for the Debtor, as the general partner of the related Chapter 11 Bankruptcy case filed in the same Court titled In re BP Fisher Law Group, LLP, Case No. 8:19-bk-10158-TA ("Debtor BP"), to reorganize its affairs along with Debtor BP and a to-be-filed related bankruptcy case for another law firm that Debtor LF is the managing member – BP Peterman Law Group, LLC ("BP Peterman").

3.      Debtor has approximately two-hundred-ninety (290) creditors and, by this Motion, seeks an order limiting notice with regard to certain routine matters as set forth below.

4.      Debtor LF was and is the general partner of Debtor BP.  Debtor LF was established as an ownership vehicle for default law firms pursuant to its principals' efforts to establish a nationwide network of affiliated mortgage default foreclosure law firms.  This model mimicked the model successfully employed by the Law Offices of Gary Shapiro group and other similar nationwide networks.  The efforts of Debtor LF were backed by the investment of Plutos Sama Holdings, Inc. ("PSH"), a private equity company that purchases and, in the case of law firms, lends to, companies and assets in distress in a number of different areas such as (i) residential mortgage backed securities; (ii) residential mortgage origination and servicing; (iii) default and traditional general practice law firms; (iv) restaurants and other consumer services; and (v) micro-lending. .

5.      Pursuant to its goal of establishing a nationwide network of affiliated default law

1    firms, in June of 2015, Debtor LF purchased The Fisher Law Group, PLC from its sole proprietor,

2    Jeffrey B. Fisher, and later renamed the firm LF RUNOFF 2, LLC fka PLUTOS SAMA, LLC.

3    Pursuant to Debtor LF's model, the Firm was initially managed by the selling partner, Jeffrey B.

4    Fisher, with Debtor LF simply managing the back-office functions and providing capital infusions

5    as necessary.  During this transition period, Debtor LF was forced to substantially down-size

6    Debtor LF after losing several significant clients – including Ditech.  Debtor LF was also

7    struggling as a result of a slow-down in the residential default foreclosure market.

8        6.      Debtor LF has approximately two-hundred-ninety (290) creditors.  Debtor LF

9    anticipates that the U.S. Trustee will appoint an official committee of creditors holding

10   unsecured claims (the "Committee") to represent the interests of unsecured creditors in Debtor

11   LF's case, and that the Committee may employ counsel to represent it.  Many of the motions and

12   applications which will be filed in Debtor LF's case will involve matters which ordinarily fall

13   within the parameters of notices required to be given to all creditors, but which will not affect

14   directly, or impact the interests of, a majority of the creditors.  Debtor LF contends that

15   providing notice to all such parties would be overly burdensome and costly to the estate.

16       7.      Debtor LF believes that limiting notice to the U.S. Trustee, top 20 unsecured

17   creditors if no Committee is appointed, the Committee (or its counsel, should counsel be

18   employed), the IRS, or their counsel of record, and to all parties who request special notice in the

19   Debtor's Chapter 11 case, would provide adequate and proper notice to affected creditors and to

20   other interested parties.  Additionally, Debtor LF will provide notice to any party whose interest

21   is impacted directly by a particular action or proceeding filed by Debtor LF.

22       8.      Notwithstanding Debtor LF's proposed procedures for limiting of notice in the

23   Debtor LF's case, Debtor LF will provide to all creditors notice of the following matters:

24   • The time fixed for filing objections to, and the hearing to consider approval of, a

25     disclosure statement;

26   • The time fixed for filing objections to, and the hearing to consider confirmation of, a

27     plan;

28   • Any time fixed for filing objections to, and any hearing to consider, a proposed sale of all

or substantially all assets of the estate;

- Notices with respect to claims bar dates; and

- Any time fixed for filing objections to, and any hearing on, a dismissal of the case.

9.    Debtor LF believes that adoption of this proposed notice procedure is necessary and appropriate.  Such notice procedure will relieve Debtor LF of the significant administrative burdens which would be associated with periodic "mass mailings," and would reduce substantially Debtor LF's postage and reproduction costs, thereby facilitating significantly the economical and efficient administration of Debtor LF's case.  Any entity whose interest is affected by any action or proceeding filed by Debtor LF will receive proper notice thereof.  Moreover, any entity which is sufficiently interested in the proceedings in Debtor LF's case may, by written request for special notice, receive all notices of such proceedings.

10.  Debtor LF believes that an order authorizing the limiting of service of those notices set forth in Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure will ultimately benefit the creditors of Debtor LF's estate by saving for the estate undue postage and photocopying expenses and by eliminating the administrative burdens, which would be associated with Debtor LF having to serve all notices in Debtor LF's case on the substantial number of creditors and equity security holders in the cases.

11.  Debtor LF has a total of approximately two-hundred-ninety (290) creditors.  Requiring Debtor LF to provide notice to all parties-in-interest of all pleadings filed in this case will not only cause the estate to incur the expense of copying and mailing potentially hundreds of notices, but will also cause the estate to incur attorneys' fees responding to the significant number of inquiries anticipated from recipients of bankruptcy pleadings.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this __14th__ day of February 2019 in Irvine, California.

_____
Matthew C. Browndorf

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 18101 Von Karman Avenue, Suite 1200, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S EMERGENCY MOTION FOR ORDER LIMITING NOTICE OF CERTAIN MATTERS REQUIRING NOTICE PURSUANT TO FRBP 2002 AND 9007; MEMORANDUM OF POINTS AND AUTHORITIES, DECLARATION OF MATTHEW C. BROWNDORF IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) February 15, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Frank Cadigan    frank.cadigan@usdoj.gov
- Marc C Forsythe    kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com
- United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov

☐   Service information continued on attached page

**2.   SERVED BY UNITED STATES MAIL**:
On (*date*) February 15, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒   Service information continued on attached page

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**:
(state the method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) February 15, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows:  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

- The Honorable Theodor C Albert, USBC, 411 West Fourth Street, Santa Ana, CA 92701

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 15, 2019 | Kerry A. Murphy | /s/Kerry A. Murphy |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**SERVED BY UNITED STATES MAIL**:

**In re LF Runoff 2, LLC**
**U.S.B.C. Case #8:19-ak-10526-TA**

**Debtor**
LF Runoff 2, LLC
1900 Main Street, Suite 640
Irvine, CA 92614

**United States Trustee**
United States Trustee
411 West Fourth Street
Suite 7160
Santa Ana, CA 92701

**CREDITORS**

| | | |
|---|---|---|
| 1 Touch Office Technology<br>370 Amapola Ave. #106<br>Torrance, CA 90501 | **AAA Patendiburoo OU**<br>**OU Tartu Mnt 16**<br>**Tallinn 10117 Estonia** | abf Marketing Solutions, Inc<br>480 W. Lambert Road, Suite F<br>Brea, CA 92821 |
| Accountemps<br>12400 Collections Center Drive<br>Chicago, IL 60693 | Accrue Solutions<br>P.O. Box 11984<br>Mailcode 324<br>Birmingham, AL 35202-1984 | Adobe Systems Incorporated<br>75 Remittance Drive Suite 1025<br>Chicago, IL 60675-1025 |
| Advanced Discovery Inc<br>13915 North Mopac Exwy., Suite 210<br>Austin, TX 78728 | Aetna<br>P.O. Box 31001-1408<br>Pasadena, CA 91110 | Affinity Consulting Group<br>11370 66th Street, Suite 132<br>Largo, FL 33773 |
| AFS/IBEX<br>4100 Newport Place Dr., Ste. 670<br>Newport Beach, CA 92660 | All Covered<br>Dept. 33163 All Covered<br>P.O. Box 39000<br>San Francisco, CA 94139-3163 | Alt Process Service<br>100 Fisher Avenue, #1519<br>White Plains, NY 10602 |
| Altaira Espinosa<br>2801 Main Street Apt 269<br>Irvine, CA 92614 | Altus GTS, Inc.<br>2400 Veterans Memorial Blvd., #400<br>Kenner, LA 70062 | American Express National Bank<br>P.O. Box 30384<br>Salt Lake City, UT 84130 |
| American Legal & Financial Network<br>c/o Brown, Smith, Wallace LLP<br>Attn: Laura DeNormandie<br>6 City Place Drive, Suite 900<br>Saint Louis, MO 63141 | AMEX<br>P.O. Box 1270<br>Newark, NJ 07101-1270 | **Amicorp**<br>**Luxembourg SA 11-13 Boulevard de la**<br>**Foire L-1528 Luxembourg**<br>**Grand Duchy of Luxembourg** |

Amtrust North America, Inc.
P.O. Box 6939
Cleveland, OH 44101-1939

Applied Business Software, Inc.
2847 Gundry Ave.
Signal Hill, CA 90755

Ascensus Trust Retirement
1655 43rd Street South, Suite 100
Fargo, ND 58103

Ascentium Capital
23970 Highway 59 North
Kingwood, TX 77339-1535

AT&T
PO Box 5080
Canton, CT 06019-7000

ATG Title
4800 Hampden Lane, #200
Bethesda, MD 20814

Attom Data Solutions
1 Venture Suite 300
Irvine, CA 92618

Axley Brynelson, LLP
P.O. Box 1767
Madison, WI 53701-1767

Aztec Leasing Inc.
P.O. Box 98813
Las Vegas, NV 89193-8813

**Baker & KcKenzie LLP
100 New Bridge Street
London, EC4V 6JA United
Kingdom**

Benefit Equity, Inc.
1971 E. 4th Street, Suite 100
Santa Ana, CA 92705

Bernstein Financial Services, Inc.
7120 Hayvenhurst Avenue #316
Van Nuys, CA 91406

**Bird & Bird
London EC4A 1JP, United
Kingdom**

Bizfilings
Lockbox Payments Only 39922
Treasury Center
Chicago, IL 60694-9900

Black Knight Financial Services, In
Accounting Department
1270 Northland Dr., Suite 300
Saint Paul, MN 55120

Black Knight Portfolio Solutions, L
Account - Process Management
PO Box 849277
Los Angeles, CA 90084-9270

**Bolet & Terrero - Calle 18 de
Calacoto #8022 entre Av. Sanchez
Bustamante y Julio Patino Ed Parqu
18 FI6 #602 La Paz Bolivia**

Brickerhaven Consulting Group, Inc.
531 46th Ave
San Francisco, CA 94121

Brittney Rowland
5582 Mountain View Ave Q206
Yorba Linda, CA 92886

Brown Law, LLP
4130 Parklake Avenue
Suite 525
Raleigh, NC 27612

BSB Leasing
Attn: Evonne Ames
Direct Credit Funding, Inc.
3629 N. 700 E. Suite 200
Ogden, UT 84414

Business Valuation Resources
1000 SW Broadway, Suite 1200
Portland, OR 97205

Business Wire, Inc.
Department 34182
P.O. Box 39000
San Francisco, CA 94139

Cal Net Technology Group
9420 Topanga Canyon Blvd. #100
Chatsworth, CA 91311

Canon Financial Services, Inc.
14904 Collections Center Drive
Chicago, IL 60693-0149

CapX Solutions, LLC
8506 Country Club Drive
Bethesda, MD 20817

Caram Investments Inc.
99 NW 183rd St. Suite 232C
Miami, FL 33169

| | | |
|---|---|---|
| Carr Workplaces PBC<br>Preferred Offices Properties, LLC<br>200 Park Avenue Suite 1700<br>New York, NY 10166 | Castillo Castillo<br>CPS #781  PO Box 149020<br>Miami, FL 33114-9020 | **Chofn - Intellectual Property<br>B316 Guangyi Plaza  5 Guangyi Str.<br>Xicheng,  Beijing 100053, CHINA** |
| Christiana Trust<br>501 Carr Road Suite 100<br>Wilmington, DE 19809 | Chubb<br>P.O. Box 382011<br>Pittsburgh, PA 15250-8001 | City of Brookfield<br>2000 N. Calhoun Road<br>Brookfield, WI 53005 |
| Claude Roxborough<br>16801 George Washington Dr<br>Rockville, MD 20853 | CNA Insurance<br>1005 Convention Plaza<br>Saint Louis, MO 63101 | CNA Insurance<br>Lockbox Number 790094<br>1005 Convention Plaza<br>Saint Louis, MO 63101 |
| Collins Einhorn Farrell<br>4000 Town Center 9th Floor<br>Southfield, MI 48075 | Colonial Life<br>Processing Center 1201 Averyt Ave<br>Columbia, SC 29210-7654 | Comcast Cable<br>PO Box 3006<br>Southeastern, PA 19398-3006 |
| Complete Office<br>P.O. Box 4318<br>Cerritos, CA 90703 | Concur Technologies, Inc.<br>62157 Collections Center Drive<br>Chicago, IL 60693 | Convergent Commercial, Inc.<br>925 Westchester Ave, Suite 101<br>West Harrison, NY 10604 |
| Corsearch<br>111 Eighth Avenue  13th Floor<br>New York, NY 10011 | Courthouse News Service<br>30 North Raymond Ave., Ste 310<br>Pasadena, CA 91103 | Cox Business<br>PO BOX 53280<br>Phoenix, AZ 85072-3280 |
| CT Corporation<br>P.O. Box 4349<br>Carol Stream, IL 60197-4349 | **Cuesta & Asociados SAS<br>Calle 72 No. 10-07 OF<br>603 Bogota, Colombia** | **Curacao Trademark Agency, Inc.<br>L.B. Smithplein 3<br>P.O. 686<br>Willemstad, Curacao** |
| CyberNet Communications, Inc.<br>7750 Gloria Avenue<br>Van Nuys, CA 91406 | **Dannemann Siemsen Bigler & Ipane<br>Av. Indianopolis, 739 04063-000<br>Sao Paulo - SP - Brasil** | **DDC Financial<br>Bohusovicka 230/12 190 00<br>Praha 9 Czech Republic** |
| De Lage Landen Financial Services<br>P.O. Box 41602<br>Philadelphia, PA 19101-1602 | **Deep & Far<br>13th Fl. 27 Sec 3 Chung<br>San N. Road  Taipei, Taiwan, ROC T** | Deer Park<br>ReadyRefresh<br>P.O. Box 856192<br>Louisville, KY 40285 |

Deliv, Inc.
4400 Bohannon Drive #120
Menlo Park, CA 94025

Dell Financial Services
Payment Processing Center
P.O. Box 5292
Carol Stream, IL 60197-5292

Department of the Treasury
Internal Revenue Service
Cincinnati, OH 45999-0005

Derek Kelliher DBA Professional Inv
P.O. Box 930545
Verona, WI 53593

DeWitt Ross & Stevens, S.C.
Attn: John F. Gaebler
13935 Bishops Drive, Suite 300
Brookfield, WI 53005-6605

Dilworth Paxson
2 North 2nd Street Suite 1101
Harrisburg, PA 17101

DLA Piper LLP
550 S Hope St #2300
Los Angeles, CA 90071

Dmitry Parakhin
21821 Shasta Lake Road
Lake Forest, CA 92630

**DO Innovations S.A.**
**Route de la Chocolatiere 10**
**CH-1026 Echandens, Suisse**

DOLP 114 Properties II LLC
Patterson Belknap Webb & Tyler
LLP
Lawrence P. Lenzner, Esq.
1133 Avenue of the Americas
New York, NY 10036

Domain Listings
PO BOX 19607
Las Vegas, NV 89132-0607

**Drew and Napier**
**10 Collyer Quay #10-01**
**Ocean Financial Centre**
**Singapore, 049315**

Earthlink Business
PO Box 88104
Chicago, IL 60680-1104

Eccleston and Wolf Jackson & Assoc
7240 Parkway Drive, 4th Floor
Hanover, MD 21076

Elan Financial Services
Corporate Payment Systems
PO Box 790428
Saint Louis, MO 63179-0428

Elizabeth C. Tingen
170 Garden Gate Ln
Irvine, CA 92620

**Ella Cheong**
**300 Beach Road #31-04/05**
**The Concourse 199555 Singapore**

Empire CLS
225 Meadowlands Parkwa
Secaucus, NJ 07094

Encore Search Partners, LLC
14511 Old Katy Rd. Suite 200
Houston, TX 77079

Engineered Security Solutions, Inc.
16805 W Observatory Road
New Berlin, WI 53151

Epicurean
1733 Thurber Place
Burbank, CA 91501

**Epiq Europe Limited**
**11 Old Jewry**
**London EC2R 8DU England**

Epiq Systems, Inc.
Jupiter eSources, LLC
Dept 2584 PO BOX 122584
Dallas, TX 75312-2584

Equinox Fitness Clubs, LLC
Attn: Corporate Accounts
P.O. Box 1774
New York, NY 10156-1774

eVoice
6922 Hollywood Blvd, 5th Floor
Los Angeles, CA 90028

Farzad Hoorizadeh
6033 W. Century Blvd., Suite 150
Los Angeles, CA 90045

Federal Express
PO Box 94515
Palatine, IL 60094-4515

14

1

2

3

File & Serve Xpress
500 E John Carpenter Fwy, Suite 250
Irving, TX 75062

Firefly Legal
888 S. Andrews Avenue, Suite 302
Fort Lauderdale, FL 33316

First American Title Insurance Co.
P.O Box 31001-2276
Pasadena, CA 91110

4

5

6

FIRST Insurance Funding
450 Skokie Blvd, Ste 1000
Northbrook, IL 60062-7917

**Fisher Adams Kelly
Level 6, 175 Eagle Street
Brisbane, QLD 4000 GPO Box 1413
Brisbane, QLD 4001 Australia**

Five9, Inc.
4000 Executive Parkway
Suite 400
San Ramon, CA 94583

7

8

9

Fountainhead Tower
8200 IH-10 West Suite 805
San Antonio, TX 78230

**FR Kelly
27 Clyde Road
Dublin 4    Ireland**

Frank Recruitment Group Inc
DBA Anderson Frank
PO BOX 10921
Palatine, IL 60055-0921

10

11

12

Fred Sasscer Abstract, Inc.
PO Box 6
Upper Marlboro, MD 20772

Frederick W. Gams, Jr.
4317 Northview Drive
Bowie, MD 20716

Friedenberg Mediation
3525 Del Mar Heights Road Suite 644
San Diego, CA 92130

13

14

15

Fusion
Network Billing Solutions, LLC
P.O. Box 932193
Pittsburgh, PA 15251-9193

Gene O'Bryan
22044 Arrowhead Lane
Lake Forest, CA 92630

Gina Leiva
2540 Country Hills Road Apt 202
Brea, CA 92821

16

17

18

**Goodmans LLP
Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, Ontario  M5H 2S7
Canada**

**Goudreau Gage Dubuc
2000 Avenue McGill College #2200
Montreal (Quebec) H3A 3H3 Canada**

Great America Leasing Corporation
PO Box 660831
Dallas, TX 75266-0831

19

20

21

GT Securities, Inc.
6033 W. Century Blvd., Suite 150
Los Angeles, CA 90045

Guerrero Howe, LLC
825 W. Chicago Ave.
Chicago, IL 60642

H Hendy Associates
4770 Campus Drive, Suite 100
Newport Beach, CA 92660

22

23

24

Hauselman, Rappin & Olswang, Ltd
29 East Madison Street, Suite 950
Chicago, IL 60602

**Herrero & Asociados
Cedaceros 1  E - 28014
Madrid   Spain**

HireRight, LLC
3349 Michelson Drive, Suite 150
Irvine, CA 92612`

25

26

27

**HMP IP
Teheran -ro 14 gil Gangnam-gu
Seoul 06234
Republic of South Korea**

Hunton & Williams, LLP
P.O Box 405759
Atlanta, GA 30384-5759

Infiniti Financial Services
P O Box 9001133
Sebago, ME 04029

28

inhouseIT
3193 Red Hill Avenue
Costa Mesa, CA 92626

Insight
Insight Direct USA. Inc
P.O. Box 731069
Dallas, TX 75373-1069

Insight Direct USA Inc.
P.O. Box 731069
Dallas, TX 75373-1069

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Iron Mountain
PO BOX 601002
Pasadena, CA 91189-1002

ISGN Corporation
PO Box 644780
Pittsburgh, PA 15264-4780

**J Pereira Da Cruz**
**Rua Vitor Cordon, 14**
**1249-103 Lisboa Portugal**

**JAH Intellectual Property**
**Office No. 5, 2nd Floor**
**Golden Tower, No. 42 Almeena Stre**
**Doha - State of Qatar PO Box 24955**

Jamie L. Harris
8930 S 6th Avenue
Oak Creek, WI 53154

**JDS Consulting**
**Minska 38 54-610**
**Wroclaw, Polska Poland**

Jeff Fisher
155 Potomac Passage, #215
Oxon Hill, MD 20745

Jenny Dang
14372 Titus Street
Westminster, CA 92683

Jim Peterman
1260 Shelly Lane
Hartland, WI 53029

Jitterbit Inc.
1301 Marina Village Parkway, Suite
Alameda, CA 94501

JMBM LLP
Lockbox File 1263
1801 W. Olympic Blvd.
Pasadena, CA 91199-1263

Josephine Aranda
1612 East Avenue R-4
Palmdale, CA 93550

JR & T Properties LLC
1680 Sapphire Ct.
Hobart, IN 46342

Kaiser Permanente
P.O. Box 7141
Pasadena, CA 91109-7141

**Kancelaria Radcy Prawnego**
**Krzysztof**
**4 lok 29 50-078**
**Wroclaw Poland**

Karbal, Cohen, Economou, et al
150 S. Wacker Drive Suite 1700
Chicago, IL 60606

Kastle Systems
PO BOX 75151
Baltimore, MD 21275

Keesal, Young & Logan
400 Oceangate
Long Beach, CA 90802

Kimberly Breineder
2703 Steamboat Circle
Plainfield, IL 60586

**Kims and Lees**
**K.P.O Box 312**
**Seoul (03187), Korea**

Klarin & Associates
20101 SW Birch St #210
Newport Beach, CA 92660

KMC Information Systems, L.C.
101 W. Argonne Dr. Suite 261
Saint Louis, MO 63122

**Kohno & Co. - Suite 306**
**Nagata-Cho Hoso Bldg.  2-21**
**Akasaka 2-Chome, Minato-ku**
**Tokyo 107-0052, Japan**

Krueger Communications Inc.
PO Box 618
Elm Grove, WI 53122

KSJG, LLP
100 Spectrum Center Drive
Irvine, CA 92618

Kyla Morton
8400 Joan Place
Clinton, MD 20735

**Lall Lahiri & Salhotra**
**RCY House Plot No. B-28 Sector**
**32**
**Institutional Aeram Gurgaon 122**
**001**
**National Capital Region, India  Ind**

**Land Rover**
**03-910 Warszawa ul.**
**Waszyngtona 50 Poland**

Larry W. Evans
16 Calle Pacifica
San Clemente, CA 92673

Latham & Watkins LLP
650 Town Center Drive 20th Floor
Costa Mesa, CA 92626-1925

Law Offices of Jeffrey B. Kahn, P.C
38 Executive Park, Suite 260
Irvine, CA 92614

Layton & Lopez Tax Attorneys, LLP
1370 Brea Blvd., Suite 140
Fullerton, CA 92835

Leading Edge Administrators
14 Wall Street, Suite 5B
New York, NY 10005

Legal League 100
1909 Woodall Rogers Fwy 100
Suite 300
Dallas, TX 75201

Leslie Williams
38 Clarmont
Newport Coast, CA 92657

Lexis Nexis
9443 Springboro Pike
Miamisburg, OH 45342

Lexis Nexis/Martindale-Hubbell
P.O. Box 740299
Los Angeles, CA 90074-0299

Lighthouse Consulting Services
3130 Wilshire Blvd. Suite 550
Santa Monica, CA 90403

**Livingston, Alexander & Levy**
**72 Harbour Street P.O. Box 142**
**Kingston W.I.     Jamaica**

Los Angeles Department of Water
& Power
PO Box 51111
Los Angeles, CA 90051-0100

LPS Mortgage Processing Solutions,
Black Knight Mortgage Processing
P.O. Box 809007
Chicago, IL 60680-9007

Lucas Group
Lucas Associates Temps, Inc.
P.O. Box 638364
Cincinnati, OH 45263-8364

Lynden J. Court Reporters
207 West 20th Street
Santa Ana, CA 92706

M. Burr Keim Company
2021 Arch Street
Philadelphia, PA 19103-1491

M5 Investments LLC
W304S8266 Oak Ridge Drive
Mukwonago, WI 53149

Mack Oudin
2017 Huntington Street #3
Huntington Beach, CA 92648

Mail Finance
Dept 3682 PO BOX 123682
Dallas, TX 75312-3682

Marc Lazo
25011 Farrier Circle
Laguna Hills, CA 92653

MarkPlus International
39, Rue Fessart
92100 Boulognue Billancourt France

Matt Kasap
2758 Duke Street
Alexandria, VA 22314

1

2 Matthew Bender & Co, Inc.          Maya Maleszowski              MBFS.com
  PO Box 7247-0178                  24182 Via Santa Clara         36455 Corporative Drive
  Philadelphia, PA 19170-0178       Mission Viejo, CA 92692       Farmington, MI 48331

3

4 McBee
5 DeluxeMcBee Systems, Inc.          McConnell Valdes LLC          Meissner Tierney Fisher & Nichols
  Box 88042                          P.O Box 364225                111 E. Kilbourn Avenue, 19th Floor
  Chicago, IL 60680-1042             San Juan, PR 00936-4250       Milwaukee, WI 53202-6622

6

7                                    Mercer Investments Consulting LLC
8 Melissa Dahl                       Dalles National Wholesale     Merrill Corporation
  4135 Scarborough Drive             Lockbox TX1-0029 Attn: Mercer #7301  CM-9638 Merrill Communications LLC
  Richfield, WI 53076                14800 Frye Road               Saint Paul, MN 55170-9638
                                     Fort Worth, TX 76155
9

10

11 Michael Goldstein                 Mitel Cloud Services          Monkey Joe Speak
   805 So Wooster St #303            P.O. Box 53230                3002 Dow Ave. Ste 502
   Los Angeles, CA 90035             Phoenix, AZ 85072-3230        Irvine, CA 92614

12

13

14 My Logo On It, Inc.               MyMotionCalendar.com, LLC     Natalia De Almeida
   P.O. Box 128                      3363 West Commercial Boulevard 2206 Fountain Blvd
   Glenelg, MD 21737                 Fort Lauderdale, FL 33309     Kissimmee, FL 34741

15

16
                                                                   NeoPost
17 National Business Institute       Nationwide Posting and Publication  Mid Atlantic 1749
   PO Box 3067                       PO Box 31001-2274             Old Meadow Road #200
   Eau Claire, WI 54702              Pasadena, CA 91110-2274       Mc Lean, VA 22102-4314

18

19

20 NeoPost USA                       New Invoice, LLC              New York Legal Staffing, Inc.
   Dept 3689                         Black Knight Portfolio Solutions,  420 Madison Avenue, Suite 901
   P.O. Box 123689                   PO Box 842651                 New York, NY 10017
   Dallas, TX 75312-3689             Los Angeles, CA 90084-2651

21

22 New York State Insurance Fund
23 NYSIF Disability Benefits         NFS Leasing, Inc.             NH-J Office/Retail, LLC
   P.O. Box 5239                     900 Cummings Center Suite 226-U  12500 FairLakes Circle, Suite 400
   New York, NY 10008-5239           Beverly, MA 01915             Fairfax, VA 22033

24

25
                                     Noreast Capital Corporation   **Novagraaf - Intellectual Property**
26 Nixon Peabody LLP                 CapX Financial Services, LLC  **Chaussee de la Hulpe 187**
   100 Summer Street                 PO Box 4128                   **Terhulpensesteenweg 187 b-1170**
   Boston, MA 02110-2131             Annapolis, MD 21403           **Brussels - Belgium**

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PA Dept. of Revenue
PO BOX 280904
Harrisburg, PA 17128-0904

Pace Communications LLC
PO BOX 250
Annandale, VA 22003

Pacer Billing Center
PO Box 71364
Philadelphia, PA 19176-1364

Parks Coffee California
P.O. Box 110914
Carrollton, TX 75011-0914

Parks Coffee California, Inc.
P.O. Box 110914
Carrollton, TX 75011-0914

Patrick Farenga
17 Saratoga
Trabuco Canyon, CA 92679

**Patrinos Kilimiris**
**Chatzigianni Mexi 7**
**Athina 115 28, Greece**

Pecarchik Law Office
745 Somerville Drive
Pittsburgh, PA 15243

Perry, Johnson, Anderson et al.
Attn: Susie O'Donnell
438 First Street, 4th Floor
Santa Rosa, CA 95401

PHENIX Investigations, Inc.
2555 Fairview Place
Greenwood, IN 46142

Pitney Bowes, Inc.
PO Box 371896
Pittsburgh, PA 15250-7896

Plaza Bank
18200 Von Karman Ave., #500
Irvine, CA 92612

Politico
1000 Wilson Blvd.
Arlington, VA 22209

Principal Financial Group
PLIC - SBD Grand Island
P.O. Box 1037
Des Moines, IA 50306-0372

ProdigiNet Inc.
26566 Stetson Pl.
Laguna Hills, CA 92653

**Projekt Parking Sp. z o.o.**
**ul. Druz?bickiego 11**
**Poznan   61-693 Poland**

Provest, LLC
c/o Bank of Tampa
P.O. Box 25096
Tampa, FL 33622

Purchase Power
PO Box 371874
Pittsburgh, PA 15250-7874

Quill Corporation
P.O. Box 37600
Philadelphia, PA 19101-0600

**R.K. Dewan & CO**
**1271 & 1272, 12th Floor**
**Aggarwal Cyber Plaza - II**
**Netaji Subhash Place, Pitampura**
**New Delhi, India, 110 034**

Raeanne Murphy
20642 Brookdale Lane
Huntington Beach, CA 92646

Rapid7 LLC
Lock Box P.O. Box 347377
Pittsburgh, PA 15251-4377

Rauch-Milliken International, Inc
PO Box 8390
Metairie, LA 70011-8390

Ready Refresh by Nestle
PO Box 856192
Louisville, KY 40285-6192

Red Bell Real Estate
7730 South Union Park Avenue
Sutie 400
Midvale, UT 84047

Red Vision Systems
PO Box 775147
Chicago, IL 60677-5147

Redwitz, Inc.
3 Park Plaza, Suite 1700
Irvine, CA 92614

Regus - Cherry Hill
Regus Management Group, LLC
P.O. Box 842456
Dallas, TX 75284-2456

Regus - FL
Regus Management Group, LLC
P.O. Box 842456
Dallas, TX 75284-2456

Regus - NC
Regus Management Group, LLC
P.O. Box 842456
Dallas, TX 75284-2456

Regus - PA
Regus Management Group LLC
P.O. Box 842456
Dallas, TX 75284-2456

Regus - Princeton
Regus Management Group, LLC
P.O. Box 842456
Dallas, TX 75284-2456

**Regus Management Sp z o.o.
ul Emilii Plater 53
Warszawa  00-113 Poland**

Richard Basile
6305 Ivy Lane
Suite 416
Greenbelt, MD 20770

Richards Layton & Finger
One Rodney Square 920 North King S
Wilmington, DE 19801

Ring Boost
Primary Wave Local, LLC
49 Marble Avenue, Suite 2
Pleasantville, NY 10570

RJI International, Inc.
18012 Sky Park Circle, Suite 200
Irvine, CA 92614

Rowlett Law Firm
26933 Camino De Estrella, 2nd Floor
Capistrano Beach, CA 92624

RSUI Group, Inc.
P.O. Box 935125
Atlanta, GA 31193-5125

Safeguard Shredding
Attn: Accounts Receivable
P.O. Box 3219
Oakton, VA 22124

Safeguard Shredding-PNT
6744 Gravel Ave.
Alexandria, VA 22310

Sage Software, Inc.
6561 Irvine Center Drive
Irvine, CA 92618

Sara Stangel
N5174 Union Hill Road
Oconomowoc, WI 53066

**SBGK Attoneys at Law
1062 Budapest  Andrassy UT 113
Hungary**

ServiceLink Default Solutions, LLC
PO BOX 841313
Los Angeles, CA 90084-1313

Shea Barclay Group
501 E. Kennedy Blvd., Ste. #1000
Tampa, FL 33602

Shred Connect
13700 Alton Parkway, #154
Irvine, CA 92618

Sikich LLP
1415 W. Diehl Road, Suite 400
Naperville, IL 60563-1197

SIP.US
3005 Royal Blvd S
STE 235
Alpharetta, GA 30022

Smarsh, Inc.
P.O. Box 505265
Saint Louis, MO 63150-5265

**Smas-IP
P.O. Box 17854
Riyadh 11494 Saudi Arabia**

SMS
Settlement Management Solutions
PO Box 511572
Los Angeles, CA 90051

**Soerensen Garcia Advogados
Associad
Rua Da Quitanda 187/8
Andar  Centro - RJ - Cep:20091-005**

SolarWinds
P.O. Box 730720
Dallas, TX 75373-0720

1
2
3

**Spruson & Ferguson
5001 Hopewell Centre 183
Queen's Road East Wan Chai
Hong Kong   China**

Standard Parking Plus
150 Potomac Passage
Oxon Hill, MD 20745

Stanley Security Solutions
6161 East 75th Street
Indianapolis, IN 46250

4
5
6

Staples Advantage
Dept DC PO Box 415256
Boston, MA 02241-5256

State Farm Insurance
Insurance Support Center
P.O. Box 588002
North Metro, GA 30029-8002

State of California
Taxpayer Assistance Center
P.O. Box 826880
Sacramento, CA 94280-0001

7
8
9

State of New Jersey
N.J. Division of Taxation
PO Box 999
Trenton, NJ 08646-0999

State of New York
NYS Tax Department
W A Harriman Campus
Albany, NY 12227

**Stobbs IP Limited
Endurance House Vision Park
Chivers Way Cambridge CB24 9ZR
England**

10
11
12

Structured Finance Industry Group
Attn: Jennifer Serpas
1775 Pennsylvania Avenue, NW
#625
Washington, DC 20006

Summit Riser Systems
15245 Alton Parkway Suite 200
Irvine, CA 92618

Swift Courier
10111 Martin Luther King Hwy
Suite 105
Bowie, MD 20720

13
14
15

Talimar Systems, Inc.
3105 West Alpine
Santa Ana, CA 92704

Terrace Towers Orange County
121 SW Morrison, Ste. 250
Portland, OR 97204

That's Great News
900 Northrop Rd.
P.O. Box 5021
Wallingford, CT 06492

16
17
18

The OC Marathon
3100 Airway Avenue #104
Costa Mesa, CA 92626

The Sullivan Group of Court Report
P.O. Box 2500
Pasadena, CA 91102

Thomson Reuters - West
PO Box 6292
Carol Stream, IL 60197-6292

19
20
21

Thornton & Associates, LLC
3452 E Foothill Blvd #800
Pasadena, CA 91107

Time Warner Cable (Spectrum)
PO Box 4639
Carol Stream, IL 60197-4630

**TMF Group
Pl. Pilsudskiego 1
Warszawa  00-078 Poland**

22
23
24

Tolin Mechanical Systems
PO BOX 732293
Dallas, TX 75373-2293

Totalfunds by Hasler
PO BOX 30193
Tampa, FL 33630-3193

TPx Communications
Attn: Accounts Receivable
3300 North Cimarron Rd.
Las Vegas, NV 89129

25
26
27
28

Tri-State Pension Consultants
100 Passaic Avenue, Suite 120
Fairfield, NJ 07004

TSG Reporting
747 Third Ave.  Suite 10A
New York, NY 10017

TypeLaw, Inc.
414 Brannan St.
San Francisco, CA 94107

1

2

United Parcel Service
P.O. Box 7247-0244
Philadelphia, PA 19170-0001

Unum Life Insurance Company
of America
PO BOX 406990
Atlanta, GA 30384-6990

UPS Protection
1401 E. Ball Rd. Unit G
Anaheim, CA 92805

3

4

5

US Bank
CM-9690
P.O. Box 70870
Saint Paul, MN 55170-9690

US Bank Equipment Finance
P.O. Box 790448
Saint Louis, MO 63179-0448

US Signal
201 Ionia Avenue SW
Grand Rapids, MI 49503

6

7

8

US Treasury
1500 Pennsylvania Ave., N.W.
Washington, DC 20220

USPS Disbursing Office
PO BOX 21666
Saint Paul, MN 55121-0666

**Van Campen/Liem
23 Boulevard Joseph II L-1840
Luxembourg Luxembourg**

9

10

11

Verde Investments
1720 W. Rio Salado Pkwy, Suite A
Tempe, AZ 85281

Verizon (fax)
P.O. Box 660720
Dallas, TX 75266-0720

Verizon Business
PO BOX 660794
Dallas, TX 75266-0794

12

13

14

Verizon Credit Inc.
P.O. Box 650478
Dallas, TX 75265-0478

W.B. Mason Co., Inc.
PO Box 981101
Boston, MA 02298-1101

WALZ Postal Solutions, Inc.
ATTN: Accounts Receivable
27398 Via Industria
Temecula, CA 92590-3699

15

16

17

Washington DC
1101 4th St SW #270
Washington, DC 20024

Washington Executive Services, Inc.
2101 L Street NW Suite 800
Washington, DC 20037

**Watermark
109 Burwood Road
Hawthorn VIC 3122   Australia**

18

19

20

**WebTMS
17 Blagrave Street  Reading
Berkshire  England, RG1 1QB**

White Ridge Consulting
6033 W. Century Blvd., Suite 150
Los Angeles, CA 90045

Woodfield Country Club
3650 Club Place
Boca Raton, FL 33496

21

22

23

YourMembership.com, Inc.
Dept. 3461
PO Box 123461
Dallas, TX 75312-3461

Zachary Roper
3801 8th Street N
Saint Petersburg, FL 33703

**Zico Law
Q House Lumpini Bldg  S. Sathorn Rd
Thung Maha Mek, Sathon
Bangkok 10120 Thailand**

24

25

26

Zoom Video Communications Inc.
55 Almaden Blvd., 6th Floor
San Jose, CA 95113

Zuckerman Spaeder LLP
1800 M Street NW
Washington, DC 20036f

27

28