Marc C. Forsythe - State Bar No. 153854
**GOE & FORSYTHE, LLP**
18101 Von Karman Avenue, Suite 1200
Irvine, CA 92612
mforsythe@goeforlaw.com

Telephone: (949) 798-2460
Facsimile: (949) 955-9437

Proposed Attorneys for LF Runoff 2, LLC fka Plutos Sama, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>LF RUNOFF 2, LLC FKA PLUTOS SAMA, LLC,<br><br>Debtor. | Case No. 8:19-bk-10526-TA<br><br>Chapter 11<br><br>**SECOND *EX-PARTE* MOTION TO EXTEND TIME TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, AND BALANCE OF DEFICIENCY DOCUMENTS; DECLARATION OF MARC C. FORSYTHE IN SUPPORT THEREOF**<br><br>[NO HEARING REQUIRED] |

**TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE AND ALL CREDITORS:**

Debtor and Debtor-in-Possession, LF RUNOFF 2, LLC FKA PLUTOS SAMA, LLC ("Debtor"), for the Chapter 11 estate in the above-referenced bankruptcy case, respectfully applies *ex-parte* to this Court for an extension of time, through and including March 19, 2019, within which to file its Schedules of Assets and Liabilities (Schedules A through H), Statement of Financial Affairs (collectively referred to herein as the "Schedules"), and all other documentation required by the Code, based on the following facts and circumstances:

1.    The voluntary Chapter 11 petition in this case was filed on February 14, 2019.

1

2.  Pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure, Debtor must file the Schedules within fourteen days from the date of filing the Chapter 11 Voluntary Petition. In this case, Debtor's Schedules, Financial Statement and other required documents as listed in the Case Commencement Deficiency Notice ("Schedules") are due to be filed on or before February 28, 2019.

3.  For the past month, Debtor has been diligently gathering the information required to complete the Schedules, Statement of Financial Affairs, and related documents, as well as working on the United States Trustee compliance. Debtor has also been very busy addressing pre-petition litigation matters.

4.  As the Court is aware, Debtor is the managing member of chapter 11 Debtor BP Fisher Law Group, LLP, U.S.B.C. Case Number 8:19-bk-10158-TA ("BP Fisher"). Since filing Debtor's petition, BP Fisher has had to defend itself against motions brought by the Office of the United States Trustee and Ditech Financial, LLC to dismiss, convert or, alternatively, transfer venue, as well as file its own Schedules, Statement of Financial Affairs, and related documents, which were filed in the BP Fisher case on February 22, 2019 [Docket No. 57].

5.  As such, Debtor has been unable to gather all the necessary documentation within the 14 days provided by the Code, but Debtor should be able to gather all the necessary documentation to file accurate paperwork within the next 10-12 days.

6.  Debtor's counsel will be out of the country on vacation until March 18, 2019, and upon his return shall review Debtor's Schedules for filing on March 19, 2019.

7.  Debtor has not been able to prepare complete and accurate Schedules within the time prescribed. Accordingly, based upon the above, Debtor requests an extension, through and including March 19, 2019, within which to file the Schedules, Statement of Financial Affairs, and other deficiency documents.

8.  Debtor is very aware of the importance of the Schedules and other documents, and the fact that the Schedules and all related documents must be complete and accurate. However,

for the reasons set forth above, preparation of complete and accurate Schedules and other documents within the required time period has not been possible.  Debtor believes that complete and accurate Schedules can be filed on or before March 19, 2019.

    Based upon the foregoing, Debtor respectfully requests that the Court enter its Order extending the time for filing of Debtor's Schedules to and including March 19, 2019.

Dated: March 8, 2019

Respectfully submitted by
GOE & FORSYTHE, LLP

By: /s/Marc C. Forsythe
Marc C. Forsythe
Proposed Attorneys for LF Runoff 2, LLC fka Plutos Sama, LLC, Debtor and Debtor in Possession

## **DECLARATION OF MARC C. FORSYTHE**

I, Marc C. Forsythe, declare and state as follows:

1. I am a partner at Goe & Forsythe, LLP, proposed counsel for debtor and debtor in possession ("Debtor"). The matters stated hereinafter are within my personal knowledge, and if called upon as a witness, I could and would competently testify thereto.

2. Debtor is requesting an extension of time, through and including March 19, 2019, within which to file to file Debtor's Schedules of Assets and Liabilities (Schedules A through H), Statement of Financial Affairs (collectively referred to herein as the "Schedules"), and all other documentation required by the Code, based on the following facts stated herein.

3. The voluntary Chapter 11 petition in this case was filed on February 14, 2019.

4. Pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure, Debtor must file the Schedules within fourteen days from the date of filing the Chapter 11 Voluntary Petition. In this case, Debtor's Schedules, Financial Statement and other required documents as listed in the Case Commencement Deficiency Notice ("Schedules") are due to be filed on or before February 28, 2019.

5. For the past two weeks, Debtor has been diligently gathering the information required to complete the Schedules, Statement of Financial Affairs, and related documents, as well as working on the United States Trustee compliance. Debtor has also been very busy addressing pre-petition litigation matters.

6. As the Court is aware, Debtor is the managing member of chapter 11 Debtor BP Fisher Law Group, LLP, U.S.B.C. Case Number 8:19-bk-10158-TA ("BP Fisher"). Since filing Debtor's petition, BP Fisher has had to defend itself against motions brought by the Office of the United States Trustee and Ditech Financial, LLC to dismiss, convert or, alternatively, transfer venue, as well as file its own Schedules, Statement of Financial Affairs, and related documents, which were filed in the BP Fisher case on February 22, 2019 [Docket No. 57].

7.   As such, Debtor has been unable to gather all the necessary documentation within the 14 days provided by the Code, but Debtor should be able to gather all the necessary documentation to file accurate paperwork within the next week.

8.   I will be out of the country on vacation until March 18, 2019, and upon my return shall review Debtor's submission for filing on March 19, 2019.

9.   Debtor has not been able to prepare complete and accurate Schedules within the time prescribed.  Accordingly, based upon the above, Debtor requests an extension, through and including March 19, 2019, within which to file the Schedules, Statement of Financial Affairs, and other deficiency documents.

10.  Debtor is very aware of the importance of the Schedules and other documents, and the fact that the Schedules and all related documents must be complete and accurate.  However, for the reasons set forth above, preparation of complete and accurate Schedules and other documents within the required time period has not been possible.  Debtor believes that complete and accurate Schedules can be filed on or before March 19, 2019.

11.  Debtor has spent a considerable amount of time trying to gather the information required to complete the Schedules, Statement of Financial Affairs, and related documents in this case and my companion bankruptcy case, as well as working on the United States Trustee compliance.  Debtor is working diligently to compile and review all of the information, but have not been able to complete the task of preparing the Schedules.  Debtor needs to review additional documents to determine that all assets and liabilities are properly listed in the Schedules.  Debtor has also been very busy addressing pre-petition litigation matters.

12.   Debtor is aware that it must file the Schedules within the 14 days following the filing of this bankruptcy, or by February 28, 2019.

/ / /

/ / /

/ / /

13. For the foregoing reasons, Debtor is unable to prepare complete and accurate Schedules within the required time period, and requests an extension, through and including March 19, 2019, within which to file the Schedules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: March 8, 2019  /s/Marc C. Forsythe
Marc C. Forsythe

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 18101 Von Karman Avenue, Suite 1200, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **_EX-PARTE_ MOTION TO EXTEND TIME TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, AND BALANCE OF DEFICIENCY DOCUMENTS; DECLARATION OF MARC C. FORSYTHE IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 8, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Frank Cadigan**    frank.cadigan@usdoj.gov
- **Marc C Forsythe**    kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com
- **James Andrew Hinds**    jhinds@jhindslaw.com, mduran@jhindslaw.com
- **Brian D Huben**    hubenb@ballardspahr.com, carolod@ballardspahr.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Larry D Webb**    Webblaw@gmail.com, larry@webblaw.onmicrosoft.com;r51666@notify.bestcase.com

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) March 8, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| Ana Bidoglio | Daimler Trust |
| C/O Henry J. Josefsberg | c/o BK Servicing, LLC |
| 4050 Katella Ave., Ste 205 | PO Box 131265 |
| Los Alamitos, CA 90720 | Roseville, MN 55113-0011 |

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: (state the method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 8, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows:  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Theodor C Albert, USBC, 411 West Fourth Street, Santa Ana, CA 92701

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 8, 2019 | Susan C. Stein | /s/Susan C. Stein |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |