# UNITED STATES BANKRUPTCY COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| In re **LF Runoff 2, LLC fka Plutos Sama, LLC**<br>Debtor | Case No.  8:19-bk-10526-TA<br><br>Chapter 11 |
|---|---|

## STATEMENT REGARDING CORPORATE RESOLUTION

The undersigned <u>MATTHEW C. BROWNDORF</u>, the MANAGING MEMBER ("MANAGING MEMBER") of LF RUNOFF 2, LLC FKA PLUTOS SAMA, LLC ("LF RUNOFF 2, LLC FKA PLUTOS SAMA, LLC").  On February 14, 2019, the following resolution was fully adopted by the LF RUNOFF 2, LLC FKA PLUTOS SAMA, LLC.

"WHEREAS, it is in the best interests of LF RUNOFF 2, LLC FKA PLUTOS SAMA, LLC to file a voluntary petition in the United States Bankruptcy Court pursuant to the Chapter 11 of Title 11 of the United States Code:

"NOW, THEREFORE, BE IT RESOLVED, that <u>MATTHEW C. BROWNDORF</u>, the <u>MANAGING MEMBER</u> of LF RUNOFF 2, LLC FKA PLUTOS SAMA, LLC be and is hereby authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case in the United States Bankruptcy Court on behalf of the limited liability company; and

"BE IT FURTHER RESOLVED, that <u>MATTHEW C. BROWNDORF</u>, <u>MANAGING MEMBER</u> be and hereby is, authorized and directed to appear in all such bankruptcy proceedings on behalf of the limited liability company, and to otherwise do and perform any and all acts and deeds and to execute and deliver all necessary documents on behalf of <u>LF RUNOFF 2, LLC FKA PLUTOS SAMA, LLC</u> in connection with said bankruptcy proceedings; and

"BE IT FURTHER RESOLVED, that <u>MATTHEW C. BROWNDORF</u>, <u>MANAGING MEMBER</u> be and hereby is, authorized and directed to employ Marc C. Forsythe, Attorney and the law firm of Goe & Forsythe, LLP, to represent <u>LF RUNOFF 2, LLC FKA PLUTOS SAMA, LLC</u> in said bankruptcy proceedings."

## DECLARATION UNDER PENALTY OF PERJURY ONBEHALF OF A CORPORATION

I, <u>MATTHEW C. BROWNDORF</u>, <u>MANAGING MEMBER</u> of LF RUNOFF 2, LLC FKA PLUTOS SAMA, LLC named as debtor in this case, declare under penalty of perjury that I have read the foregoing resolution and its is true and correct to the best of my knowledge, information, and belief.

Dated: February 14, 2019

By: <u>MATTHEW C. BROWNDORF</u>
Its: <u>MANAGING MEMBER</u>

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Marc C. Forsythe 153854**<br>**18101 Von Karman Avenue**<br>**Suite 1200**<br>**Irvine, CA 92612-7127**<br>**(949) 798-2460 Fax: (949) 955-9437**<br>California State Bar Number: **153854 CA**<br>mforsythe@goeforlaw.com | |

☑ *Attorney for:*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>**LF Runoff 2, LLC**<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:  **11**<br><br>**CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |
|---|---|

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   __Matthew C. Browndorf__ , the undersigned in the above-captioned case, hereby declare
    *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                 **F 1007-4.CORP.OWNERSHIP.STMT**

2/13/19 9:56AM

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.       I have personal knowledge of the matters set forth in this Statement because:
   ☑ I am the president or other officer or an authorized agent of the Debtor corporation
   ☐ I am a party to an adversary proceeding
   ☐ I am a party to a contested matter
   ☐ I am the attorney for the Debtor corporation

2.a.    ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any
            class of the corporation's(s') equity interests:
            *[For additional names, attach an addendum to this form.]*

   b.    ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

__February 13, 2019_____            By:_____
Date                                                                    Signature of Debtor, or attorney for Debtor

                                                              Name:   **Matthew C. Browndorf**_____
                                                                         Printed name of Debtor, or attorney for
                                                                         Debtor

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                              **F 1007-4.CORP.OWNERSHIP.STMT**

3/20/19 12:09PM

Fill in this information to identify the case:

| Debtor name | **LF Runoff 2, LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | **8:19-bk-10526-TA** |

■ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express National Bank P.O. Box 30384 Salt Lake City, UT 84130 | | | Disputed | | | $108,158.45 |
| Amtrust North America, Inc. P.O. Box 6939 Cleveland, OH 44101-1939 | | | Disputed | | | $83,880.71 |
| Baker & KcKenzie LLP 100 New Bridge Street London, EC4V 6JA United Kingdom | | | Disputed | | | $223,936.12 |
| Branch Banking and Trust Company College Park, MD | | Judgment Circuit Court for Prince George's County, Maryland Case No. CAL19-01396 | Disputed | | | $622,865.76 |
| Canon Financial Services, Inc. 14904 Collections Center Drive Chicago, IL 60693-0149 | | | Disputed | | | $119,779.79 |
| DOLP 114 Properties II LLC Patterson Belknap Webb & Tyler LLP Lawrence P. Lenzner, Esq. 1133 Avenue of the Americas New York, NY 10036 | | | Disputed | | | $217,400.73 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                        Best Case Bankruptcy

| Debtor | **LF Runoff 2, LLC** | | Case number *(if known)* | **8:19-bk-10526-TA** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Elan Financial Services Corporate Payment Systems PO Box 790428 Saint Louis, MO 63179-0428 | | | Disputed | | | $523,810.35 |
| Encore Search Partners, LLC 14511 Old Katy Rd. Suite 200 Houston, TX 77079 | | | Disputed | | | $232,080.00 |
| Equinox Fitness Clubs, LLC Attn: Corporate Accounts P.O. Box 1774 New York, NY 10156-1774 | | | Disputed | | | $68,076.00 |
| FIRST Insurance Funding 450 Skokie Blvd, Ste 1000 Northbrook, IL 60062-7917 | | | Disputed | | | $77,461.14 |
| Frank Recruitment Group Inc DBA Anderson Frank PO BOX 10921 Palatine, IL 60055-0921 | | | Disputed | | | $98,260.00 |
| Gene O'Bryan 22044 Arrowhead Lane Lake Forest, CA 92630 | | Unpaid wages | Disputed | | | $105,000.00 |
| Jeff Fisher 155 Potomac Passage, #215 Oxon Hill, MD 20745 | | | Disputed | | | $113,022.65 |
| KMC Information Systems, L.C. 101 W. Argonne Dr. Suite 261 Saint Louis, MO 63122 | | | Disputed | | | $73,086.24 |
| Leading Edge Administrators 14 Wall Street, Suite 5B New York, NY 10005 | | | Disputed | | | $333,000.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **LF Runoff 2, LLC** | | Case number *(if known)* | **8:19-bk-10526-TA** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **M5 Investments LLC W304S8266 Oak Ridge Drive Mukwonago, WI 53149** | | | **Disputed** | | | $167,362.15 |
| **Mercer Investments Consulting LLC Dalles National Wholesale Lockbox TX1-0029 Attn: Mercer #7301 14800 Frye Road Fort Worth, TX 76155** | | | **Disputed** | | | $60,000.00 |
| **NH-J Office/Retail, LLC 12500 FairLakes Circle, Suite 400 Fairfax, VA 22033** | | Lease Deposit - NH-J Office/Retail LLC | **Disputed** | $240,371.78 | $23,147.50 | $217,224.28 |
| **Terrace Towers Orange County 121 SW Morrison, Ste. 250 Portland, OR 97204** | | | **Disputed** | | | $199,734.97 |
| **Thomson Reuters - West PO Box 6292 Carol Stream, IL 60197-6292** | | | **Disputed** | | | $65,773.22 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

3/20/19 12:07PM

# United States Bankruptcy Court
## Central District of California

In re    LF Runoff 2, LLC

Debtor(s)

Case No.    8:19-bk-10526-TA

Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Matthew C. Browndorf<br>34 Black Hawk<br>Irvine, CA 92603-0311 | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **March 20, 2019**

Signature    /s/ Matthew C. Browndorf
Matthew C. Browndorf

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**BP Fisher Law Group, LLP, USBC, Central District of California 8:19-bk-10158-TA, Chapter 11, filed January 15, 2019**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at ___Irvine_____, California.

Date: ___March 20, 2019_____

/s/ Matthew C. Browndorf
Matthew C. Browndorf
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                           Page 1                  **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name    **LF Runoff 2, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **8:19-bk-10526-TA**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*............................................................................................    $    0.00

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*.......................................................................................    $    12,450,996.86

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.........................................................................................    $    12,450,996.86

| Part 2: | Summary of Liabilities |
|---|---|

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    3,313,999.81

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $    352,464.83

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$    5,138,875.34

4.    **Total liabilities** ....................................................................................................
    Lines 2 + 3a + 3b    $    8,805,339.98

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

3/20/19 12:07PM

**Fill in this information to identify the case:**

Debtor name     **LF Runoff 2, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **8:19-bk-10526-TA**

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **$0.00** |

3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo Bank - IOLTA** | **Checking Account** | **9579** | **$2,702.99** |
| 3.2. | **PNC Bank - IOLTA** | **Checking Account** | **8056** | **$103,068.92** |
| 3.3. | **Pacific Premier - Trust** | **Checking Account** | **1657** | **$3,451,980.91** |

4. | **Other cash equivalents** *(Identify all)*

5. | **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$3,557,752.82** |

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7. | **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

| Debtor | **LF Runoff 2, LLC** | Case number *(If known)* | **8:19-bk-10526-TA** |
|---|---|---|---|
| | Name | | |

| 7.1. | **Lease Deposit - NH-J Office/Retail LLC** | $23,147.50 |
|---|---|---|
| 7.2. | **Lease Deposit - Terrace Tower Orange County** | $65,482.56 |
| 7.3. | **Lease Deposit - DOLP 114 Properties II, LLC** | $68,265.00 |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

| | $156,895.06 |
|---|---|

<table>
<tr><td style="background:black;color:white">Part 3:</td><td>**Accounts receivable**</td></tr>
</table>

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | **786,348.98** | - | **0.00** | = .... | $786,348.98 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **4,000,000.00** | - | **0.00** | =.... | $4,000,000.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | $4,786,348.98 |
|---|---|

<table>
<tr><td style="background:black;color:white">Part 4:</td><td>**Investments**</td></tr>
</table>

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

<table>
<tr><td style="background:black;color:white">Part 5:</td><td>**Inventory, excluding agriculture assets**</td></tr>
</table>

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** **Legal work in progress** | | **Unknown** | | **$0.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **LF Runoff 2, LLC** | Case number *(If known)* | **8:19-bk-10526-TA** |
|---|---|---|---|
| | Name | | |

21.   **Finished goods, including goods held for resale**

22.   **Other inventory or supplies**
      **Inventory of Foreclosure**
      **Files**                                              $3,500,000.00                           $3,500,000.00

23.   **Total of Part 5.**                                                                      $3,500,000.00

      Add lines 19 through 22.  Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
      ■ No
      ☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
      ■ No
      ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture**<br>**Desks, chairs, file cabinets, lobby furniture** | Unknown | | Unknown |
| 40.   **Office fixtures**<br>**Office fixtures from buildout** | Unknown | | Unknown |
| 41.   **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Computers, monitors, telephones, copiers, scanners, servers** | Unknown | | Unknown |
| 42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles<br>42.1.   **Artwork** | Unknown | | Unknown |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

| Debtor | **LF Runoff 2, LLC** | Case number *(If known)* | **8:19-bk-10526-TA** |
|---|---|---|---|
| | Name | | |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Coppiers, refrigerators, microwaves, and dishwashers** | | Unknown | Unknown |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.

☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **LF Runoff 2, LLC** | Case number *(If known)* | **8:19-bk-10526-TA** |
|---|---|---|---|
| | Name | | |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets**<br>**Copyrights of API connecting CaseAware to NetSuite** | **$0.00** | | **$450,000.00** |
| 61. | **Internet domain names and websites**<br>**first-legal.com** | **Unknown** | | **Unknown** |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations**<br>**Customer and Mailing Lists** | **Unknown** | | **Unknown** |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill**<br>**Goodwill from 2017 Consolidated Audit ($2,663,7450)** | **Unknown** | | **Unknown** |

| 66. | **Total of Part 10.** | | **$450,000.00** |
|---|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| | **State and Federal NOLs**   Tax year | **Unknown** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor    **LF Runoff 2, LLC**
Name

Case number *(If known)*    **8:19-bk-10526-TA**

73.    **Interests in insurance policies or annuities**

**Insurance policies**                                                    **Unknown**

74.    **Causes of action against third parties (whether or not a lawsuit
has been filed)**

**see attached listing of lawsuits**                                       **Unknown**

| Nature of claim | **Lawsuit** |
|---|---|
| Amount requested | **$0.00** |

75.    **Other contingent and unliquidated claims or causes of action of
every nature, including counterclaims of the debtor and rights to
set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

78.    **Total of Part 11.**                                              **$0.00**

Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor    **LF Runoff 2, LLC**
_____
Name

Case number *(If known)*  **8:19-bk-10526-TA**

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,557,752.82 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $156,895.06 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $4,786,348.98 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $3,500,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $450,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $12,450,996.86 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $12,450,996.86 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Litigation List for LF Runoff 2, LLC – Attachment to Scheduled AB**

| (1) | Short Title: | HMC Assets, LLC v. BP Fisher Law Group, LLP, et al. |
|---|---|---|
| | Date Filed: | 1/11/19 |
| | Client Defendant: | BP Fisher Law Group, LLP, et al. |
| | Court: | Circuit Court for Prince George's County, Maryland |
| | Case No.: | CAE-19-00553 |
| | Nature of Suit: | Declaratory Judgment |
| | Disposition: | Ongoing – should be stayed by bankruptcy filing |
| | | |
| (2) | Short Title: | Ditech Financial, LLC v. BP Fisher Law Group, LLP, et al. |
| | Date Filed: | 10/26/18 |
| | Client Defendant: | BP Fisher Law Group, LLP, Shannon, Andrew, Plutos Sama, LLC |
| | Court: | Circuit Court for Prince George's County, Maryland |
| | Case No.: | CAL-18-39907 |
| | Nature of Suit: | Contract |
| | Disposition: | Removed to federal court |
| | | |
| (3) | Short Title: | Jeffrey B Fisher vs. BP Fisher Law Group, LLP, et al. |
| | Date Filed: | 11/26/18 |
| | Client Defendant: | BP Fisher Law Group, LLP and Plutos Sama, LLC |
| | Court: | Circuit Court for Prince George's County, Maryland |
| | Case No.: | CAL18-43581 |
| | Nature of Suit: | Confessed Judgment |
| | Disposition: | Judgment entered. Stayed as to BP Fisher, attempting to add PSH as Defendant, but statistically closed. |
| | | |
| (4) | Short Title: | BB&T vs. BP Fisher Law Group, LLP |
| | Date Filed: | 1/9/19 |
| | Client Defendant: | BP Fisher Law Group, LLP |
| | Court: | Circuit Court for Prince George's County, Maryland |
| | Case No.: | CAL19-01395 |
| | Nature of Suit: | Confessed Judgment |
| | Disposition: | Ongoing, but should be stayed by bankruptcy filing |
| | | |
| (5) | Short Title: | Franklin Owens, Jr. v. Bank of New York Mellon, et al. |
| | Date Filed: | 6/11/18 |
| | Client Defendant: | BP Fisher Law Group and Tracey Jean-Charles |
| | Court: | Circuit Court for Charles County, Maryland |

| | | |
|---|---|---|
| | Case No.: | C-08-CV-18-000586 |
| | Nature of Suit: | Quiet Title |
| | Disposition: | Ongoing |
| | | |
| **(6)** | Short Title: | Dione Rodman v. Tracey Jean-Charles, et al. |
| | Date Filed: | 12/6/18 |
| | Client Defendant: | BP Fisher Law Group and Tracey Jean-Charles |
| | Court: | United States District Court for the District of Maryland |
| | Case No.: | 1:18-cv-03757-DKC |
| | Nature of Suit: | Homeowner Suit Related to Foreclosure |
| | Disposition: | Ongoing |
| | | |
| **(7)** | Short Title: | Seterus Inc., v. BP Fisher Law Group, LLP, et al. |
| | Date Filed: | 1/7/19 |
| | Client Defendant: | BP Fisher and Plutos Sama, LLC |
| | Court: | United States District Court for the District of Maryland |
| | Case No.: | 1:19-cv-00054-GLR |
| | Nature of Suit: | Contract |
| | Disposition: | Ongoing, stayed as to BP Fisher |
| | | |
| **(8)** | Short Title: | Select Portfolio Servicing Inc., v. BP Fisher Law Group, LLP, et al. |
| | Date Filed: | 1/15/19 |
| | Client Defendant: | BP Fisher, Plutos Sama, LLC, Shannon, Andrew, Matt |
| | Court: | United States District Court for the District of Maryland |
| | Case No.: | 8:19-cv-00149-PX |
| | Nature of Suit: | Contract |
| | Disposition: | Stipulation and Consent Order entered on 1/28/19 |
| | | |
| **(9)** | Short Title: | Metropolitan EIH13, LP v. BP Law Group, LLP, et al. |
| | Date Filed: | 6/22/16 |
| | Client Defendant: | BP Law Group, BP Fisher Law Group, WHB, WKB, Matt |
| | Court: | Supreme Court of New York |
| | Case No.: | Index No. 155283/2016 |
| | Nature of Suit: | Alleged Malpractice |
| | Disposition: | Ongoing |
| | | |
| **(10)** | Short Title: | US Department of Labor v. BP Fisher Law Group, LLP |
| | Date Filed: | 2017 |
| | Client Defendant: | BP Fisher Law Group |

|      | Court:            | US Department of Labor |
|------|-------------------|------------------------|
|      | Case No.:         | 2017-RIS-00070         |
|      | Nature of Suit:   | Issues related to health and benefit plans |
|      | Disposition:      | Ongoing – hearing scheduled for 5/23/19 |
|      |                   |                        |
| **(11)** | Short Title:  | Farzad Hoorizadeh v. Plutos Sama, LLC |
|      | Date Filed:       | August 31, 2018        |
|      | Client Defendant: | Plutos Sama, LLC, Matthew Browndorf |
|      | Court:            | CA - Orange County Superior Court |
|      | Case No.:         | 2018-01015963-CU-CO-CJC |
|      | Nature of Suit:   | Breach of Contract     |
|      | Disposition:      | Notice of Stay Filed   |
|      |                   |                        |
| **(12)** | Short Title:  | Christine Fidler v. Plutos Sama LLC |
|      | Date Filed:       | September 2018         |
|      | Client Defendant: | Plutos Sama, LLC       |
|      | Court:            | Labor Commissioner, State of California |
|      | Case No.:         | 18-99568 NQ            |
|      | Nature of Suit:   | Wage hour claim for unpaid bonus |
|      | Disposition:      | Hearing held on August 29, 2018. Decision due by September 13, 2018 but still not received as of today's date. Still waiting on decision. |
|      |                   |                        |
| **(13)** | Short Title:  | Rod Colombi v. Plutos Sama LLC |
|      | Date Filed:       | September 2018         |
|      | Client Defendant: | Putos Sama, LLC, Distressed Capital Management |
|      | Court:            | Labor Commissioner, State of California |
|      | Case No.:         | 18-998829 KV           |
|      | Nature of Suit:   | Wage hour claim for unpaid wages and bonus |
|      | Disposition:      | Hearing held on September 24, 2018. Decision received 11/26. As expected, the Commissioner ruled in Colombi's favor on the unpaid wages claim ($25k). The Commissioner denied Colombi's claim for a $200k bonus. Colombi is also entitled to recover statutory penalties for the unpaid wages ($34,615). Including interest, the total award is $62,739.58 and is due within 10 days. Plutos Sama, LLC and Distressed Capital Management, LLC are jointly liable for the judgment. |
|      |                   |                        |
| **(14)** | Short Title:  | Ana L. Bidoglio v. Plutos Sama, LLC |

|  | Date Filed: | September 15, 2017 |
|---|---|---|
|  | Client Defendant: | Plutos Sama, LLC, Matthew Browndorf, Michele Stover |
|  | Court: | Orange County Superior Court, California |
|  | Case No.: | 2017-00943907 |
|  | Nature of Suit: | Employment Discrimination |
|  | Disposition: | Notice of stay filed; Motion for relief from stay filed by Plaintiff in bk court |
|  |  |  |
| **(15)** | Short Title: | Jonathan Ball v. BP Fisher |
|  | Date Filed: | May 24, 2017 |
|  | Client Defendant: | BP Fisher |
|  | Court: | New Jersey State Court |
|  | Case No.: | L-2133-17 |
|  | Nature of Suit: | Wrongful Termination |
|  | Disposition: | Notice of stay filed; court dismissed case without prejudice; Plaintiff filed motion to amend complaint to name Plutos Sama Holdings as defendant |
|  |  |  |
| **(16)** | Short Title: | Peroff v. WKB, Browndorf, Keadjian and Corcoran |
|  | Date Filed: | NA |
|  | Client Defendant: | WKB, Browndorf, Keadjian, Corcoran |
|  | Court: | New York Supreme Court |
|  | Case No.: | 654839-2018 |
|  | Nature of Suit: | Breach of Contract |
|  | Disposition: | NA |
|  |  |  |
| **(17)** | Short Title: | Cream City Process LLC vs. BP Peterman Law Group LLC et al. |
|  | Date Filed: | November 15, 2018 |
|  | Client Defendant: | BP Peterman Law Group, LLC |
|  | Court: | Wisconsin State Court |
|  | Case No.: | 2018-CV-002081 |
|  | Nature of Suit: | Breach of Contract |
|  | Disposition: | Notice of stay filed |
|  |  |  |
| **(18)** | Short Title: | Jamie Harris vs. BP Peterman Law Group LLC |
|  | Date Filed: | January 2, 2019 |
|  | Client Defendant: | BP Peterman Law Group |
|  | Court: | Wisconsin State Court |
|  | Case No.: | 2019-CV-000008 |

| | Nature of Suit: | Unpaid Wages |
|---|---|---|
| | Disposition: | Notice of Stay filed |
| | | |

3/20/19 12:07PM

**Fill in this information to identify the case:**

Debtor name      **LF Runoff 2, LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **8:19-bk-10526-TA**

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | |
|---|---|
| **2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A / **Amount of claim** / Do not deduct the value of collateral. — Column B / **Value of collateral that supports this claim** |

| 2.1 | **1 Touch Office Technology** | Describe debtor's property that is subject to a lien | $8,861.19 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**370 Amapola Ave. #106
Torrance, CA 90501**

Creditor's mailing address

**Equipment (Copiers)**

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

| 2.2 | **BB&T** | Describe debtor's property that is subject to a lien | $600,000.00 | $786,348.98 |
|---|---|---|---|---|

Creditor's Name

**2301 Lucien Way, Suite 395
Maitland, FL 32751**

Creditor's mailing address

**90 days or less: Accounts receivables (fees and costs owed by clients)**

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**
**2015**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | LF Runoff 2, LLC | Case number (if know) | 8:19-bk-10526-TA |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 | **Daimler Trust** | **Describe debtor's property that is subject to a lien** | $24,923.43 | Unknown |
|---|---|---|---|---|

Creditor's Name

**c/o BK Servicing, LLC**
**PO Box 131265**
**Saint Paul, MN 55113-0011**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2018 Mercedes-Benz CLA45C4**

**Describe the lien**
**Car Lease**
**Is the creditor an insider or related party?**

**notices@bkservicing.com**
Creditor's email address, if known

■ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2001**
**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 | **Daimler Trust** | **Describe debtor's property that is subject to a lien** | $18,479.98 | Unknown |
|---|---|---|---|---|

Creditor's Name

**c/o BK Servicing, LLC**
**PO Box 131265**
**Saint Paul, MN 55113-0011**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2018 Mercedes-Benz E400A**

**Describe the lien**
**Car Lease**
**Is the creditor an insider or related party?**

**notices@bkservicing.com**
Creditor's email address, if known

■ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**7001**
**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 | **NFS Leasing, Inc.** | **Describe debtor's property that is subject to a lien** | $14,612.01 | Unknown |
|---|---|---|---|---|

Creditor's Name

**900 Cummings Center**
**Suite 226-U**
**Beverly, MA 01915**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Equipment**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | LF Runoff 2, LLC | Case number (if know) | 8:19-bk-10526-TA |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.6 | NH-J Office/Retail, LLC | Describe debtor's property that is subject to a lien | $240,371.78 | $23,147.50 |
|---|---|---|---|---|

Creditor's Name

**12500 FairLakes Circle, Suite 400 Fairfax, VA 22033**

**Lease Deposit - NH-J Office/Retail LLC**

Creditor's mailing address

**Describe the lien**

**Guarantee**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.7 | Talimar Systems, Inc. | Describe debtor's property that is subject to a lien | $6,751.42 | Unknown |
|---|---|---|---|---|

Creditor's Name

**3105 West Alpine Santa Ana, CA 92704**

**Furniture**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.8 | Terrace Towers | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

---

| Debtor | LF Runoff 2, LLC | Case number (if know) | **8:19-bk-10526-TA** |
|---|---|---|---|
| | Name | | |

Creditor's Name

**1900 Main Street, Suite 610, Irvine, CA 92614**

**121 SW Morrison, Ste. 250
Portland, OR 97204**

Creditor's mailing address

**Describe the lien**

**Lease**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

■ Disputed

---

| 2.9 | **Verde Investments** | | Describe debtor's property that is subject to a lien | **$2,400,000.00** | **Unknown** |

Creditor's Name

**Bonds/Real Estate**

**1720 W. Rio Salado Pkwy,
Suite A
Tempe, AZ 85281**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

■ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$3,313,999.81** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Daimler Trust
PO Box 5209
Carol Stream, IL 60197-5209** | Line  **2.3** | **2001** |
| **Daimler Trust
PO Box 5209
Carol Stream, IL 60197-5209** | Line  **2.4** | **7001** |

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 4 of 5

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

3/20/19 12:07PM

| Debtor | **LF Runoff 2, LLC** | Case number (if know) | **8:19-bk-10526-TA** |
|--------|----------------------|------------------------|----------------------|
|        | Name                 |                        |                      |

**Terrace Towers Orange County**
**121 SW Morrison, Ste. 250**
**Portland, OR 97204**

Line  **2.8**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **LF Runoff 2, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **8:19-bk-10526-TA**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| **2.1** | Priority creditor's name and mailing address<br>**Altaira Espinosa**<br>**2801 Main Street Apt 269**<br>**Irvine, CA 92614** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $3,691.74 | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid Wages** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| **2.2** | Priority creditor's name and mailing address<br>**Brittney Rowland**<br>**5582 Mountain View Ave Q206**<br>**Yorba Linda, CA 92886** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $7,166.29 | $7,166.29 |
| --- | --- | --- | --- | --- |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid Wages** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| Debtor | **LF Runoff 2, LLC** | | Case number (if known) | **8:19-bk-10526-TA** |
|---|---|---|---|---|
| | Name | | | |

---

**2.3** | Priority creditor's name and mailing address

**Carmel A. Reilly**

As of the petition filing date, the claim is: $1,436.29    $1,436.29
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address

**Claude Roxborough**
**16801 George Washington Dr**
**Rockville, MD 20853**

As of the petition filing date, the claim is: $8,256.20    $8,256.20
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5** | Priority creditor's name and mailing address

**Dmitry Parakhin**
**21821 Shasta Lake Road**
**Lake Forest, CA 92630**

As of the petition filing date, the claim is: $6,043.56    $6,043.56
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6** | Priority creditor's name and mailing address

**Elizabeth C. Tingen**
**170 Garden Gate Ln**
**Irvine, CA 92620**

As of the petition filing date, the claim is: $4,870.74    $4,870.74
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **LF Runoff 2, LLC** | Case number *(if known)* | **8:19-bk-10526-TA** |
|---|---|---|---|
| | Name | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,003.15** | **$7,003.15** |
|---|---|---|---|---|
| | **Erin Showerman** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Unpaid wages** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Franchise Tax Board** | *Check all that apply.* | | |
| | **Bankruptcy Section, MS: A-340** | ☐ Contingent | | |
| | **P. O Box 2952** | ☐ Unliquidated | | |
| | **Sacramento, CA 95812-2952** | ■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017-2018** | **Taxes** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No |
| | ☐ Yes |

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Gary Burk** | *Check all that apply.* | | |
| | **247A Ammann Road** | ☐ Contingent | | |
| | **Boerne, TX 78015** | ☐ Unliquidated | | |
| | | ■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Unpaid Wages** |

| Last 4 digits of account number **6361** | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$105,000.00** | **$0.00** |
|---|---|---|---|---|
| | **Gene O'Bryan** | *Check all that apply.* | | |
| | **22044 Arrowhead Lane** | ☐ Contingent | | |
| | **Lake Forest, CA 92630** | ☐ Unliquidated | | |
| | | ■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Unpaid wages** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| Debtor | **LF Runoff 2, LLC** | | Case number (*if known*) | **8:19-bk-10526-TA** |
|---|---|---|---|---|
| | Name | | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,037.62 | $8,037.62 |
|---|---|---|---|---|

**Gina Leiva**
**2540 Country Hills Road Apt 202**
**Brea, CA 92821**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Unpaid wages** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,315.79 | $10,315.79 |
|---|---|---|---|---|

**Gregory Roper**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Unpaid wages** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017-2018** | **Taxes** |

Last 4 digits of account number **8731**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,016.47 | $1,016.47 |
|---|---|---|---|---|

**Jamie L. Harris**
**8930 S 6th Avenue**
**Oak Creek, WI 53154**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Unpaid wages** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| Debtor | **LF Runoff 2, LLC** | | Case number *(if known)* | **8:19-bk-10526-TA** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27,919.21 | $12,850.00 |
|---|---|---|---|---|

**Jamil Atcha**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,110.47 | $3,110.47 |
|---|---|---|---|---|

**Jenny Dang**
**14372 Titus Street**
**Westminster, CA 92683**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $39,275.39 | $0.00 |
|---|---|---|---|---|

**Jim Peterman**
**1260 Shelly Lane**
**Hartland, WI 53029**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,927.49 | $3,927.49 |
|---|---|---|---|---|

**Josephine Aranda**
**1612 East Avenue R-4**
**Palmdale, CA 93550**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **LF Runoff 2, LLC** | Case number (if known) | **8:19-bk-10526-TA** |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,941.85 | $9,941.85 |
|---|---|---|---|---|

**Karen A. Hauck**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,643.14 | $1,643.14 |
|---|---|---|---|---|

**Kimberly Breineder**
**2703 Steamboat Circle**
**Plainfield, IL 60586**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,028.38 | $1,028.38 |
|---|---|---|---|---|

**Kyla Morton**
**8400 Joan Place**
**Clinton, MD 20735**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,101.98 | $0.00 |
|---|---|---|---|---|

**Leslie Williams**
**38 Clarmont**
**Newport Coast, CA 92657**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **LF Runoff 2, LLC** | Case number (if known) | **8:19-bk-10526-TA** |
|---|---|---|---|
| | Name | | |

---

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,147.38 | $3,147.38 |
|---|---|---|---|---|

**Mack Oudin**
**2017 Huntington Street #3**
**Huntington Beach, CA 92648**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: **Unpaid wages** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,967.81 | $5,967.81 |
|---|---|---|---|---|

**Marc Lazo**
**25011 Farrier Circle**
**Laguna Hills, CA 92653**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: **Unpaid wages** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,857.63 | $5,857.63 |
|---|---|---|---|---|

**Marcin Balczunas**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: **Unpaid wages** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
■ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Maryland Department of Revenue**
**80 Calvert Street**
**Annapolis, MD 21404**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred **2017-2018** | Basis for the claim: **Taxes** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **LF Runoff 2, LLC** | | Case number *(if known)* | **8:19-bk-10526-TA** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.53 | $140.53 |
|---|---|---|---|---|

**Maya Maleszowski**
**24182 Via Santa Clara**
**Mission Viejo, CA 92692**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,621.85 | $1,621.85 |
|---|---|---|---|---|

**Melissa Dahl**
**4135 Scarborough Drive**
**Richfield, WI 53076**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,658.86 | $6,658.86 |
|---|---|---|---|---|

**Michael Goldstein**
**805 So Wooster St #303**
**Los Angeles, CA 90035**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,202.72 | $7,202.72 |
|---|---|---|---|---|

**Michael Holsen**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | LF Runoff 2, LLC | Case number (if known) | 8:19-bk-10526-TA |
|---|---|---|---|
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,030.57 | $2,030.57 |
|---|---|---|---|---|
| | **Michael Kuhn** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Unpaid wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $984.90 | $984.90 |
|---|---|---|---|---|
| | **Natalia De Almeida** | *Check all that apply.* | | |
| | **2206 Fountain Blvd** | ☐ Contingent | | |
| | **Kissimmee, FL 34741** | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Unpaid wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32,097.12 | $12,850.00 |
|---|---|---|---|---|
| | **Patrick Farenga** | *Check all that apply.* | | |
| | **17 Saratoga** | ☐ Contingent | | |
| | **Trabuco Canyon, CA 92679** | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Unpaid wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,713.72 | $2,713.72 |
|---|---|---|---|---|
| | **Raeanne Murphy** | *Check all that apply.* | | |
| | **20642 Brookdale Lane** | ☐ Contingent | | |
| | **Huntington Beach, CA 92646** | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Unpaid wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **LF Runoff 2, LLC** | Case number (if known) | **8:19-bk-10526-TA** |
|---|---|---|---|
| | Name | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,281.88 | $5,281.88 |
|---|---|---|---|---|

**Sara Stangel**
**N5174 Union Hill Road**
**Oconomowoc, WI 53066**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,974.10 | $11,974.10 |
|---|---|---|---|---|

**Zachary Roper**
**3801 8th Street N**
**Saint Petersburg, FL 33703**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | **Amount of claim** |
|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.80 |
|---|---|---|---|

**AAA Patendiburoo OU**
**OU Tartu Mnt 16**
**Tallinn 10117 Estonia**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,391.70 |
|---|---|---|---|

**abf Marketing Solutions, Inc**
**480 W. Lambert Road, Suite F**
**Brea, CA 92821**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,055.23 |
|---|---|---|---|

**Accountemps**
**12400 Collections Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **LF Runoff 2, LLC** | | Case number (if known) | **8:19-bk-10526-TA** |
|---|---|---|---|---|
| | Name | | | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $330.65 |
|---|---|---|---|

**Accrue Solutions**
**P.O. Box 11984**
**Mailcode 324**
**Birmingham, AL 35202-1984**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $330.65 |
|---|---|---|---|

**Accrue Solutions**
**P.O. Box 11984**
**Mailcode 324**
**Birmingham, AL 35202-1984**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $52.99 |
|---|---|---|---|

**Adobe Systems Incorporated**
**75 Remittance Drive Suite 1025**
**Chicago, IL 60675-1025**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $52.99 |
|---|---|---|---|

**Adobe Systems Incorporated**
**75 Remittance Drive Suite 1025**
**Chicago, IL 60675-1025**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $187.65 |
|---|---|---|---|

**Advanced Discovery Inc**
**13915 North Mopac Exwy., Suite 210**
**Austin, TX 78728**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Aetna**
**P.O. Box 31001-1408**
**Pasadena, CA 91110**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,082.56 |
|---|---|---|---|

**Affinity Consulting Group**
**11370 66th Street, Suite 132**
**Largo, FL 33773**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LF Runoff 2, LLC** | Case number (if known) | **8:19-bk-10526-TA** |
|---|---|---|---|
| | Name | | |

---

**3.11** Nonpriority creditor's name and mailing address

**AFS/IBEX**
**4100 Newport Place Dr., Ste. 670**
**Newport Beach, CA 92660**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$47,979.82**

---

**3.12** Nonpriority creditor's name and mailing address

**All Covered**
**Dept. 33163 All Covered**
**P.O. Box 39000**
**San Francisco, CA 94139-3163**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$6,805.50**

---

**3.13** Nonpriority creditor's name and mailing address

**Alt Process Service**
**100 Fisher Avenue #1519**
**White Plains, NY 10602**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$105.00**

---

**3.14** Nonpriority creditor's name and mailing address

**Altus GTS, Inc.**
**2400 Veterans Memorial Blvd., #400**
**Kenner, LA 70062**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$2,990.00**

---

**3.15** Nonpriority creditor's name and mailing address

**American Express National Bank**
**P.O. Box 30384**
**Salt Lake City, UT 84130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$108,158.45**

---

**3.16** Nonpriority creditor's name and mailing address

**American Legal & Financial Network**
**c/o Brown, Smith, Wallace LLP**
**Attn: Laura DeNormandie**
**6 City Place Drive, Suite 900**
**Saint Louis, MO 63141**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$8,500.00**

---

**3.17** Nonpriority creditor's name and mailing address

**AMEX**
**P.O. Box 1270**
**Newark, NJ 07101-1270**

Date(s) debt was incurred **2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$34,431.00**

---

| Debtor | **LF Runoff 2, LLC** | | Case number (if known) | **8:19-bk-10526-TA** |
|---|---|---|---|---|
| | Name | | | |

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,440.21** |
|---|---|---|---|
| | **Amicorp**<br>**Luxembourg SA 11-13 Boulevard de la**<br>**Foire L-1528 Luxembourg**<br>**Grand Duchy of Luxembourg** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$83,880.71** |
|---|---|---|---|
| | **Amtrust North America, Inc.**<br>**P.O. Box 6939**<br>**Cleveland, OH 44101-1939** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,340.00** |
|---|---|---|---|
| | **Applied Business Software, Inc.**<br>**2847 Gundry Ave.**<br>**Signal Hill, CA 90755** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|
| | **Ascensus Trust Retirement**<br>**1655 43rd Street South, Suite 100**<br>**Fargo, ND 58103** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$86.56** |
|---|---|---|---|
| | **Ascentium Capital**<br>**23970 Highway 59 North**<br>**Kingwood, TX 77339-1535** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,431.40** |
|---|---|---|---|
| | **AT&T**<br>**PO Box 5080**<br>**Canton, CT 06019-7000** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,400.00** |
|---|---|---|---|
| | **ATG Title**<br>**4800 Hampden Lane, #200**<br>**Bethesda, MD 20814** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | **LF Runoff 2, LLC** | Case number (if known) | **8:19-bk-10526-TA** |
|---|---|---|---|
| | Name | | |

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,666.69**

**Attom Data Solutions**
**1 Venture Suite 300**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,291.35**

**Axley Brynelson, LLP**
**P.O. Box 1767**
**Madison, WI 53701-1767**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,699.45**

**Aztec Leasing Inc.**
**P.O. Box 98813**
**Las Vegas, NV 89193-8813**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$223,936.12**

**Baker & KcKenzie LLP**
**100 New Bridge Street**
**London, EC4V 6JA United Kingdom**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,079.00**

**Benefit Equity, Inc.**
**1971 E. 4th Street, Suite 100**
**Santa Ana, CA 92705**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$528.01**

**Bernstein Financial Services, Inc.**
**7120 Hayvenhurst Avenue #316**
**Van Nuys, CA 91406**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00**

**Bird & Bird**
**London EC4A 1JP, UK**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LF Runoff 2, LLC** | Case number *(if known)* | **8:19-bk-10526-TA** |
|---|---|---|---|
| | Name | | |

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,348.90 |
|---|---|---|---|

**Bizfilings**
**Lockbox Payments Only 39922**
**Treasury Center**
**Chicago, IL 60694-9900**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,966.70 |
|---|---|---|---|

**Black Knight Financial Services, In**
**Accounting Department**
**1270 Northland Dr., Suite 300**
**Saint Paul, MN 55120**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,796.93 |
|---|---|---|---|

**Black Knight Portfolio Solutions, L**
**Account - Process Management**
**PO Box 849277**
**Los Angeles, CA 90084-9270**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,245.00 |
|---|---|---|---|

**Bolet & Terrero - Calle 18 de**
**Calacoto #8022 entre Av. Sanchez**
**Bustamante y Julio Patino Ed Parque**
**18 Fl6 #602 La Paz Bolivia**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $622,865.76 |
|---|---|---|---|

**Branch Banking and Trust Company**

**College Park, MD**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **17/16/2015**

Basis for the claim: __ **Judgment**
**Circuit Court for Prince George's County, Maryland**
**Case No. CAL19-01396**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,020.00 |
|---|---|---|---|

**Brickerhaven Consulting Group, Inc.**
**531 46th Ave**
**San Francisco, CA 94121**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,125.00 |
|---|---|---|---|

**Brown Law, LLP**
**4130 Parklake Avenue**
**Suite 525**
**Raleigh, NC 27612**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LF Runoff 2, LLC** | Case number (if known) | **8:19-bk-10526-TA** |
|---|---|---|---|
| | Name | | |

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,927.84** |

**BSB Leasing**
**Attn: Evonne Ames**
**Direct Credit Funding, Inc.**
**3629 N. 700 E. Suite 200**
**Ogden, UT 84414**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,129.00** |

**Business Valuation Resources**
**1000 SW Broadway, Suite 1200**
**Portland, OR 97205**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,789.50** |

**Business Wire, Inc.**
**Department 34182**
**P.O. Box 39000**
**San Francisco, CA 94139**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,625.00** |

**Cal Net Technology Group**
**9420 Topanga Canyon Blvd. #100**
**Chatsworth, CA 91311**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$119,779.79** |

**Canon Financial Services, Inc.**
**14904 Collections Center Drive**
**Chicago, IL 60693-0149**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,534.00** |

**CapX Solutions, LLC**
**8506 Country Club Drive**
**Bethesda, MD 20817**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |

**Caram Investments Inc.**
**99 NW 183rd St. Suite 232C**
**Miami, FL 33169**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LF Runoff 2, LLC** | Case number (if known) | **8:19-bk-10526-TA** |
|---|---|---|---|
| | Name | | |

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,282.98 |
|---|---|---|---|
| | **Carr Workplaces PBC** | ☐ Contingent | |
| | **Preferred Offices Properties, LLC** | ☐ Unliquidated | |
| | **200 Park Avenue Suite 1700** | ■ Disputed | |
| | **New York, NY 10166** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,260.00 |
|---|---|---|---|
| | **Castillo Castillo** | ☐ Contingent | |
| | **CPS #781  PO Box 149020** | ☐ Unliquidated | |
| | **Miami, FL 33114-9020** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,858.00 |
|---|---|---|---|
| | **Chofn - Intellectual Property** | ☐ Contingent | |
| | **B316 Guangyi Plaza  5 Guangyi Str.** | ☐ Unliquidated | |
| | **Xicheng,  Beijing 100053,** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $23,273.58 |
|---|---|---|---|
| | **Christiana Trust** | ☐ Contingent | |
| | **501 Carr Road Suite 100** | ☐ Unliquidated | |
| | **Wilmington, DE 19809** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,153.95 |
|---|---|---|---|
| | **Chubb** | ☐ Contingent | |
| | **P.O. Box 382011** | ☐ Unliquidated | |
| | **Pittsburgh, PA 15250-8001** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,713.04 |
|---|---|---|---|
| | **City of Brookfield** | ☐ Contingent | |
| | **2000 N. Calhoun Road** | ☐ Unliquidated | |
| | **Brookfield, WI 53005** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,388.45 |
|---|---|---|---|
| | **CNA Insurance** | ☐ Contingent | |
| | **1005 Convention Plaza** | ☐ Unliquidated | |
| | **Saint Louis, MO 63101** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | LF Runoff 2, LLC | Case number *(if known)* | **8:19-bk-10526-TA** |
|---|---|---|---|
| | Name | | |

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,300.93** |
|---|---|---|---|

**Collins Einhorn Farrell**
**4000 Town Center 9th Floor**
**Southfield, MI 48075**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,960.32** |
|---|---|---|---|

**Colonial Life**
**Processing Center 1201 Averyt Ave**
**Columbia, SC 29210-7654**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,109.69** |
|---|---|---|---|

**Comcast Cable**
**PO Box 3006**
**Southeastern, PA 19398-3006**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$103.46** |
|---|---|---|---|

**Complete Office**
**P.O. Box 4318**
**Cerritos, CA 90703**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,482.90** |
|---|---|---|---|

**Concur Technologies, Inc.**
**62157 Collections Center Drive**
**Chicago, IL 60693**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$511.96** |
|---|---|---|---|

**Convergent Commercial, Inc.**
**925 Westchester Ave, Suite 101**
**West Harrison, NY 10604**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,359.50** |
|---|---|---|---|

**Corsearch**
**111 Eighth Avenue 13th Floor**
**New York, NY 10011**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Debtor | **LF Runoff 2, LLC** | Case number (if known) | **8:19-bk-10526-TA** |
|---|---|---|---|
| | Name | | |

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$822.00** |

**Courthouse News Service**
**30 North Raymond Ave., Ste 310**
**Pasadena, CA 91103**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,817.35** |

**Cox Business**
**PO BOX 53280**
**Phoenix, AZ 85072-3280**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,899.65** |

**CT Corporation**
**P.O. Box 4349**
**Carol Stream, IL 60197-4349**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$506.00** |

**Cuesta & Asociados SAS**
**Calle 72 No. 10-07 OF**
**603 Bogota, Colombia**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,157.16** |

**Curacao Trademark Agency, Inc.**
**L.B. Smithplein 3**
**P.O. 686**
**Willemstad, Curacao**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,447.37** |

**CyberNet Communications, Inc.**
**7750 Gloria Avenue**
**Van Nuys, CA 91406**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$726.51** |

**Dannemann Siemsen Bigler & Ipanema**
**Av. Indianopolis, 739 04063-000**
**Sao Paulo - SP - Brasil**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LF Runoff 2, LLC** | Case number *(if known)* | **8:19-bk-10526-TA** |
|---|---|---|---|
| | Name | | |

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,871.36** |
|---|---|---|---|

**DDC Financial**
**Bohusovicka 230/12 190 00**
**Praha 9 Czech Republic**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,118.75** |
|---|---|---|---|

**De Lage Landen Financial Services**
**P.O. Box 41602**
**Philadelphia, PA 19101-1602**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,472.00** |
|---|---|---|---|

**Deep & Far**
**13th Fl. 27 Sec 3 Chung**
**San N. Road  Taipei, Taiwan, ROC TN**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$849.09** |
|---|---|---|---|

**Deer Park**
**ReadyRefresh**
**P.O. Box 856192**
**Louisville, KY 40285**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$89.35** |
|---|---|---|---|

**Deliv, Inc.**
**4400 Bohannon Drive #120**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,644.53** |
|---|---|---|---|

**Dell Financial Services**
**Payment Processing Center**
**P.O. Box 5292**
**Carol Stream, IL 60197-5292**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,010.00** |
|---|---|---|---|

**Derek Kelliher DBA Professional Inv**
**P.O. Box 930545**
**Verona, WI 53593**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LF Runoff 2, LLC** | | Case number *(if known)* | **8:19-bk-10526-TA** |
|---|---|---|---|---|
| | Name | | | |

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|
| | **DeWitt Ross & Stevens, S.C.** | ☐ Contingent | |
| | **Attn: John F. Gaebler** | ☐ Unliquidated | |
| | **13935 Bishops Drive, Suite 300** | ■ Disputed | |
| | **Brookfield, WI 53005-6605** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$646.09** |
|---|---|---|---|
| | **Dilworth Paxson** | ☐ Contingent | |
| | **2 North 2nd Street Suite 1101** | ☐ Unliquidated | |
| | **Harrisburg, PA 17101** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,792.50** |
|---|---|---|---|
| | **DLA Piper LLP** | ☐ Contingent | |
| | **550 S Hope St #2300** | ☐ Unliquidated | |
| | **Los Angeles, CA 90071** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$363.50** |
|---|---|---|---|
| | **DO Innovations S.A.** | ☐ Contingent | |
| | **Route de la Chocolatiere 10** | ☐ Unliquidated | |
| | **CH-1026 Echandens, Suisse** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$217,400.73** |
|---|---|---|---|
| | **DOLP 114 Properties II LLC** | ☐ Contingent | |
| | **Patterson Belknap Webb & Tyler LLP** | ☐ Unliquidated | |
| | **Lawrence P. Lenzner, Esq.** | ■ Disputed | |
| | **1133 Avenue of the Americas** | | |
| | **New York, NY 10036** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$684.00** |
|---|---|---|---|
| | **Domain Listings** | ☐ Contingent | |
| | **PO BOX 19607** | ☐ Unliquidated | |
| | **Las Vegas, NV 89132-0607** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$640.50** |
|---|---|---|---|
| | **Drew and Napier** | ☐ Contingent | |
| | **10 Collyer Quay #10-01** | ☐ Unliquidated | |
| | **Ocean Financial Centre** | ■ Disputed | |
| | **Singapore, 049315** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **LF Runoff 2, LLC** | Case number (if known) | **8:19-bk-10526-TA** |
|---|---|---|---|
| | Name | | |

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$786.58** |
|---|---|---|---|

**Earthlink Business**
PO Box 88104
Chicago, IL 60680-1104

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$450.00** |
|---|---|---|---|

**Eccleston and Wolf Jackson & Assoc**
7240 Parkway Drive, 4th Floor
Hanover, MD 21076

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$523,810.35** |
|---|---|---|---|

**Elan Financial Services**
**Corporate Payment Systems**
PO Box 790428
Saint Louis, MO 63179-0428

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,270.00** |
|---|---|---|---|

**Ella Cheong**
300 Beach Road #31-04/05
The Concourse 199555 Singapore

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$494.70** |
|---|---|---|---|

**Empire CLS**
225 Meadowlands Parkwa
Secaucus, NJ 07094

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$232,080.00** |
|---|---|---|---|

**Encore Search Partners, LLC**
14511 Old Katy Rd. Suite 200
Houston, TX 77079

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,700.60** |
|---|---|---|---|

**Engineered Security Solutions, Inc.**
16805 W Observatory Road
New Berlin, WI 53151

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LF Runoff 2, LLC** | Case number *(if known)* | **8:19-bk-10526-TA** |
|---|---|---|---|
| | Name | | |

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,138.35 |
|---|---|---|---|

**Epicurean**
**1733 Thurber Place**
**Burbank, CA 91501**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,810.11 |
|---|---|---|---|

**Epiq Europe Limited**
**11 Old Jewry**
**London EC2R 8DU England**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,454.09 |
|---|---|---|---|

**Epiq Systems, Inc.**
**Jupiter eSources, LLC**
**Dept 2584 PO BOX 122584**
**Dallas, TX 75312-2584**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $68,076.00 |
|---|---|---|---|

**Equinox Fitness Clubs, LLC**
**Attn: Corporate Accounts**
**P.O. Box 1774**
**New York, NY 10156-1774**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $383.06 |
|---|---|---|---|

**eVoice**
**6922 Hollywood Blvd, 5th Floor**
**Los Angeles, CA 90028**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $45,740.39 |
|---|---|---|---|

**Farzad Hoorizadeh**
**6033 W. Century Blvd., Suite 150**
**Los Angeles, CA 90045**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,194.82 |
|---|---|---|---|

**Federal Express**
**PO Box 94515**
**Palatine, IL 60094-4515**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **LF Runoff 2, LLC** | Case number (if known) | **8:19-bk-10526-TA** |
|---|---|---|---|
| | Name | | |

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$228.00** |
|---|---|---|---|

**File & Serve Xpress**
**500 E John Carpenter Fwy, Suite 250**
**Irving, TX 75062**

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,515.00** |
|---|---|---|---|

**Firefly Legal**
**888 S. Andrews Avenue, Suite 302**
**Fort Lauderdale, FL 33316**

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,970.00** |
|---|---|---|---|

**First American Title Insurance Co.**
**P.O Box 31001-2276**
**Pasadena, CA 91110**

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$77,461.14** |
|---|---|---|---|

**FIRST Insurance Funding**
**450 Skokie Blvd, Ste 1000**
**Northbrook, IL 60062-7917**

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,507.00** |
|---|---|---|---|

**Fisher Adams Kelly**
**Level 6, 175 Eagle Street**
**Brisbane, QLD 4000 GPO Box 1413**
**Brisbane, QLD 4001 Australia**

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,387.85** |
|---|---|---|---|

**Five9, Inc.**
**4000 Executive Parkway**
**Suite 400**
**San Ramon, CA 94583**

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,216.53** |
|---|---|---|---|

**Fountainhead Tower**
**8200 IH-10 West Suite 805**
**San Antonio, TX 78230**

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **LF Runoff 2, LLC** | Case number *(if known)* | **8:19-bk-10526-TA** |
|---|---|---|---|
| | Name | | |

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$951.60** |
|---|---|---|---|

**FR Kelly**
**27 Clyde Road**
**Dublin 4   Ireland**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$98,260.00** |
|---|---|---|---|

**Frank Recruitment Group Inc**
**DBA Anderson Frank**
**PO BOX 10921**
**Palatine, IL 60055-0921**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$210.00** |
|---|---|---|---|

**Fred Sasscer Abstract, Inc.**
**PO Box 6**
**Upper Marlboro, MD 20772**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$284.00** |
|---|---|---|---|

**Frederick W. Gams, Jr.**
**4317 Northview Drive**
**Bowie, MD 20716**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$866.66** |
|---|---|---|---|

**Friedenberg Mediation**
**3525 Del Mar Heights Road Suite 644**
**San Diego, CA 92130**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,923.09** |
|---|---|---|---|

**Fusion**
**Network Billing Solutions, LLC**
**P.O. Box 932193**
**Pittsburgh, PA 15251-9193**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,727.15** |
|---|---|---|---|

**Goodmans LLP**
**Bay Adelaide Centre**
**333 Bay Street, Suite 3400**
**oronto, Ontario  M5H 2S7  Canada**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LF Runoff 2, LLC** | Case number *(if known)* | **8:19-bk-10526-TA** |
|---|---|---|---|
| | Name | | |

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,605.67** |
|---|---|---|---|

**Goudreau Gage Dubuc**
**2000 Avenue McGill College #2200**
**Montreal (Quebec) H3A 3H3 Canada**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,682.97** |
|---|---|---|---|

**Great America Leasing Corporation**
**PO Box 660831**
**Dallas, TX 75266-0831**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,740.39** |
|---|---|---|---|

**GT Securities, Inc.**
**6033 W. Century Blvd., Suite 150**
**Los Angeles, CA 90045**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,875.00** |
|---|---|---|---|

**Guerrero Howe, LLC**
**825 W. Chicago Ave.**
**Chicago, IL 60642**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,300.37** |
|---|---|---|---|

**H Hendy Associates**
**4770 Campus Drive, Suite 100**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,070.00** |
|---|---|---|---|

**Hauselman, Rappin & Olswang, Ltd**
**29 East Madison Street, Suite 950**
**Chicago, IL 60602**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$681.00** |
|---|---|---|---|

**Herrero & Asociados**
**Cedaceros 1  E - 28014**
**Madrid   Spain**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LF Runoff 2, LLC** | | Case number *(if known)* | **8:19-bk-10526-TA** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$120.81** |
|---|---|---|---|
| | **HireRight, LLC** | ☐ Contingent | |
| | **3349 Michelson Drive, Suite 150** | ☐ Unliquidated | |
| | **Irvine, CA 92612** | ☒ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

| 3.117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,360.00** |
|---|---|---|---|
| | **HMP IP** | ☐ Contingent | |
| | **Teheran -ro 14 gil Gangnam-gu** | ☐ Unliquidated | |
| | **Seoul 06234** | ☒ Disputed | |
| | **Republic of South Korea** | | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

| 3.118 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$17,785.00** |
|---|---|---|---|
| | **Hunton & Williams, LLP** | ☐ Contingent | |
| | **P.O Box 405759** | ☐ Unliquidated | |
| | **Atlanta, GA 30384-5759** | ☒ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

| 3.119 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$621.83** |
|---|---|---|---|
| | **Infiniti Financial Services** | ☐ Contingent | |
| | **P O Box 9001133** | ☐ Unliquidated | |
| | **Sebago, ME 04029** | ☒ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

| 3.120 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,895.00** |
|---|---|---|---|
| | **inhouseIT** | ☐ Contingent | |
| | **3193 Red Hill Avenue** | ☐ Unliquidated | |
| | **Costa Mesa, CA 92626** | ☒ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

| 3.121 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,863.50** |
|---|---|---|---|
| | **Insight** | ☐ Contingent | |
| | **Insight Direct USA. Inc** | ☐ Unliquidated | |
| | ** P.O. Box 731069** | ☒ Disputed | |
| | **Dallas, TX 75373-1069** | | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

| 3.122 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,863.50** |
|---|---|---|---|
| | **Insight Direct USA Inc.** | ☐ Contingent | |
| | **P.O. Box 731069** | ☐ Unliquidated | |
| | **Dallas, TX 75373-1069** | ☒ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ☒ No  ☐ Yes | |

| Debtor | **LF Runoff 2, LLC** | Case number *(if known)* | **8:19-bk-10526-TA** |
|---|---|---|---|
| | Name | | |

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,680.00** |
|---|---|---|---|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Taxes**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,811.40** |
|---|---|---|---|

**Iron Mountain**
**PO BOX 601002**
**Pasadena, CA 91189-1002**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,236.50** |
|---|---|---|---|

**ISGN Corporation**
**PO Box 644780**
**Pittsburgh, PA 15264-4780**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,725.00** |
|---|---|---|---|

**J Pereira Da Cruz**
**Rua Vitor Cordon, 14**
**1249-103 Lisboa Portugal**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,795.00** |
|---|---|---|---|

**JAH Intellectual Property**
**Office No. 5, 2nd Floor**
**Golden Tower, No. 42 Almeena Street**
**Doha - State of Qatar PO Box 24955**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,629.53** |
|---|---|---|---|

**JDS Consulting**
**Minska 38 54-610**
**Wroclaw, Polska Poland**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$113,022.65** |
|---|---|---|---|

**Jeff Fisher**
**155 Potomac Passage, #215**
**Oxon Hill, MD 20745**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | LF Runoff 2, LLC | | Case number *(if known)* | **8:19-bk-10526-TA** |
|---|---|---|---|---|
| | Name | | | |

---

**3.130**

**Nonpriority creditor's name and mailing address**

**Jitterbit Inc.**
**1301 Marina Village Parkway, Suite**
**Alameda, CA 94501**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$11,000.00**

---

**3.131**

**Nonpriority creditor's name and mailing address**

**JMBM LLP**
**Lockbox File 1263**
**1801 W. Olympic Blvd.**
**Pasadena, CA 91199-1263**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$19,398.36**

---

**3.132**

**Nonpriority creditor's name and mailing address**

**JR & T Properties LLC**
**1680 Sapphire Ct.**
**Hobart, IN 46342**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$3,400.00**

---

**3.133**

**Nonpriority creditor's name and mailing address**

**Kaiser Permanente**
**P.O. Box 7141**
**Pasadena, CA 91109-7141**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$1,562.95**

---

**3.134**

**Nonpriority creditor's name and mailing address**

**Kancelaria Radcy Prawnego Krzysztof**
**4 lok 29 50-078**
**Wroclaw Poland**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$3,125.52**

---

**3.135**

**Nonpriority creditor's name and mailing address**

**Karbal, Cohen, Economou, et al**
**150 S. Wacker Drive Suite 1700**
**Chicago, IL 60606**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$13,880.00**

---

**3.136**

**Nonpriority creditor's name and mailing address**

**Kastle Systems**
**PO BOX 75151**
**Baltimore, MD 21275**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$5,456.10**

---

| Debtor | **LF Runoff 2, LLC** | Case number (if known) | **8:19-bk-10526-TA** |
|---|---|---|---|
| | Name | | |

---

**3.137** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$29,953.84**

**Keesal, Young & Logan**
**400 Oceangate**
**Long Beach, CA 90802**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.138** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,430.00**

**Kims and Lees**
**K.P.O Box 312**
**Seoul (03187), Korea**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.139** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,800.00**

**Klarin & Associates**
**20101 SW Birch St #210**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.140** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$73,086.24**

**KMC Information Systems, L.C.**
**101 W. Argonne Dr. Suite 261**
**Saint Louis, MO 63122**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.141** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,425.86**

**Kohno & Co. - Suite 306**
**Nagata-Cho Hoso Bldg.  2-21**
**Akasaka 2-Chome, Minato-ku**
**Tokyo 107-0052, Japan**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.142** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,060.79**

**Krueger Communications Inc.**
**PO Box 618**
**Elm Grove, WI 53122**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.143** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,480.00**

**KSJG, LLP**
**100 Spectrum Center Drive**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LF Runoff 2, LLC** | Case number *(if known)* | **8:19-bk-10526-TA** |
|---|---|---|---|
| | Name | | |

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,771.00** |
|---|---|---|---|

**Lall Lahiri & Salhotra**
**RCY House Plot No. B-28 Sector 32**
**Institutional Aream Gurgaon 122 001**
**National Capital Region, India  Ind**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$768.22** |
|---|---|---|---|

**Land Rover**
**03-910 Warszawa ul.**
**Waszyngtona 50 Poland**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,075.00** |
|---|---|---|---|

**Larry W. Evans**
**16 Calle Pacifica**
**San Clemente, CA 92673**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,303.00** |
|---|---|---|---|

**Latham & Watkins LLP**
**650 Town Center Drive 20th Floor**
**Costa Mesa, CA 92626-1925**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,140.00** |
|---|---|---|---|

**Law Offices of Jeffrey B. Kahn, P.C**
**38 Executive Park, Suite 260**
**Irvine, CA 92614**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,140.00** |
|---|---|---|---|

**Law Offices of Jeffrey B. Kahn, P.C**
**38 Executive Park, Suite 260**
**Irvine, CA 92614**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,770.03** |
|---|---|---|---|

**Layton & Lopez Tax Attorneys, LLP**
**1370 Brea Blvd., Suite 140**
**Fullerton, CA 92835**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LF Runoff 2, LLC** | Case number (if known) | **8:19-bk-10526-TA** |
|---|---|---|---|
| | Name | | |

---

**3.151** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$333,000.00**

**Leading Edge Administrators**
14 Wall Street, Suite 5B
New York, NY 10005

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.152** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,500.00**

**Legal League 100**
1909 Woodall Rogers Fwy 100
Suite 300
Dallas, TX 75201

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.153** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$784.98**

**Lexis Nexis**
9443 Springboro Pike
Miamisburg, OH 45342

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.154** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,490.58**

**Lexis Nexis/Martindale-Hubbell**
P.O. Box 740299
Los Angeles, CA 90074-0299

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.155** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$325.00**

**Lighthouse Consulting Services**
3130 Wilshire Blvd. Suite 550
Santa Monica, CA 90403

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.156** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,814.75**

**Livingston, Alexander & Levy**
72 Harbour Street P.O. Box 142
Kingston W.I.    Jamaica

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.157** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$760.13**

**Los Angeles Department of Water
& Power**
PO Box 51111
Los Angeles, CA 90051-0100

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | LF Runoff 2, LLC | | |
|---|---|---|---|
| | Name | Case number *(if known)* | **8:19-bk-10526-TA** |

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,010.18 |
|---|---|---|---|

**LPS Mortgage Processing Solutions,**
**Black Knight Mortgage Processing**
P.O. Box 809007
Chicago, IL 60680-9007

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $949.05 |
|---|---|---|---|

**Lucas Group**
**Lucas Associates Temps, Inc.**
P.O. Box 638364
Cincinnati, OH 45263-8364

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $949.05 |
|---|---|---|---|

**Lucas Group**
**Lucas Associates Temps, Inc.**
P.O. Box 638364
Cincinnati, OH 45263-8364

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $886.70 |
|---|---|---|---|

**Lynden J. Court Reporters**
207 West 20th Street
Santa Ana, CA 92706

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $114.75 |
|---|---|---|---|

**M. Burr Keim Company**
2021 Arch Street
Philadelphia, PA 19103-1491

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $167,362.15 |
|---|---|---|---|

**M5 Investments LLC**
W304S8266 Oak Ridge Drive
Mukwonago, WI 53149

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9,062.36 |
|---|---|---|---|

**Mail Finance**
Dept 3682 PO BOX 123682
Dallas, TX 75312-3682

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LF Runoff 2, LLC** | | Case number *(if known)* | **8:19-bk-10526-TA** |
|---|---|---|---|---|

Name

---

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$881.88** |
|---|---|---|---|

**MarkPlus International**
**39, Rue Fessart**
**92100 Boulognue Billancourt France**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Matt Kasap**
**2758 Duke Street**
**Alexandria, VA 22314**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,515.30** |
|---|---|---|---|

**Matthew Bender & Co, Inc.**
**PO Box 7247-0178**
**Philadelphia, PA 19170-0178**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
|---|---|---|---|

**MBFS.com**
**36455 Corporative Drive**
**Farmington, MI 48331**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$265.36** |
|---|---|---|---|

**McBee**
**DeluxeMcBee Systems, Inc.**
**Box 88042**
**Chicago, IL 60680-1042**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,460.00** |
|---|---|---|---|

**McConnell Valdes LLC**
**P.O Box 364225**
**San Juan, PR 00936-4250**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,512.50** |
|---|---|---|---|

**Meissner Tierney Fisher & Nichols**
**111 E. Kilbourn Avenue, 19th Floor**
**Milwaukee, WI 53202-6622**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LF Runoff 2, LLC** | | Case number *(if known)* | **8:19-bk-10526-TA** |
|---|---|---|---|---|
| | Name | | | |

| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00** |
|---|---|---|---|

**Mercer Investments Consulting LLC**
**Dalles National Wholesale**
**Lockbox TX1-0029 Attn: Mercer #7301**
**14800 Frye Road**
**Fort Worth, TX 76155**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,238.17** |
|---|---|---|---|

**Merrill Corporation**
**CM-9638 Merrill Communications LLC**
**Saint Paul, MN 55170-9638**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,534.07** |
|---|---|---|---|

**Mitel Cloud Services**
**P.O. Box 53230**
**Phoenix, AZ 85072-3230**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$735.58** |
|---|---|---|---|

**Monkey Joe Speak**
**3002 Dow Ave. Ste 502**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$737.91** |
|---|---|---|---|

**My Logo On It, Inc.**
**P.O. Box 128**
**Glenelg, MD 21737**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$275.00** |
|---|---|---|---|

**MyMotionCalendar.com, LLC**
**3363 West Commercial Boulevard**
**Fort Lauderdale, FL 33309**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,171.16** |
|---|---|---|---|

**National Business Institute**
**PO Box 3067**
**Eau Claire, WI 54702**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LF Runoff 2, LLC** | Case number *(if known)* | **8:19-bk-10526-TA** |
|---|---|---|---|
| | Name | | |

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |

**Nationwide Posting and Publication**
**PO Box 31001-2274**
**Pasadena, CA 91110-2274**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,353.00** |

**NeoPost**
**Mid Atlantic 1749**
**Old Meadow Road #200**
**Mc Lean, VA 22102-4314**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$247.58** |

**NeoPost USA**
**Dept 3689**
**P.O. Box 123689**
**Dallas, TX 75312-3689**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,219.80** |

**New Invoice, LLC**
**Black Knight Portfolio Solutions,**
**PO Box 842651**
**Los Angeles, CA 90084-2651**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,553.01** |

**New York Legal Staffing, Inc.**
**420 Madison Avenue, Suite 901**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$126.09** |

**New York State Insurance Fund**
**NYSIF Disability Benefits**
**P.O. Box 5239**
**New York, NY 10008-5239**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$57,794.72** |

**Nixon Peabody LLP**
**100 Summer Street**
**Boston, MA 02110-2131**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LF Runoff 2, LLC** | | Case number *(if known)* | **8:19-bk-10526-TA** |
|---|---|---|---|---|
| | Name | | | |

| 3.186 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,790.24** |
|---|---|---|---|

**Noreast Capital Corporation**
**CapX Financial Services, LLC**
**PO Box 4128**
**Annapolis, MD 21403**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$279.59** |
|---|---|---|---|

**Novagraaf - Intellectual Property**
**Chaussee de la Hulpe 187**
**Terhulpensesteenweg 187 b-1170**
**Brussels - Belgium**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,032.84** |
|---|---|---|---|

**PA Dept. of Revenue**
**PO BOX 280904**
**Harrisburg, PA 17128-0904**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,640.00** |
|---|---|---|---|

**Pace Communications LLC**
**PO BOX 250**
**Annandale, VA 22003**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,814.00** |
|---|---|---|---|

**Pacer Billing Center**
**PO Box 71364**
**Philadelphia, PA 19176-1364**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$440.74** |
|---|---|---|---|

**Parks Coffee California**
**P.O. Box 110914**
**Carrollton, TX 75011-0914**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.192 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$440.74** |
|---|---|---|---|

**Parks Coffee California, Inc.**
**P.O. Box 110914**
**Carrollton, TX 75011-0914**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LF Runoff 2, LLC** | Case number (if known) | **8:19-bk-10526-TA** |
|---|---|---|---|
| | Name | | |

| 3.193 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$405.90** |
|---|---|---|---|
| | **Patrinos Kilimiris**<br>**Chatzigianni Mexi 7**<br>**Athina 115 28, Greece** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.194 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$515.00** |
|---|---|---|---|
| | **Pecarchik Law Office**<br>**745 Somerville Drive**<br>**Pittsburgh, PA 15243** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.195 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,494.50** |
|---|---|---|---|
| | **Perry, Johnson, Anderson et al.**<br>**Attn: Susie O'Donnell**<br>**438 First Street, 4th Floor**<br>**Santa Rosa, CA 95401** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.196 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$508.75** |
|---|---|---|---|
| | **PHENIX Investigations, Inc.**<br>**2555 Fairview Place**<br>**Greenwood, IN 46142** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$136.99** |
|---|---|---|---|
| | **Pitney Bowes, Inc.**<br>**PO Box 371896**<br>**Pittsburgh, PA 15250-7896** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,306.86** |
|---|---|---|---|
| | **Plaza Bank**<br>**18200 Von Karman Ave., #500**<br>**Irvine, CA 92612** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,750.00** |
|---|---|---|---|
| | **Politico**<br>**1000 Wilson Blvd.**<br>**Arlington, VA 22209** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **LF Runoff 2, LLC** | Case number *(if known)* | **8:19-bk-10526-TA** |
|---|---|---|---|
| | Name | | |

---

| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36,342.88** |

**Principal Financial Group**
**PLIC - SBD Grand Island**
**P.O. Box 1037**
**Des Moines, IA 50306-0372**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,890.00** |

**ProdigiNet Inc.**
**26566 Stetson Pl.**
**Laguna Hills, CA 92653**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$855.31** |

**Projekt Parking Sp. z o.o.**
**ul. Druz?bickiego 11**
**Poznan´ 61-693 Poland**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,125.00** |

**Provest, LLC**
**c/o Bank of Tampa**
**P.O. Box 25096**
**Tampa, FL 33622**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,059.35** |

**Purchase Power**
**PO Box 371874**
**Pittsburgh, PA 15250-7874**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$528.98** |

**Quill Corporation**
**P.O. Box 37600**
**Philadelphia, PA 19101-0600**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$230.00** |

**R.K. Dewan & CO**
**1271 & 1272, 12th Floor**
**Aggarwal Cyber Plaza - II**
**Netaji Subhash Place, Pitampura**
**New Delhi, India, 110 034**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **LF Runoff 2, LLC** | Case number (if known) | **8:19-bk-10526-TA** |
|---|---|---|---|
| | Name | | |

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,477.76** |
|---|---|---|---|

**Rapid7 LLC**
**Lock Box P.O. Box 347377**
**Pittsburgh, PA 15251-4377**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$573.97** |
|---|---|---|---|

**Rauch-Milliken International, Inc**
**PO Box 8390**
**Metairie, LA 70011-8390**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$288.52** |
|---|---|---|---|

**Ready Refresh by Nestle**
**PO Box 856192**
**Louisville, KY 40285-6192**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,450.00** |
|---|---|---|---|

**Red Bell Real Estate**
**7730 South Union Park Avenue**
**Sutie 400**
**Midvale, UT 84047**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$225.00** |
|---|---|---|---|

**Red Vision Systems**
**PO Box 775147**
**Chicago, IL 60677-5147**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,732.00** |
|---|---|---|---|

**Redwitz, Inc.**
**3 Park Plaza, Suite 1700**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,912.27** |
|---|---|---|---|

**Regus - Cherry Hill**
**Regus Management Group, LLC**
**P.O. Box 842456**
**Dallas, TX 75284-2456**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **LF Runoff 2, LLC** | Case number (if known) | **8:19-bk-10526-TA** |
|---|---|---|---|
| | Name | | |

---

**3.214** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,530.87**

**Regus - FL**
**Regus Management Group, LLC**
**P.O. Box 842456**
**Dallas, TX 75284-2456**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.215** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,495.56**

**Regus - NC**
**Regus Management Group, LLC**
**P.O. Box 842456**
**Dallas, TX 75284-2456**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.216** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$444.40**

**Regus - PA**
**Regus Management Group LLC**
**P.O. Box 842456**
**Dallas, TX 75284-2456**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.217** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$191.18**

**Regus - Princeton**
**Regus Management Group, LLC**
**P.O. Box 842456**
**Dallas, TX 75284-2456**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.218** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$240.81**

**Regus Management Sp z o.o.**
**ul Emilii Plater 53**
**Warszawa  00-113 Poland**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.219** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,197.75**

**Richard Basile**
**6305 Ivy Lane**
**Suite 416**
**Greenbelt, MD 20770**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.220** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,200.31**

**Richards Layton & Finger**
**One Rodney Square 920 North King St**
**Wilmington, DE 19801**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LF Runoff 2, LLC** | Case number (if known) | **8:19-bk-10526-TA** |
|---|---|---|---|
| | Name | | |

| 3.221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9.98 |
|---|---|---|---|

**Ring Boost**
**Primary Wave Local, LLC**
**49 Marble Avenue, Suite 2**
**Pleasantville, NY 10570**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,800.00 |
|---|---|---|---|

**RJI International, Inc.**
**18012 Sky Park Circle, Suite 200**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,340.00 |
|---|---|---|---|

**Rowlett Law Firm**
**26933 Camino De Estrella, 2nd Floor**
**Capistrano Beach, CA 92624**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,340.00 |
|---|---|---|---|

**Rowlett Law Firm**
**26933 Camino De Estrella, 2nd Floor**
**Capistrano Beach, CA 92624**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $54,749.93 |
|---|---|---|---|

**RSUI Group, Inc.**
**P.O. Box 935125**
**Atlanta, GA 31193-5125**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $264.00 |
|---|---|---|---|

**Safeguard Shredding**
**Attn: Accounts Receivable**
**P.O. Box 3219**
**Oakton, VA 22124**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $170.00 |
|---|---|---|---|

**Safeguard Shredding-PNT**
**6744 Gravel Ave.**
**Alexandria, VA 22310**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **LF Runoff 2, LLC** | | Case number (*if known*) | **8:19-bk-10526-TA** |
|---|---|---|---|---|
| | Name | | | |

---

**3.228**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,228.77 |
|---|---|---|
| **Sage Software, Inc.**<br>**6561 Irvine Center Drive**<br>**Irvine, CA 92618** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.229**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,365.00 |
|---|---|---|
| **SBGK Attoneys at Law**<br>**1062 Budapest  Andrassy UT 113**<br>**Hungary** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.230**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,872.58 |
|---|---|---|
| **ServiceLink Default Solutions, LLC**<br>**PO BOX 841313**<br>**Los Angeles, CA 90084-1313** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.231**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,311.37 |
|---|---|---|
| **Shea Barclay Group**<br>**501 E. Kennedy Blvd., Ste. #1000**<br>**Tampa, FL 33602** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.232**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|
| **Shred Connect**<br>**13700 Alton Parkway, #154**<br>**Irvine, CA 92618** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.233**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,152.22 |
|---|---|---|
| **Sikich LLP**<br>**1415 W. Diehl Road, Suite 400**<br>**Naperville, IL 60563-1197** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.234**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $822.94 |
|---|---|---|
| **SIP.US**<br>**3005 Royal Blvd S**<br>**STE 235**<br>**Alpharetta, GA 30022** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **LF Runoff 2, LLC** | Case number *(if known)* | **8:19-bk-10526-TA** |
|---|---|---|---|
| | Name | | |

---

| 3.235 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$222.00** |
|---|---|---|---|

**Smarsh, Inc.**
**P.O. Box 505265**
**Saint Louis, MO 63150-5265**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.236 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,607.25** |
|---|---|---|---|

**Smas-IP**
**P.O. Box 17854**
**Riyadh 11494 Saudi Arabia**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.237 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,127.68** |
|---|---|---|---|

**SMS**
**Settlement Management Solutions**
**PO Box 511572**
**Los Angeles, CA 90051**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.238 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,257.80** |
|---|---|---|---|

**Soerensen Garcia Advogados Associad**
**Rua Da Quitanda 187/8**
**Andar  Centro - RJ - Cep:20091-005**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.239 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$132.00** |
|---|---|---|---|

**SolarWinds**
**P.O. Box 730720**
**Dallas, TX 75373-0720**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.240 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,525.00** |
|---|---|---|---|

**Spruson & Ferguson**
**5001 Hopewell Centre 183**
**Queen's Road East Wan Chai**
**Hong Kong  China**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.241 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,205.00** |
|---|---|---|---|

**Standard Parking Plus**
**150 Potomac Passage**
**Oxon Hill, MD 20745**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **LF Runoff 2, LLC** | Case number (if known) | **8:19-bk-10526-TA** |
|---|---|---|---|
| | Name | | |

---

| 3.242 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$197.81** |
|---|---|---|---|

**Stanley Security Solutions**
**6161 East 75th Street**
**Indianapolis, IN 46250**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.243 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,792.66** |
|---|---|---|---|

**Staples Advantage**
**Dept DC PO Box 415256**
**Boston, MA 02241-5256**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.244 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$215.00** |
|---|---|---|---|

**State Farm Insurance**
**Insurance Support Center**
**P.O. Box 588002**
**North Metro, GA 30029-8002**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.245 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1.00** |
|---|---|---|---|

**State of California**
**Taxpayer Assistance Center**
**P.O. Box 826880**
**Sacramento, CA 94280-0001**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.246 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,002.74** |
|---|---|---|---|

**State of New Jersey**
**N.J. Division of Taxation**
**PO Box 999**
**Trenton, NJ 08646-0999**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.247 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,002.74** |
|---|---|---|---|

**State of New Jersey**
**N.J. Division of Taxation**
**PO Box 999**
**Trenton, NJ 08646-0999**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.248 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$53,707.25** |
|---|---|---|---|

**State of New York**
**NYS Tax Department**
**W A Harriman Campus**
**Albany, NY 12227**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | LF Runoff 2, LLC | Case number (if known) | 8:19-bk-10526-TA |
|---|---|---|---|
| | Name | | |

---

**3.249**

**Nonpriority creditor's name and mailing address**

**Stobbs IP Limited**
**Endurance House Vision Park**
**Chivers Way Cambridge CB24 9ZR**
**England**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$1,499.20**

---

**3.250**

**Nonpriority creditor's name and mailing address**

**Structured Finance Industry Group**
**Attn: Jennifer Serpas**
**1775 Pennsylvania Avenue, NW #625**
**Washington, DC 20006**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$2,500.00**

---

**3.251**

**Nonpriority creditor's name and mailing address**

**Summit Riser Systems**
**15245 Alton Parkway Suite 200**
**Irvine, CA 92618**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$596.25**

---

**3.252**

**Nonpriority creditor's name and mailing address**

**Swift Courier**
**10111 Martin Luther King Hwy**
**Suite 105**
**Bowie, MD 20720**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$260.12**

---

**3.253**

**Nonpriority creditor's name and mailing address**

**Terrace Towers Orange County**
**121 SW Morrison, Ste. 250**
**Portland, OR 97204**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$199,734.97**

---

**3.254**

**Nonpriority creditor's name and mailing address**

**That's Great News**
**900 Northrop Rd.**
**P.O. Box 5021**
**Wallingford, CT 06492**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$219.00**

---

**3.255**

**Nonpriority creditor's name and mailing address**

**That's Great News**
**900 Northrop Rd.**
**P.O. Box 5021**
**Wallingford, CT 06492**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$219.00**

---

| Debtor | **LF Runoff 2, LLC** | | Case number *(if known)* | **8:19-bk-10526-TA** |
|---|---|---|---|---|
| | Name | | | |

| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$720.00** |
|---|---|---|---|

**The OC Marathon**
3100 Airway Avenue #104
Costa Mesa, CA 92626

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,123.56** |
|---|---|---|---|

**The Sullivan Group of Court Report**
P.O. Box 2500
Pasadena, CA 91102

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$65,773.22** |
|---|---|---|---|

**Thomson Reuters - West**
PO Box 6292
Carol Stream, IL 60197-6292

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,400.00** |
|---|---|---|---|

**Thornton & Associates, LLC**
3452 E Foothill Blvd #800
Pasadena, CA 91107

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,687.86** |
|---|---|---|---|

**Time Warner Cable (Spectrum)**
PO Box 4639
Carol Stream, IL 60197-4630

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,688.32** |
|---|---|---|---|

**TMF Group**
Pl. Pilsudskiego 1
Warszawa  00-078 Poland

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$746.00** |
|---|---|---|---|

**Tolin Mechanical Systems**
PO BOX 732293
Dallas, TX 75373-2293

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LF Runoff 2, LLC** | | | Case number *(if known)* | **8:19-bk-10526-TA** |
|---|---|---|---|---|---|
| | Name | | | | |

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,106.41 |
|---|---|---|---|

**Totalfunds by Hasler**
PO BOX 30193
Tampa, FL 33630-3193

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,421.00 |
|---|---|---|---|

**TPx Communications**
Attn: Accounts Receivable
3300 North Cimarron Rd.
Las Vegas, NV 89129

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,080.00 |
|---|---|---|---|

**Tri-State Pension Consultants**
100 Passaic Avenue, Suite 120
Fairfield, NJ 07004

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,081.30 |
|---|---|---|---|

**TSG Reporting**
747 Third Ave.  Suite 10A
New York, NY 10017

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $798.00 |
|---|---|---|---|

**TypeLaw, Inc.**
414 Brannan St.
San Francisco, CA 94107

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,473.87 |
|---|---|---|---|

**United Parcel Service**
P.O. Box 7247-0244
Philadelphia, PA 19170-0001

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $48,057.93 |
|---|---|---|---|

**Unum Life Insurance Company**
of America
PO BOX 406990
Atlanta, GA 30384-6990

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LF Runoff 2, LLC** | Case number (if known) | **8:19-bk-10526-TA** |
|---|---|---|---|
| | Name | | |

---

| 3.270 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$689.60** |
|---|---|---|---|

**UPS Protection**
**1401 E. Ball Rd. Unit G**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** |
|---|---|---|---|

**US Bank**
**CM-9690**
**P.O. Box 70870**
**Saint Paul, MN 55170-9690**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,733.35** |
|---|---|---|---|

**US Bank Equipment Finance**
**P.O. Box 790448**
**Saint Louis, MO 63179-0448**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$347.85** |
|---|---|---|---|

**US Signal**
**201 Ionia Avenue SW**
**Grand Rapids, MI 49503**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**US Treasury**
**1500 Pennsylvania Ave., N.W.**
**Washington, DC 20220**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$494.29** |
|---|---|---|---|

**USPS Disbursing Office**
**PO BOX 21666**
**Saint Paul, MN 55121-0666**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,290.82** |
|---|---|---|---|

**Van Campen/Liem**
**23 Boulevard Joseph II L-1840**
**Luxembourg Luxembourg**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | LF Runoff 2, LLC | Case number (if known) | 8:19-bk-10526-TA |
|---|---|---|---|
| | Name | | |

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95.52 |
|---|---|---|---|

**Verizon (fax)**
P.O. Box 660720
Dallas, TX 75266-0720

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,213.20 |
|---|---|---|---|

**Verizon Business**
PO BOX 660794
Dallas, TX 75266-0794

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $650.55 |
|---|---|---|---|

**Verizon Credit Inc.**
P.O. Box 650478
Dallas, TX 75265-0478

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $163.19 |
|---|---|---|---|

**W.B. Mason Co., Inc.**
PO Box 981101
Boston, MA 02298-1101

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,365.68 |
|---|---|---|---|

**WALZ Postal Solutions, Inc.**
ATTN: Accounts Receivable
27398 Via Industria
Temecula, CA 92590-3699

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,240.81 |
|---|---|---|---|

**Washington DC**
1101 4th St SW #270
Washington, DC 20024

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,501.38 |
|---|---|---|---|

**Washington Executive Services, Inc.**
2101 L Street NW Suite 800
Washington, DC 20037

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LF Runoff 2, LLC** | Case number *(if known)* | **8:19-bk-10526-TA** |
|---|---|---|---|
| | Name | | |

| 3.284 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$755.24** |
|---|---|---|---|

**Watermark**
**109 Burwood Road**
**Hawthorn VIC 3122   Australia**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.285 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,600.00** |
|---|---|---|---|

**WebTMS**
**17 Blagrave Street  Reading**
**Berkshire  England, RG1 1QB**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.286 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,740.39** |
|---|---|---|---|

**White Ridge Consulting**
**6033 W. Century Blvd., Suite 150**
**Los Angeles, CA 90045**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.287 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,306.77** |
|---|---|---|---|

**Woodfield Country Club**
**3650 Club Place**
**Boca Raton, FL 33496**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.288 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$220.50** |
|---|---|---|---|

**YourMembership.com, Inc.**
**Dept. 3461**
**PO Box 123461**
**Dallas, TX 75312-3461**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.289 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,279.10** |
|---|---|---|---|

**Zico Law**
**Q House Lumpini Bldg  S. Sathorn Rd**
**Thung Maha Mek, Sathon**
**Bangkok 10120 Thailand**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.290 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$815.64** |
|---|---|---|---|

**Zoom Video Communications Inc.**
**55 Almaden Blvd., 6th Floor**
**San Jose, CA 95113**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | LF Runoff 2, LLC | | Case number (if known) | **8:19-bk-10526-TA** |
|---|---|---|---|---|
| | Name | | | |

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,618.64** |
|---|---|---|---|
| | **Zuckerman Spaeder LLP** | ☐ Contingent | |
| | **1800 M Street NW** | ☐ Unliquidated | |
| | **Washington, DC 20036** | ■ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **CNA Insurance**<br>**Lockbox Number 790094**<br>**1005 Convention Plaza**<br>**Saint Louis, MO 63101** | Line **3.52**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Department of the Treasury**<br>**Internal Revenue Service**<br>**Cincinnati, OH 45999-0005** | Line **3.123**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **KSJG, LLP**<br>**Creditors Adjustment Bureau**<br>**assigning of KSJG, LLP**<br>**14226 Ventura Blvd**<br>**Sherman Oaks, CA 91423** | Line **3.143**<br><br>☐ Not listed. Explain ____ | _ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 352,464.83 |
| **5b. Total claims from Part 2** | 5b. + | $ | 5,138,875.34 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 5,491,340.17 |

3/20/19 12:07PM

**Fill in this information to identify the case:**

Debtor name    **LF Runoff 2, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **8:19-bk-10526-TA**

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease - 1900 Main Street, Suite 600, Irvine, CA 92614** | |
| | State the term remaining | **expires 5/31/2020** | **DOLP 114 Properties II LLC Patterson Belknap Webb & Tyler LLP Lawrence P. Lenzner, Esq. 1133 Avenue of the Americas New York, NY 10036** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Phone system** | |
| | State the term remaining | **unknown** | **Great America Leasing Corporation PO Box 660831 Dallas, TX 75266-0831** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Legal Case Management System** | |
| | State the term remaining | **unknown** | **KMC Information Systems, L.C. P.O Box 677227 Dallas, TX 75267-7227** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease - 165 Bishops Way, Suite 100, Brookfiled, WI** | |
| | State the term remaining | **expires 12/31/2025** | **M5 Investments LLC W304S8266 Oak Ridge Drive Mukwonago, WI 53149** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

3/20/19 12:07PM

| Debtor 1 | **LF Runoff 2, LLC** | | | Case number *(if known)* | **8:19-bk-10526-TA** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** | |
|---|---|---|---|
| | State the term remaining | | **NFS Leasing, Inc.** |
| | List the contract number of any government contract | | **900 Cummings Center Suite 226-U** **Beverly, MA 01915** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease - 114 West 47th Street, 18th Floor, New York, NY** | |
|---|---|---|---|
| | State the term remaining | | **Regus** |
| | List the contract number of any government contract | | **15305 Dallas Parkway, Suite 400** **Addison, TX 75001** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Office  Lease - 923 Haddonfield Road, Suite 334, Cherry Hill, NJ 08002** | |
|---|---|---|---|
| | State the term remaining | | **Regus - Cherry Hill** **Regus Management Group, LLC** |
| | List the contract number of any government contract | | **P.O. Box 842456** **Dallas, TX 75284-2456** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease - 174 Waterfront Street, National Harbor, MD 20745** | |
|---|---|---|---|
| | State the term remaining | | **Regus - MD** **16701 Melford Blvd.** |
| | List the contract number of any government contract | | **Suite 400** **Bowie, MD 20715** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease - 16701 Melford Blvd., Suite 400, Bowie, MD 20715** | |
|---|---|---|---|
| | State the term remaining | **expires 3/31/2019** | **Regus - MD** **16701 Melford Blvd.** |
| | List the contract number of any government contract | | **Suite 400** **Bowie, MD 20715** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease - 1900 Main Street, Suite 610, Irvine, CA 92614** | |
|---|---|---|---|
| | State the term remaining | **expires 11/2019** | **Terrace Towers** **121 SW Morrison, Ste. 250** |
| | List the contract number of any | | **Portland, OR 97204** |

3/20/19 12:07PM

| Debtor 1 | **LF Runoff 2, LLC** | | | Case number *(if known)* | **8:19-bk-10526-TA** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **LF Runoff 2, LLC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | **8:19-bk-10526-TA** |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|
| **Name** | **Mailing Address** | | **Name** | *Check all schedules that apply:* |
| 2.1 **DCM-P1, LLC** | **1900 Main Street Suite 640 Irvine, CA 92614** | | **Verde Investments** | ■ D __2.9__ ☐ E/F _____ ☐ G _____ |
| 2.2 **Distressed Capital Management, LLC** | **1900 Main Street Suite 640 Irvine, CA 92614** | | **Verde Investments** | ■ D __2.9__ ☐ E/F _____ ☐ G _____ |
| 2.3 **Matthew C. Browndorf** | **c/o Plutos Sama, LLC 1900 Main Street, Suite 640 Irvine, CA 92614** | | **BB&T** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.4 **Matthew C. Browndorf** | **1900 Main Street Suite 600 Irvine, CA 92614** | | **Verde Investments** | ■ D __2.9__ ☐ E/F _____ ☐ G _____ |

| Debtor | **LF Runoff 2, LLC** | | Case number *(if known)* | **8:19-bk-10526-TA** |

▇ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.5 | **BP Fisher Law Group, LLP** | 1900 Main Street Suite 610 Irvine, CA 92614 | **Regus - MD** | ☐ D ____ ☐ E/F ____ ■ G __2.9__ |
| 2.6 | **BP Law Group, LLP** | 1900 Main Street Suite 610 Irvine, CA 92614 | **Terrace Towers** | ☐ D ____ ☐ E/F ____ ■ G __2.10__ |
| 2.7 | **BP Peterman Law Group, LLP** | 1900 Main Street Suite 610 Irvine, CA 92614 | **M5 Investments LLC** | ☐ D ____ ☐ E/F ____ ■ G __2.4__ |
| 2.8 | **Wilson Keadjian et al.** | 1900 Main Street Suite 600 Irvine, CA 92614 | **DOLP 114 Properties II LLC** | ☐ D ____ ☐ E/F ____ ■ G __2.1__ |

**Fill in this information to identify the case:**

Debtor name **LF Runoff 2, LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **8:19-bk-10526-TA**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule*

Amended ■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___March 20, 2019___        X /s/ Matthew C. Browndorf
                                        Signature of individual signing on behalf of debtor

                                        **Matthew C. Browndorf**
                                        Printed name

                                        **Managing Member**
                                        Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **LF Runoff 2, LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **8:19-bk-10526-TA**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$345,257.11** |
   | **For prior year:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$15,902,973.82** |
   | **For year before that:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$15,198,980.22** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

3/20/19 12:07PM

| Debtor | LF Runoff 2, LLC | | Case number (if known) | 8:19-bk-10526-TA |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **See Attachment to SFA 3(a)** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **TO BE PROVIDED** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **AMEX**<br>P.O. Box 1270<br>Newark, NJ 07101-1270 | **VIOLATION OF BANKRUPTCY STAY**<br>Last 4 digits of account number: _____ | **TO BE PROVIDED** | **$0.00** |

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **See Attached list of pending litigation matters** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or court-appointed officer within 1 year before filing this case.

**Attachment Part 3.0**
**LF Runoff 2 LLC (Consolidated)**
# Custom A/P Payment History by Payment
## November 24, 2018 - February 22, 2019

| Transaction | Bill Type | Date | Document Number | Amount |
|---|---|---|---|---|
| **Bill Payment #ACH - Regus - Cherry Hill** | | | | |
| | Bill Payment | 11/26/2018 | ACH | $2,153.50 |
| | Bill Payment | 11/26/2018 | ACH | $1,912.27 |
| | Bill Payment | 11/26/2018 | ACH | $2,057.88 |
| | Bill Payment | 12/26/2018 | ACH | $1,912.27 |
| | Bill | 9/8/2018 | 1993-8383 | ($1,912.27) |
| | Journal | 10/23/2018 | JE-BPFL-10719 | ($2,057.88) |
| | Journal | 10/23/2018 | JE-BPFL-10720 | ($1,912.27) |
| | Bill | 11/7/2018 | 19938752 | ($2,153.50) |
| **Amount Unapplied - Bill Payment #ACH - Regus - Cherry Hill** | | | | **$0.00** |
| **Bill Payment #100044 - Complete Office** | | | | |
| | Bill Payment | 11/27/2018 | 100044 | $1,525.07 |
| | Journal | 11/27/2018 | JE-PS-2764 | ($1,525.07) |
| **Amount Unapplied - Bill Payment #100044 - Complete Office** | | | | **$0.00** |
| **Bill Payment #100046 - Regus - FL** | | | | |
| | Bill Payment | 11/27/2018 | 100046 | $8,883.50 |
| | Bill | 10/2/2018 | 4225-845 | ($4,823.51) |
| | Bill | 10/8/2018 | 4225-912 | ($1,958.69) |
| | Bill | 11/7/2018 | 4225-1046 | ($2,101.30) |
| **Amount Unapplied - Bill Payment #100046 - Regus - FL** | | | | **$0.00** |
| **Bill Payment #90155 - TPx Communications** | | | | |
| | Bill Payment | 11/27/2018 | 90155 | $3,265.71 |
| | Bill | 10/9/2018 | 108953482-0 | ($1,647.47) |
| | Bill | 11/9/2018 | 109759024-0 | ($1,618.24) |
| **Amount Unapplied - Bill Payment #90155 - TPx Communications** | | | | **$0.00** |
| **Bill Payment #100048 - LPS Desktop Process Management** | | | | |
| | Bill Payment | 11/29/2018 | 100048 | $478.98 |
| | Bill | 9/5/2018 | 8/1/18-8/31/18 | ($478.98) |
| **Amount Unapplied - Bill Payment #100048 - LPS Desktop Process Management** | | | | **$0.00** |
| **Bill Payment #ACH - SIP.US** | | | | |
| | Bill Payment | 11/30/2018 | ACH | $758.70 |
| | Bill Payment | 12/5/2018 | ACH | $758.62 |
| | Journal | 11/30/2018 | JE-BPFL-11009 | ($758.70) |
| | Journal | 12/5/2018 | JE-BPFL-11062 | ($758.62) |
| **Amount Unapplied - Bill Payment #ACH - SIP.US** | | | | **$0.00** |
| **Bill Payment #186542 - Black Knight Technology Solutions, LLC** | | | | |
| | Bill Payment | 12/3/2018 | 186542 | $3,072.88 |
| | Bill | 10/1/2018 | BLOMMER20918 | ($1,027.90) |
| | Bill | 11/1/2018 | BLOMMER21018 | ($1,320.04) |
| | Bill | 12/1/2018 | BLOMMER21118 | ($724.94) |
| **Amount Unapplied - Bill Payment #186542 - Black Knight Technology Solutions, LLC** | | | | **$0.00** |
| **Bill Payment #80149 - Carr Workplaces** | | | | |
| | Bill Payment | 12/3/2018 | 80149 | $611.82 |
| | Bill | 10/22/2018 | 03111334 \| Nov | ($611.82) |
| **Amount Unapplied - Bill Payment #80149 - Carr Workplaces** | | | | **$0.00** |
| **Bill Payment #186545 - ISGN Corporation** | | | | |
| | Bill Payment | 12/4/2018 | 186545 | $770.00 |
| | Bill | 8/9/2018 | TEM8532 | ($770.00) |
| **Amount Unapplied - Bill Payment #186545 - ISGN Corporation** | | | | **$0.00** |
| **Bill Payment #Wells Cashier Check - Cox Business** | | | | |
| | Bill Payment | 12/5/2018 | Wells Cashier Check | $8,835.54 |
| | Journal | 12/5/2018 | JE-PS-2772 | ($8,835.54) |
| **Amount Unapplied - Bill Payment #Wells Cashier Check - Cox Business** | | | | **$0.00** |

**Bill Payment #90165 - FIRST Insurance Funding**

| | | | |
|---|---|---|---|
| Bill Payment | 12/7/2018 | 90165 | $9,928.79 |
| Journal | 12/7/2018 | JE-BPFL-10816 | ($9,928.79) |

| **Amount Unapplied - Bill Payment #90165 - FIRST Insurance Funding** | | | **$0.00** |
|---|---|---|---|

**Bill Payment #EFT - Pacer**

| | | | |
|---|---|---|---|
| Bill Payment | 12/11/2018 | EFT | $2,099.20 |
| Journal | 12/11/2018 | JE-BPP-206386 | ($2,099.20) |

| **Amount Unapplied - Bill Payment #EFT - Pacer** | | | **$0.00** |
|---|---|---|---|

**Bill Payment #90169 - Boutwell Fay LLP**

| | | | |
|---|---|---|---|
| Bill Payment | 12/12/2018 | 90169 | $93,451.00 |
| Bill | 5/15/2018 | 27111 | ($9,568.50) |
| Bill | 6/29/2018 | 27347 | ($16,729.50) |
| Bill | 7/9/2018 | 27536 | ($21,331.00) |
| Bill | 8/10/2018 | 27573 | ($4,401.00) |
| Bill | 10/1/2018 | 27881 | ($10,267.00) |
| Bill | 10/9/2018 | 28067 | ($8,325.00) |
| Bill | 11/1/2018 | Nov Invoice | ($2,829.00) |
| Journal | 12/1/2018 | JE-PS-2777 | ($20,000.00) |

| **Amount Unapplied - Bill Payment #90169 - Boutwell Fay LLP** | | | **$0.00** |
|---|---|---|---|

**Bill Payment #90170 - The CIMA Companies, Inc.**

| | | | |
|---|---|---|---|
| Bill Payment | 12/12/2018 | 90170 | $700.00 |
| Journal | 12/12/2018 | JE-PNTC-95 | ($700.00) |

| **Amount Unapplied - Bill Payment #90170 - The CIMA Companies, Inc.** | | | **$0.00** |
|---|---|---|---|

**Bill Payment #90171 - Five9, Inc.**

| | | | |
|---|---|---|---|
| Bill Payment | 12/13/2018 | 90171 | $2,159.30 |
| Journal | 11/29/2018 | JE-CDA-1392 | ($2,159.30) |

| **Amount Unapplied - Bill Payment #90171 - Five9, Inc.** | | | **$0.00** |
|---|---|---|---|

**Bill Payment #90175 - Leading Edge Administrators**

| | | | |
|---|---|---|---|
| Bill Payment | 12/14/2018 | 90175 | $206,000.00 |
| Journal | 12/14/2018 | JE-PS-2779 | ($120,966.72) |
| Journal | 12/14/2018 | JE-PSES-1198 | ($60,135.86) |
| Journal | 12/14/2018 | JE-WKB-2375 | ($24,897.42) |

| **Amount Unapplied - Bill Payment #90175 - Leading Edge Administrators** | | | **$0.00** |
|---|---|---|---|

**Bill Payment #90176 - Leading Edge Administrators**

| | | | |
|---|---|---|---|
| Bill Payment | 12/14/2018 | 90176 | $127,000.00 |
| Journal | 12/14/2018 | JE-BPFL-10834 | ($4,126.22) |
| Journal | 12/14/2018 | JE-BPP-206301 | ($7,249.52) |
| Journal | 12/14/2018 | JE-PS-2779 | ($115,624.26) |

| **Amount Unapplied - Bill Payment #90176 - Leading Edge Administrators** | | | **$0.00** |
|---|---|---|---|

**Bill Payment #90177 - Shred Connect**

| | | | |
|---|---|---|---|
| Bill Payment | 12/18/2018 | 90177 | $340.00 |
| Journal | 12/18/2018 | JE-WKB-2377 | ($340.00) |

| **Amount Unapplied - Bill Payment #90177 - Shred Connect** | | | **$0.00** |
|---|---|---|---|

**Bill Payment #80156 - FIRST Insurance Funding**

| | | | |
|---|---|---|---|
| Bill Payment | 12/20/2018 | 80156 | $12,533.69 |
| Bill | 11/1/2018 | Down Payment - WKB I | ($6,507.69) |
| Bill | 11/9/2018 | 900 - 7712060 | ($6,026.00) |

| **Amount Unapplied - Bill Payment #80156 - FIRST Insurance Funding** | | | **$0.00** |
|---|---|---|---|

**Bill Payment #ACH - Complete Office**

| | | | |
|---|---|---|---|
| Bill Payment | 12/20/2018 | ACH | $27.25 |
| Journal | 12/20/2018 | JE-PS-2781 | ($27.25) |

| **Amount Unapplied - Bill Payment #ACH - Complete Office** | | | **$0.00** |
|---|---|---|---|

**Bill Payment #186585 - ISGN Corporation**

| | | | |
|---|---|---|---|
| Bill Payment | 12/27/2018 | 186585 | $300.00 |
| Bill | 9/11/2018 | TEM8780 | ($300.00) |

| **Amount Unapplied - Bill Payment #186585 - ISGN Corporation** | | | **$0.00** |
|---|---|---|---|

**Bill Payment #3571 - Quill Corporation**

| | | | |
|---|---|---|---|
| Bill Payment | 12/28/2018 | 3571 | $406.93 |
| Bill | 10/12/2018 | 1877397 | ($122.49) |
| Bill | 10/24/2018 | 2203855 | ($66.13) |
| Bill | 11/8/2018 | 2597793 | ($218.31) |

| **Amount Unapplied - Bill Payment #3571 - Quill Corporation** | | | **$0.00** |
|---|---|---|---|

**Bill Payment #186586 - Northwestern Mutual**

| | | | |
|---|---|---|---|
| Bill Payment | 1/3/2019 | 186586 | $382.60 |
| Bill | 12/18/2018 | Acct #9455896 | ($382.60) |

**Amount Unapplied - Bill Payment #186586 - Northwestern Mutual** **$0.00**

**Bill Payment #80157 - Washington Executive Services, Inc**

| | | | |
|---|---|---|---|
| Bill Payment | 1/4/2019 | 80157 | $10,650.00 |
| Bill | 10/29/2018 | November | ($5,325.00) |
| Bill | 12/1/2018 | December | ($5,325.00) |

**Amount Unapplied - Bill Payment #80157 - Washington Executive Services, Inc** **$0.00**

**Bill Payment #ACH Debit 1-4-19 - SIP.US**

| | | | |
|---|---|---|---|
| Bill Payment | 1/4/2019 | ACH Debit 1-4-19 | $758.27 |
| Bill | 1/4/2019 | 27200348 | ($758.27) |

**Amount Unapplied - Bill Payment #ACH Debit 1-4-19 - SIP.US** **$0.00**

**Bill Payment #80158 - Mitel Cloud Services**

| | | | |
|---|---|---|---|
| Bill Payment | 1/7/2019 | 80158 | $6,627.70 |
| Bill | 11/5/2018 | 30272113 | ($6,627.70) |

**Amount Unapplied - Bill Payment #80158 - Mitel Cloud Services** **$0.00**

**Bill Payment #ACH - AT&T**

| | | | |
|---|---|---|---|
| Bill Payment | 1/14/2019 | ACH | $4,399.45 |
| Bill | 10/25/2018 | 287244520367X102520 | ($1,548.88) |
| Bill | 11/25/2018 | 287244520367X112520 | ($1,543.60) |
| Bill | 12/25/2018 | 287244520367X122520 | ($1,306.97) |

**Amount Unapplied - Bill Payment #ACH - AT&T** **$0.00**

**Bill Payment #80160 - Politico**

| | | | |
|---|---|---|---|
| Bill Payment | 1/15/2019 | 80160 | $4,750.00 |
| Bill | 8/15/2018 | SIN027473 | ($4,750.00) |

**Amount Unapplied - Bill Payment #80160 - Politico** **$0.00**

**Bill Payment #90185 - Fountainhead Tower**

| | | | |
|---|---|---|---|
| Bill Payment | 1/31/2019 | 90185 | $13,966.50 |
| Bill | 1/1/2019 | PLUTSA1 | ($13,966.50) |

**Amount Unapplied - Bill Payment #90185 - Fountainhead Tower** **$0.00**

**Bill Payment #90186 - BSB Leasing**

| | | | |
|---|---|---|---|
| Bill Payment | 1/31/2019 | 90186 | $4,391.76 |
| Bill | 11/12/2018 | 40272888 | ($1,463.92) |
| Bill | 12/25/2018 | 40272888 | ($1,463.92) |
| Bill | 1/1/2019 | 40272888 | ($1,463.92) |

**Amount Unapplied - Bill Payment #90186 - BSB Leasing** **$0.00**

**Bill Payment #1 - Ring Central**

| | | | |
|---|---|---|---|
| Bill Payment | 2/15/2019 | 1 | $24.97 |
| Bill | 2/13/2019 | 3450110011 | ($24.97) |

**Amount Unapplied - Bill Payment #1 - Ring Central** **$0.00**

**Journal #JE-PS-2770 -**

| | | | |
|---|---|---|---|
| Bill | 1/1/2018 | 1228104 | ($8,300.00) |
| Bill | 1/1/2018 | 1228104 | ($3,488.00) |
| Bill | 1/1/2018 | 1228104 | ($2,752.00) |
| Bill | 1/1/2018 | 1228104 | ($778.00) |
| Bill | 1/1/2018 | 1228104 | ($510.00) |
| Bill | 1/1/2018 | 1228104 | ($250.00) |
| Bill | 1/1/2018 | 1228104 | ($120.00) |
| Bill | 1/31/2018 | 1228522 | ($3,488.00) |
| Bill | 3/31/2018 | 1229592 | ($11,788.00) |
| Bill | 3/31/2018 | 1229592 | ($482.00) |
| Bill | 3/31/2018 | 1229594 | ($2,752.00) |
| Bill | 3/31/2018 | 1229595 | ($778.00) |
| Bill | 4/30/2018 | 1231527 | ($510.00) |
| Bill | 4/30/2018 | 1231556 | ($250.00) |
| Bill | 5/1/2018 | 1231524 | ($2,101.00) |
| Bill | 5/1/2018 | 1231525 | ($510.00) |
| Bill | 5/1/2018 | 1231526 | ($510.00) |
| Bill | 5/1/2018 | 1231528 | ($338.00) |
| Bill | 5/1/2018 | 1231552 | ($120.00) |
| Bill | 5/1/2018 | 1231555 | ($120.00) |

| | | | |
|---|---|---|---|
| Bill | 5/31/2018 | 1232160 | ($2,101.00) |
| Bill | 5/31/2018 | 1232160 | ($510.00) |
| Bill | 5/31/2018 | 1232160 | ($712.00) |
| Bill | 5/31/2018 | 1232162 | ($3,250.00) |
| Journal | 12/4/2018 | JE-PS-2770 | $2,101.00 |
| Journal | 12/4/2018 | JE-PS-2770 | $120.00 |
| Journal | 12/4/2018 | JE-PS-2770 | $120.00 |
| Journal | 12/4/2018 | JE-PS-2770 | $510.00 |
| Journal | 12/4/2018 | JE-PS-2770 | $250.00 |
| Journal | 12/4/2018 | JE-PS-2770 | $12,270.00 |
| Journal | 12/4/2018 | JE-PS-2770 | $778.00 |
| Journal | 12/4/2018 | JE-PS-2770 | $2,752.00 |
| Journal | 12/4/2018 | JE-PS-2770 | $3,488.00 |
| Journal | 12/4/2018 | JE-PS-2770 | $16,318.00 |
| Journal | 12/4/2018 | JE-PS-2770 | $338.00 |
| Journal | 12/4/2018 | JE-PS-2770 | $3,250.00 |
| Journal | 12/4/2018 | JE-PS-2770 | $510.00 |
| Journal | 12/4/2018 | JE-PS-2770 | $3,323.00 |
| Journal | 12/4/2018 | JE-PS-2770 | $510.00 |

**Amount Unapplied - Journal #JE-PS-2770 -** **$120.00**
**Journal #JE-WKB-2361 -**

| | | | |
|---|---|---|---|
| Bill | 8/7/2018 | 708-21687 | ($134.00) |
| Bill | 9/8/2018 | 708-21887 | ($134.00) |
| Journal | 12/5/2018 | JE-WKB-2361 | $268.00 |

**Amount Unapplied - Journal #JE-WKB-2361 -** **$0.00**
**Journal #JE-BPFL-10834 -**

| | | | |
|---|---|---|---|
| Bill | 9/1/2018 | BPF-18009 | ($2,063.11) |
| Bill | 10/1/2018 | BPF-18010 | ($2,063.11) |
| Journal | 12/14/2018 | JE-BPFL-10834 | $4,126.22 |

**Amount Unapplied - Journal #JE-BPFL-10834 -** **$0.00**
**Journal #JE-BPP-206301 -**

| | | | |
|---|---|---|---|
| Bill | 9/1/2018 | BPP-18009 | ($3,624.76) |
| Bill | 10/1/2018 | BPP-18010 | ($3,624.76) |
| Journal | 12/14/2018 | JE-BPP-206301 | $7,249.52 |

**Amount Unapplied - Journal #JE-BPP-206301 -** **$0.00**
**Journal #JE-WKB-2375 -**

| | | | |
|---|---|---|---|
| Bill | 9/1/2018 | WKB-18009 | ($12,448.71) |
| Bill | 10/1/2018 | WKB-18010 | ($12,448.71) |
| Journal | 12/14/2018 | JE-WKB-2375 | $24,897.42 |

**Amount Unapplied - Journal #JE-WKB-2375 -** **$0.00**
**Journal #JE-WKB-2377 -**

| | | | |
|---|---|---|---|
| Bill | 9/30/2018 | 1884 | ($190.00) |
| Bill | 10/31/2018 | 2051 | ($150.00) |
| Journal | 12/18/2018 | JE-WKB-2377 | $340.00 |

**Amount Unapplied - Journal #JE-WKB-2377 -** **$0.00**
**Journal #JE-PS-2772 -**

| | | | |
|---|---|---|---|
| Bill | 10/1/2018 | 001 7601 054605301 | ($4,417.77) |
| Bill | 11/1/2018 | Acct #001 7601 054605 | ($4,417.77) |
| Journal | 12/5/2018 | JE-PS-2772 | $8,835.54 |

**Amount Unapplied - Journal #JE-PS-2772 -** **$0.00**
**Journal #JE-BPFL-10804 -**

| | | | |
|---|---|---|---|
| Bill | 10/5/2018 | At-FISHE/9/1/18-9/30/1 | ($83.54) |
| Journal | 12/5/2018 | JE-BPFL-10804 | $83.54 |

**Amount Unapplied - Journal #JE-BPFL-10804 -** **$0.00**
**Journal #JE-BPP-206386 -**

| | | | |
|---|---|---|---|
| Bill | 10/9/2018 | 2567236-Q32018 | ($2,099.20) |
| Journal | 12/11/2018 | JE-BPP-206386 | $2,099.20 |

**Amount Unapplied - Journal #JE-BPP-206386 -** **$0.00**
**Journal #JE-CDA-1392 -**

| | | | |
|---|---|---|---|
| Bill | 10/14/2018 | INV00241077 | ($1,079.77) |
| Bill | 11/14/2018 | INV00246337 | ($1,079.53) |
| Journal | 11/29/2018 | JE-CDA-1392 | $2,159.30 |

| | | | | |
|---|---|---|---|---|
| **Amount Unapplied - Journal #JE-CDA-1392 -** | | | | **$0.00** |
| **Journal #JE-PS-2764 -** | | | | |
| | Bill | 10/24/2018 | 2218829-0 | ($851.44) |
| | Bill | 11/6/2018 | 2226735-0 | ($109.17) |
| | Bill | 11/6/2018 | 2226817-0 | ($69.13) |
| | Bill | 11/19/2018 | 2232892-0 | ($335.32) |
| | Bill | 11/20/2018 | 2233220-0 | ($54.25) |
| | Bill | 11/20/2018 | 2233221-0 | ($105.76) |
| | Journal | 11/27/2018 | JE-PS-2764 | $1,525.07 |
| **Amount Unapplied - Journal #JE-PS-2764 -** | | | | **$0.00** |
| **Journal #JE-BPFL-10816 -** | | | | |
| | Bill | 10/29/2018 | 900 - 6952782 | ($9,928.79) |
| | Journal | 12/7/2018 | JE-BPFL-10816 | $9,928.79 |
| **Amount Unapplied - Journal #JE-BPFL-10816 -** | | | | **$0.00** |
| **Journal #JE-BPFL-11009 -** | | | | |
| | Bill | 11/4/2018 | 27194622 | ($758.70) |
| | Journal | 11/30/2018 | JE-BPFL-11009 | $758.70 |
| **Amount Unapplied - Journal #JE-BPFL-11009 -** | | | | **$0.00** |
| **Journal #JE-BPFL-11062 -** | | | | |
| | Bill | 12/4/2018 | 27197545 | ($758.62) |
| | Journal | 12/5/2018 | JE-BPFL-11062 | $758.62 |
| **Amount Unapplied - Journal #JE-BPFL-11062 -** | | | | **$0.00** |
| **Journal #JE-PS-2781 -** | | | | |
| | Bill | 12/20/2018 | 2238810-0 | ($27.25) |
| | Journal | 12/20/2018 | JE-PS-2781 | $27.25 |
| **Amount Unapplied - Journal #JE-PS-2781 -** | | | | **$0.00** |
| **Amount Unapplied** | | | | **$120.00** |

## SOFA ATTACHMENT 7 – Litigation List for LF Runoff 2, LLC

| | | |
|---|---|---|
| **(1)** | Short Title: | HMC Assets, LLC v. BP Fisher Law Group, LLP, et al. |
| | Date Filed: | 1/11/19 |
| | Client Defendant: | BP Fisher Law Group, LLP, et al. |
| | Court: | Circuit Court for Prince George's County, Maryland |
| | Case No.: | CAE-19-00553 |
| | Nature of Suit: | Declaratory Judgment |
| | Disposition: | Ongoing – should be stayed by bankruptcy filing |
| | | |
| **(2)** | Short Title: | Ditech Financial, LLC v. BP Fisher Law Group, LLP, et al. |
| | Date Filed: | 10/26/18 |
| | Client Defendant: | BP Fisher Law Group, LLP, Shannon, Andrew, Plutos Sama, LLC |
| | Court: | Circuit Court for Prince George's County, Maryland |
| | Case No.: | CAL-18-39907 |
| | Nature of Suit: | Contract |
| | Disposition: | Removed to federal court |
| | | |
| **(3)** | Short Title: | Jeffrey B Fisher vs. BP Fisher Law Group, LLP, et al. |
| | Date Filed: | 11/26/18 |
| | Client Defendant: | BP Fisher Law Group, LLP and Plutos Sama, LLC |
| | Court: | Circuit Court for Prince George's County, Maryland |
| | Case No.: | CAL18-43581 |
| | Nature of Suit: | Confessed Judgment |
| | Disposition: | Judgment entered. Stayed as to BP Fisher, attempting to add PSH as Defendant, but statistically closed. |
| | | |
| **(4)** | Short Title: | BB&T vs. BP Fisher Law Group, LLP |
| | Date Filed: | 1/9/19 |
| | Client Defendant: | BP Fisher Law Group, LLP |
| | Court: | Circuit Court for Prince George's County, Maryland |
| | Case No.: | CAL19-01395 |
| | Nature of Suit: | Confessed Judgment |
| | Disposition: | Ongoing, but should be stayed by bankruptcy filing |
| | | |
| **(5)** | Short Title: | Franklin Owens, Jr. v. Bank of New York Mellon, et al. |
| | Date Filed: | 6/11/18 |
| | Client Defendant: | BP Fisher Law Group and Tracey Jean-Charles |
| | Court: | Circuit Court for Charles County, Maryland |

| | Case No.: | C-08-CV-18-000586 |
|---|---|---|
| | Nature of Suit: | Quiet Title |
| | Disposition: | Ongoing |
| | | |
| **(6)** | Short Title: | Dione Rodman v. Tracey Jean-Charles, et al. |
| | Date Filed: | 12/6/18 |
| | Client Defendant: | BP Fisher Law Group and Tracey Jean-Charles |
| | Court: | United States District Court for the District of Maryland |
| | Case No.: | 1:18-cv-03757-DKC |
| | Nature of Suit: | Homeowner Suit Related to Foreclosure |
| | Disposition: | Ongoing |
| | | |
| **(7)** | Short Title: | Seterus Inc., v. BP Fisher Law Group, LLP, et al. |
| | Date Filed: | 1/7/19 |
| | Client Defendant: | BP Fisher and Plutos Sama, LLC |
| | Court: | United States District Court for the District of Maryland |
| | Case No.: | 1:19-cv-00054-GLR |
| | Nature of Suit: | Contract |
| | Disposition: | Ongoing, stayed as to BP Fisher |
| | | |
| **(8)** | Short Title: | Select Portfolio Servicing Inc., v. BP Fisher Law Group, LLP, et al. |
| | Date Filed: | 1/15/19 |
| | Client Defendant: | BP Fisher, Plutos Sama, LLC, Shannon, Andrew, Matt |
| | Court: | United States District Court for the District of Maryland |
| | Case No.: | 8:19-cv-00149-PX |
| | Nature of Suit: | Contract |
| | Disposition: | Stipulation and Consent Order entered on 1/28/19 |
| | | |
| **(9)** | Short Title: | Metropolitan EIH13, LP v. BP Law Group, LLP, et al. |
| | Date Filed: | 6/22/16 |
| | Client Defendant: | BP Law Group, BP Fisher Law Group, WHB, WKB, Matt |
| | Court: | Supreme Court of New York |
| | Case No.: | Index No. 155283/2016 |
| | Nature of Suit: | Alleged Malpractice |
| | Disposition: | Ongoing |
| | | |
| **(10)** | Short Title: | US Department of Labor v. BP Fisher Law Group, LLP |
| | Date Filed: | 2017 |
| | Client Defendant: | BP Fisher Law Group |

|       | Court:            | US Department of Labor |
|-------|-------------------|------------------------|
|       | Case No.:         | 2017-RIS-00070 |
|       | Nature of Suit:   | Issues related to health and benefit plans |
|       | Disposition:      | Ongoing – hearing scheduled for 5/23/19 |
|       |                   | |
| **(11)** | Short Title:   | Farzad Hoorizadeh v. Plutos Sama, LLC |
|       | Date Filed:       | August 31, 2018 |
|       | Client Defendant: | Plutos Sama, LLC, Matthew Browndorf |
|       | Court:            | CA - Orange County Superior Court |
|       | Case No.:         | 2018-01015963-CU-CO-CJC |
|       | Nature of Suit:   | Breach of Contract |
|       | Disposition:      | Notice of Stay Filed |
|       |                   | |
| **(12)** | Short Title:   | Christine Fidler v. Plutos Sama LLC |
|       | Date Filed:       | September 2018 |
|       | Client Defendant: | Plutos Sama, LLC |
|       | Court:            | Labor Commissioner, State of California |
|       | Case No.:         | 18-99568 NQ |
|       | Nature of Suit:   | Wage hour claim for unpaid bonus |
|       | Disposition:      | Hearing held on August 29, 2018. Decision due by September 13, 2018 but still not received as of today's date. Still waiting on decision. |
|       |                   | |
| **(13)** | Short Title:   | Rod Colombi v. Plutos Sama LLC |
|       | Date Filed:       | September 2018 |
|       | Client Defendant: | Putos Sama, LLC, Distressed Capital Management |
|       | Court:            | Labor Commissioner, State of California |
|       | Case No.:         | 18-998829 KV |
|       | Nature of Suit:   | Wage hour claim for unpaid wages and bonus |
|       | Disposition:      | Hearing held on September 24, 2018. Decision received 11/26. As expected, the Commissioner ruled in Colombi's favor on the unpaid wages claim ($25k). The Commissioner denied Colombi's claim for a $200k bonus. Colombi is also entitled to recover statutory penalties for the unpaid wages ($34,615). Including interest, the total award is $62,739.58 and is due within 10 days. Plutos Sama, LLC and Distressed Capital Management, LLC are jointly liable for the judgment. |
|       |                   | |
| **(14)** | Short Title:   | Ana L. Bidoglio v. Plutos Sama, LLC |

|      |                  |                                                                                                                           |
|------|------------------|---------------------------------------------------------------------------------------------------------------------------|
|      | Date Filed:      | September 15, 2017                                                                                                         |
|      | Client Defendant:| Plutos Sama, LLC, Matthew Browndorf, Michele Stover                                                                        |
|      | Court:           | Orange County Superior Court, California                                                                                   |
|      | Case No.:        | 2017-00943907                                                                                                              |
|      | Nature of Suit:  | Employment Discrimination                                                                                                  |
|      | Disposition:     | Notice of stay filed; Motion for relief from stay filed by Plaintiff in bk court                                           |
|      |                  |                                                                                                                           |
| **(15)** | Short Title:  | Jonathan Ball v. BP Fisher                                                                                                 |
|      | Date Filed:      | May 24, 2017                                                                                                               |
|      | Client Defendant:| BP Fisher                                                                                                                 |
|      | Court:           | New Jersey State Court                                                                                                     |
|      | Case No.:        | L-2133-17                                                                                                                  |
|      | Nature of Suit:  | Wrongful Termination                                                                                                      |
|      | Disposition:     | Notice of stay filed; court dismissed case without prejudice; Plaintiff filed motion to amend complaint to name Plutos Sama Holdings as defendant |
|      |                  |                                                                                                                           |
| **(16)** | Short Title:  | Peroff v. WKB, Browndorf, Keadjian and Corcoran                                                                            |
|      | Date Filed:      | NA                                                                                                                         |
|      | Client Defendant:| WKB, Browndorf, Keadjian, Corcoran                                                                                         |
|      | Court:           | New York Supreme Court                                                                                                     |
|      | Case No.:        | 654839-2018                                                                                                                |
|      | Nature of Suit:  | Breach of Contract                                                                                                         |
|      | Disposition:     | NA                                                                                                                         |
|      |                  |                                                                                                                           |
| **(17)** | Short Title:  | Cream City Process LLC vs. BP Peterman Law Group LLC et al.                                                                |
|      | Date Filed:      | November 15, 2018                                                                                                          |
|      | Client Defendant:| BP Peterman Law Group, LLC                                                                                                 |
|      | Court:           | Wisconsin State Court                                                                                                      |
|      | Case No.:        | 2018-CV-002081                                                                                                             |
|      | Nature of Suit:  | Breach of Contract                                                                                                         |
|      | Disposition:     | Notice of stay filed                                                                                                       |
|      |                  |                                                                                                                           |
| **(18)** | Short Title:  | Jamie Harris vs. BP Peterman Law Group LLC                                                                                 |
|      | Date Filed:      | January 2, 2019                                                                                                            |
|      | Client Defendant:| BP Peterman Law Group                                                                                                      |
|      | Court:           | Wisconsin State Court                                                                                                      |
|      | Case No.:        | 2019-CV-000008                                                                                                             |

| | Nature of Suit: | Unpaid Wages |
|---|---|---|
| | Disposition: | Notice of Stay filed |
| | | |

Debtor    **LF Runoff 2, LLC**                                      Case number *(if known)*  **8:19-bk-10526-TA**

---

■ None

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Employee Embezzlement** | | **2014** | **$2,000,000.00** |
| **Employee Embezzlement** | | **2016** | **$15,000.00** |
| **Employee Embezzlement** | | **2019** | **$270,000.00** |

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Goe & Forsythe, LLP**<br>**18101 Von Karman Avenue**<br>**Suite 1200**<br>**Irvine, CA 92612** | | **February 8, 2019** | **$25,000.00** |
| | **Email or website address**<br>**www.goeforlaw.com** | | | |
| | **Who made the payment, if not debtor?**<br>**Wilson Keadjian Brownforf, LLP** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

---

Debtor    **LF Runoff 2, LLC**                                      Case number *(if known)*    **8:19-bk-10526-TA**

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **1900 Main Street** **Irvine, CA 92614** | **2016-present** |
| 14.2. | **923 Haddonfield Road** **Cherry Hill, NJ 08002** | **2016-present** |
| 14.3. | **114 West 47th Street** **New York, NY 10036** | **2016-present** |
| 14.4. | **165 Bishops Way** **Suite 100** **Brookfield, WI** | **2016-present** |
| 14.5. | **174 Waterfront Street** **Oxon Hill, MD 20745** | **2016-2018** |

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☐ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.

    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Plutos Sama LLC 401(k) Plan** | EIN: **46-1858731** |

    Has the plan been terminated?

    ■ No

    ☐ Yes

**Part 10:**    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Citibank, NA**<br>**PO Box 6241**<br>**Sioux Falls, SD 57117-6241** | **XXXX-4459** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **unknown** | **$0.00** |
| 18.2. | **Citibank, NA**<br>**PO Box 6241**<br>**Sioux Falls, SD 57117-6241** | **XXXX-9427** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **IOLTA checking** | **2/2/2018** | **$0.00** |
| 18.3. | **Pacific Premier Bank**<br>**Pacific Premier Bank**<br>**17901 Von Karman**<br>**Irvine, CA 92614** | **XXXX-8434** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **12/4/2018** | **$0.00** |
| 18.4. | **Wells Fargo Bank**<br>**PO Box 60510**<br>**Los Angeles, CA 90060** | **XXXX-9277** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **1/31/2019** | **$5,763.28** |
| 18.5. | **PNC Bank**<br>**222 Delaware Avenue**<br>**Wilmington, DE 19899** | **XXXX-8048** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **1/31/2019** | **$222.56** |

Debtor    **LF Runoff 2, LLC**

Case number *(if known)*    **8:19-bk-10526-TA**

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.6. | **Pacific Enterprise Bank**<br>**17748 Sky Park**<br>**Irvine, CA 92614** | **XXXX-5788** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **1/31/2019**<br>**(balance at time of closure was -$310.64.** | **$0.00** |

### 19. Safe deposit boxes
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

### 20. Off-premises storage
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **495 Movers**<br>**640 Lofstrand Lane**<br>**Rockville, MD 20850** | **Owners of the Debtor** | **Office furniture, equipment and IT equipment** | ☐ No<br>■ Yes |

### Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

### Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

### 22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| 25.1.   **Plutos National Title, LLC 1900 Main Street Suite 610 Irvine, CA 92614** | **Title and real estate settlement** | **EIN:**   45-4193208 **From-To**   1/9/2012 to present |
| 25.2.   **Civil Demand Associates, Inc. 1900 Main Street Suite 620 Irvine, CA 92614** | **Loss Prevention Collection** | **EIN:**   95-4253974 **From-To**   6/8/1989 - 1/15/2019 |
| 25.3.   **BP Fisher Law Group, LLP 1900 Main Street Suite 610 Irvine, CA 92614** | **Law Firm** | **EIN:**   36-4837812 **From-To**   6/9/1989 - present |
| 25.4.   **BP Peterman Law Group, LLC 1900 Main Street Suite 610 Irvine, CA 92614** | **Law Firm** | **EIN:**   03-0437687 **From-To**   6/9/1989 - present |
| 25.5.   **Wilson, Keadjian, Browndorf, LLP 1900 Main Street Suite 600 Irvine, CA 92614** | **Law Firm** | **EIN:**   61-1772310 **From-To**   6/8/1989 - present |

Debtor    **LF Runoff 2, LLC**      Case number *(if known)* **8:19-bk-10526-TA**

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
|---|---|---|
| 25.6.   **BPLG Runoff, LLP**<br>**1900 Main Street**<br>**Suite 620**<br>**Irvine, CA 92614** | **Law Firm** | **EIN:**    **45-4486234**<br><br>**From-To**   **6/8/1989 - present** |
| 25.7.   **WHB Runoff, LLP**<br>**1900 Main Street**<br>**Suite 620**<br>**Irvine, CA 92614** | **Law Firm** | **EIN:**    **90-0960332**<br><br>**From-To**   **6/8/1989 - present** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Pat Faranga, CAP and CFO**<br>**17 Saratoga**<br>**Trabuco Canyon, CA 92679** | **2016-2/3/2019** |
| 26a.2.   **Britney Rowland, Controller & Treasury M**<br>**5582 Mountain View Ave Q206**<br>**Yorba Linda, CA 92886** | **4/2017 - 2/3/2019** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.   **Squar Milner**<br>**18500 Von Karman, 10th Floor**<br>**Irvine, CA 92612** | **2016 & 2017** |

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.2.   **Redwitz and Company**<br>**5520 Trabuco Road**<br>**Irvine, CA 92620** | **2016 & 2017** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **BB&T**<br>**6168 OXON HILL RD**<br>**Oxon Hill, MD 20745-3107** |

Debtor    **LF Runoff 2, LLC**

Case number *(if known)*   **8:19-bk-10526-TA**

---

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Vic Boyd | Annually | TBD |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | LF Runoff 2, LLC<br>1900 Main Street<br>6th Floor<br>Irvine, CA 92614 |

---

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Matthew C Browndorf | 1900 Main Street<br>Suite 640<br>Irvine, CA 92614 | Managing Member | 100% |

---

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

---

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | TO BE PROVIDED | | | |

| | Relationship to debtor |
|---|---|
| | |

---

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

---

Debtor    **LF Runoff 2, LLC**    Case number *(if known)*   **8:19-bk-10526-TA**

---

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

---

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 20, 2019**

**/s/ Matthew C. Browndorf**                          **Matthew C. Browndorf**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

3/20/19 12:07PM

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re __LF Runoff 2, LLC__                                      Case No.  __8:19-bk-10526-TA__
                                        Debtor(s)         Chapter  __11__

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ............................................      $         __25,000.00__

    Prior to the filing of this statement I have received .........................      $         __25,000.00__

    Balance Due ........................................................................................      $              __0.00__

2.  The source of the compensation paid to me was:

    ☐ Debtor        ■ Other (specify):    **Wilson Keadjian Browndorf, LLP**

3.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

__March 20, 2019__                          /s/ Marc C. Forsythe
_Date_                                      **Marc C. Forsythe 153854**
                                            _Signature of Attorney_
                                            **GOE & FORSYTHE, LLP**
                                            **18101 Von Karman Avenue**
                                            **Suite 1200**
                                            **Irvine, CA 92612-7127**
                                            **(949) 798-2460   Fax: (949) 955-9437**
                                            **mforsythe@goeforlaw.com**
                                            _Name of law firm_

---

3/20/19 12:07PM

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Marc C. Forsythe 153854** **18101 Von Karman Avenue** **Suite 1200** Irvine, CA 92612-7127 **(949) 798-2460 Fax: (949) 955-9437** California State Bar Number: **153854 CA** mforsythe@goeforlaw.com | |

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re: **LF Runoff 2, LLC** | CASE NO.: **8:19-bk-10526-TA** CHAPTER: **11** |
|---|---|
| Debtor(s). | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS** **[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of _40_ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **March 20, 2019**  _____

/s/ Matthew C. Browndorf
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **March 20, 2019**  _____

**/s/ Marc C. Forsythe**
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                        **F 1007-1.MAILING.LIST.VERIFICATION**

LF Runoff 2, LLC
1900 Main Street
Suite 640
Irvine, CA 92614


Marc C. Forsythe
GOE & FORSYTHE, LLP
18101 Von Karman Avenue
Suite 1200
Irvine, CA 92612-7127


1 Touch Office Technology
370 Amapola Ave. #106
Torrance, CA 90501


AAA Patendiburoo OU
OU Tartu Mnt 16
Tallinn 10117 Estonia


abf Marketing Solutions, Inc
480 W. Lambert Road, Suite F
Brea, CA 92821


Accountemps
12400 Collections Center Drive
Chicago, IL 60693


Accrue Solutions
P.O. Box 11984
Mailcode 324
Birmingham, AL 35202-1984


Adobe Systems Incorporated
75 Remittance Drive Suite 1025
Chicago, IL 60675-1025

Advanced Discovery Inc
13915 North Mopac Exwy., Suite 210
Austin, TX 78728


Aetna
P.O. Box 31001-1408
Pasadena, CA 91110


Affinity Consulting Group
11370 66th Street, Suite 132
Largo, FL 33773


AFS/IBEX
4100 Newport Place Dr., Ste. 670
Newport Beach, CA 92660


All Covered
Dept. 33163 All Covered
P.O. Box 39000
San Francisco, CA 94139-3163


Alt Process Service
100 Fisher Avenue, #1519
White Plains, NY 10602


Altaira Espinosa
2801 Main Street Apt 269
Irvine, CA 92614


Altus GTS, Inc.
2400 Veterans Memorial Blvd., #400
Kenner, LA 70062

American Express National Bank
P.O. Box 30384
Salt Lake City, UT 84130


American Legal & Financial Network
c/o Brown, Smith, Wallace LLP
Attn: Laura DeNormandie
6 City Place Drive, Suite 900
Saint Louis, MO 63141


AMEX
P.O. Box 1270
Newark, NJ 07101-1270


Amicorp
Luxembourg SA 11-13 Boulevard de la
Foire L-1528 Luxembourg
Grand Duchy of Luxembourg


Amtrust North America, Inc.
P.O. Box 6939
Cleveland, OH 44101-1939


Applied Business Software, Inc.
2847 Gundry Ave.
Signal Hill, CA 90755


Ascensus Trust Retirement
1655 43rd Street South, Suite 100
Fargo, ND 58103


Ascentium Capital
23970 Highway 59 North
Kingwood, TX 77339-1535

AT&T
PO Box 5080
Canton, CT 06019-7000


ATG Title
4800 Hampden Lane, #200
Bethesda, MD 20814


Attom Data Solutions
1 Venture Suite 300
Irvine, CA 92618


Axley Brynelson, LLP
P.O. Box 1767
Madison, WI 53701-1767


Aztec Leasing Inc.
P.O. Box 98813
Las Vegas, NV 89193-8813


Baker & KcKenzie LLP
100 New Bridge Street
London, EC4V 6JA United Kingdom


BB&T
2301 Lucien Way, Suite 395
Maitland, FL 32751


Benefit Equity, Inc.
1971 E. 4th Street, Suite 100
Santa Ana, CA 92705

Bernstein Financial Services, Inc.
7120 Hayvenhurst Avenue #316
Van Nuys, CA 91406


Bird & Bird
London EC4A 1JP, UK


Bizfilings
Lockbox Payments Only 39922
Treasury Center
Chicago, IL 60694-9900


Black Knight Financial Services, In
Accounting Department
1270 Northland Dr., Suite 300
Saint Paul, MN 55120


Black Knight Portfolio Solutions, L
Account - Process Management
PO Box 849277
Los Angeles, CA 90084-9270


Bolet & Terrero - Calle 18 de
Calacoto #8022 entre Av. Sanchez
Bustamante y Julio Patino Ed Parque
 18 Fl6 #602 La Paz Bolivia


Branch Banking and Trust Company
College Park, MD


Brickerhaven Consulting Group, Inc.
531 46th Ave
San Francisco, CA 94121

Brittney Rowland
5582 Mountain View Ave Q206
Yorba Linda, CA 92886


Brown Law, LLP
4130 Parklake Avenue
Suite 525
Raleigh, NC 27612


BSB Leasing
Attn: Evonne Ames
Direct Credit Funding, Inc.
3629 N. 700 E. Suite 200
Ogden, UT 84414


Business Valuation Resources
1000 SW Broadway, Suite 1200
Portland, OR 97205


Business Wire, Inc.
Department 34182
P.O. Box 39000
San Francisco, CA 94139


Cal Net Technology Group
9420 Topanga Canyon Blvd. #100
Chatsworth, CA 91311


Canon Financial Services, Inc.
14904 Collections Center Drive
Chicago, IL 60693-0149


CapX Solutions, LLC
8506 Country Club Drive
Bethesda, MD 20817

Caram Investments Inc.
99 NW 183rd St. Suite 232C
Miami, FL 33169


Carr Workplaces PBC
Preferred Offices Properties, LLC
200 Park Avenue Suite 1700
New York, NY 10166


Castillo Castillo
CPS #781  PO Box 149020
Miami, FL 33114-9020


Chofn - Intellectual Property
B316 Guangyi Plaza  5 Guangyi Str.
Xicheng, Beijing 100053,


Christiana Trust
501 Carr Road Suite 100
Wilmington, DE 19809


Chubb
P.O. Box 382011
Pittsburgh, PA 15250-8001


City of Brookfield
2000 N. Calhoun Road
Brookfield, WI 53005


Claude Roxborough
16801 George Washington Dr
Rockville, MD 20853

CNA Insurance
1005 Convention Plaza
Saint Louis, MO 63101


CNA Insurance
Lockbox Number 790094
1005 Convention Plaza
Saint Louis, MO 63101


Collins Einhorn Farrell
4000 Town Center 9th Floor
Southfield, MI 48075


Colonial Life
Processing Center 1201 Averyt Ave
Columbia, SC 29210-7654


Comcast Cable
PO Box 3006
Southeastern, PA 19398-3006


Complete Office
P.O. Box 4318
Cerritos, CA 90703


Concur Technologies, Inc.
62157 Collections Center Drive
Chicago, IL 60693


Convergent Commercial, Inc.
925 Westchester Ave, Suite 101
West Harrison, NY 10604

Corsearch
111 Eighth Avenue  13th Floor
New York, NY 10011


Courthouse News Service
30 North Raymond Ave., Ste 310
Pasadena, CA 91103


Cox Business
PO BOX 53280
Phoenix, AZ 85072-3280


CT Corporation
P.O. Box 4349
Carol Stream, IL 60197-4349


Cuesta & Asociados SAS
Calle 72 No. 10-07 OF
603 Bogota, Colombia


Curacao Trademark Agency, Inc.
L.B. Smithplein 3
P.O. 686
Willemstad, Curacao


CyberNet Communications, Inc.
7750 Gloria Avenue
Van Nuys, CA 91406


Daimler Trust
c/o BK Servicing, LLC
PO Box 131265
Saint Paul, MN 55113-0011

Daimler Trust
PO Box 5209
Carol Stream, IL 60197-5209


Dannemann Siemsen Bigler & Ipanema
Av. Indianopolis, 739 04063-000
Sao Paulo - SP - Brasil


DDC Financial
Bohusovicka 230/12 190 00
Praha 9 Czech Republic


De Lage Landen Financial Services
P.O. Box 41602
Philadelphia, PA 19101-1602


Deep & Far
13th Fl. 27 Sec 3 Chung
San N. Road  Taipei, Taiwan, ROC TN


Deer Park
ReadyRefresh
P.O. Box 856192
Louisville, KY 40285


Deliv, Inc.
4400 Bohannon Drive #120
Menlo Park, CA 94025


Dell Financial Services
Payment Processing Center
P.O. Box 5292
Carol Stream, IL 60197-5292

Department of the Treasury
Internal Revenue Service
Cincinnati, OH 45999-0005


Derek Kelliher DBA Professional Inv
P.O. Box 930545
Verona, WI 53593


DeWitt Ross & Stevens, S.C.
Attn: John F. Gaebler
13935 Bishops Drive, Suite 300
Brookfield, WI 53005-6605


Dilworth Paxson
2 North 2nd Street Suite 1101
Harrisburg, PA 17101


DLA Piper LLP
550 S Hope St #2300
Los Angeles, CA 90071


Dmitry Parakhin
21821 Shasta Lake Road
Lake Forest, CA 92630


DO Innovations S.A.
Route de la Chocolatiere 10
CH-1026 Echandens, Suisse


DOLP 114 Properties II LLC
Patterson Belknap Webb & Tyler LLP
Lawrence P. Lenzner, Esq.
1133 Avenue of the Americas
New York, NY 10036

```
Domain Listings
PO BOX 19607
Las Vegas, NV 89132-0607


Drew and Napier
10 Collyer Quay #10-01
Ocean Financial Centre
Singapore, 049315


Earthlink Business
PO Box 88104
Chicago, IL 60680-1104


Eccleston and Wolf Jackson & Assoc
7240 Parkway Drive, 4th Floor
Hanover, MD 21076


Elan Financial Services
Corporate Payment Systems
PO Box 790428
Saint Louis, MO 63179-0428


Elizabeth C. Tingen
170 Garden Gate Ln
Irvine, CA 92620


Ella Cheong
300 Beach Road #31-04/05
The Concourse 199555 Singapore


Empire CLS
225 Meadowlands Parkwa
Secaucus, NJ 07094
```

Encore Search Partners, LLC
14511 Old Katy Rd. Suite 200
Houston, TX 77079


Engineered Security Solutions, Inc.
16805 W Observatory Road
New Berlin, WI 53151


Epicurean
1733 Thurber Place
Burbank, CA 91501


Epiq Europe Limited
11 Old Jewry
London EC2R 8DU England


Epiq Systems, Inc.
Jupiter eSources, LLC
Dept 2584 PO BOX 122584
Dallas, TX 75312-2584


Equinox Fitness Clubs, LLC
Attn: Corporate Accounts
P.O. Box 1774
New York, NY 10156-1774


eVoice
6922 Hollywood Blvd, 5th Floor
Los Angeles, CA 90028


Farzad Hoorizadeh
6033 W. Century Blvd., Suite 150
Los Angeles, CA 90045

Federal Express
PO Box 94515
Palatine, IL 60094-4515


File & Serve Xpress
500 E John Carpenter Fwy, Suite 250
Irving, TX 75062


Firefly Legal
888 S. Andrews Avenue, Suite 302
Fort Lauderdale, FL 33316


First American Title Insurance Co.
P.O Box 31001-2276
Pasadena, CA 91110


FIRST Insurance Funding
450 Skokie Blvd, Ste 1000
Northbrook, IL 60062-7917


Fisher Adams Kelly
Level 6, 175 Eagle Street
Brisbane, QLD 4000 GPO Box 1413
Brisbane, QLD 4001 Australia


Five9, Inc.
4000 Executive Parkway
Suite 400
San Ramon, CA 94583


Fountainhead Tower
8200 IH-10 West Suite 805
San Antonio, TX 78230

FR Kelly
27 Clyde Road
Dublin 4   Ireland


Franchise Tax Board
Bankruptcy Section, MS: A-340
P. O Box 2952
Sacramento, CA 95812-2952


Frank Recruitment Group Inc
DBA Anderson Frank
PO BOX 10921
Palatine, IL 60055-0921


Fred Sasscer Abstract, Inc.
PO Box 6
Upper Marlboro, MD 20772


Frederick W. Gams, Jr.
4317 Northview Drive
Bowie, MD 20716


Friedenberg Mediation
3525 Del Mar Heights Road Suite 644
San Diego, CA 92130


Fusion
Network Billing Solutions, LLC
P.O. Box 932193
Pittsburgh, PA 15251-9193


Gary Burk
247A Ammann Road
Boerne, TX 78015

Gene O'Bryan
22044 Arrowhead Lane
Lake Forest, CA 92630


Gina Leiva
2540 Country Hills Road Apt 202
Brea, CA 92821


Goodmans LLP
Bay Adelaide Centre
333 Bay Street, Suite 3400
oronto, Ontario  M5H 2S7  Canada


Goudreau Gage Dubuc
2000 Avenue McGill College #2200
Montreal (Quebec) H3A 3H3 Canada


Great America Leasing Corporation
PO Box 660831
Dallas, TX 75266-0831


GT Securities, Inc.
6033 W. Century Blvd., Suite 150
Los Angeles, CA 90045


Guerrero Howe, LLC
825 W. Chicago Ave.
Chicago, IL 60642


H Hendy Associates
4770 Campus Drive, Suite 100
Newport Beach, CA 92660

Hauselman, Rappin & Olswang, Ltd
29 East Madison Street, Suite 950
Chicago, IL 60602


Herrero & Asociados
Cedaceros 1  E - 28014
Madrid  Spain


HireRight, LLC
3349 Michelson Drive, Suite 150
Irvine, CA 92612


HMP IP
Teheran -ro 14 gil Gangnam-gu
Seoul 06234
Republic of South Korea


Hunton & Williams, LLP
P.O Box 405759
Atlanta, GA 30384-5759


Infiniti Financial Services
P O Box 9001133
Sebago, ME 04029


inhouseIT
3193 Red Hill Avenue
Costa Mesa, CA 92626


Insight
Insight Direct USA. Inc
 P.O. Box 731069
Dallas, TX 75373-1069

Insight Direct USA Inc.
P.O. Box 731069
Dallas, TX 75373-1069


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Iron Mountain
PO BOX 601002
Pasadena, CA 91189-1002


ISGN Corporation
PO Box 644780
Pittsburgh, PA 15264-4780


J Pereira Da Cruz
Rua Vitor Cordon, 14
1249-103 Lisboa Portugal


JAH Intellectual Property
Office No. 5, 2nd Floor
Golden Tower, No. 42 Almeena Street
Doha - State of Qatar PO Box 24955


Jamie L. Harris
8930 S 6th Avenue
Oak Creek, WI 53154


JDS Consulting
Minska 38 54-610
Wroclaw, Polska Poland

Jeff Fisher
155 Potomac Passage, #215
Oxon Hill, MD 20745


Jenny Dang
14372 Titus Street
Westminster, CA 92683


Jim Peterman
1260 Shelly Lane
Hartland, WI 53029


Jitterbit Inc.
1301 Marina Village Parkway, Suite
Alameda, CA 94501


JMBM LLP
Lockbox File 1263
1801 W. Olympic Blvd.
Pasadena, CA 91199-1263


Josephine Aranda
1612 East Avenue R-4
Palmdale, CA 93550


JR & T Properties LLC
1680 Sapphire Ct.
Hobart, IN 46342


Kaiser Permanente
P.O. Box 7141
Pasadena, CA 91109-7141

Kancelaria Radcy Prawnego Krzysztof
4 lok 29 50-078
Wroclaw Poland


Karbal, Cohen, Economou, et al
150 S. Wacker Drive Suite 1700
Chicago, IL 60606


Kastle Systems
PO BOX 75151
Baltimore, MD 21275


Keesal, Young & Logan
400 Oceangate
Long Beach, CA 90802


Kimberly Breineder
2703 Steamboat Circle
Plainfield, IL 60586


Kims and Lees
K.P.O Box 312
Seoul (03187), Korea


Klarin & Associates
20101 SW Birch St #210
Newport Beach, CA 92660


KMC Information Systems, L.C.
101 W. Argonne Dr. Suite 261
Saint Louis, MO 63122

KMC Information Systems, L.C.
P.O Box 677227
Dallas, TX 75267-7227


Kohno & Co. - Suite 306
Nagata-Cho Hoso Bldg.  2-21
Akasaka 2-Chome, Minato-ku
Tokyo 107-0052, Japan


Krueger Communications Inc.
PO Box 618
Elm Grove, WI 53122


KSJG, LLP
100 Spectrum Center Drive
Irvine, CA 92618


KSJG, LLP
Creditors Adjustment Bureau
assigning of KSJG, LLP
14226 Ventura Blvd
Sherman Oaks, CA 91423


Kyla Morton
8400 Joan Place
Clinton, MD 20735


Lall Lahiri & Salhotra
RCY House Plot No. B-28 Sector 32
Institutional Aream Gurgaon 122 001
National Capital Region, India  Ind


Land Rover
03-910 Warszawa ul.
Waszyngtona 50 Poland

Larry W. Evans
16 Calle Pacifica
San Clemente, CA 92673


Latham & Watkins LLP
650 Town Center Drive 20th Floor
Costa Mesa, CA 92626-1925


Law Offices of Jeffrey B. Kahn, P.C
38 Executive Park, Suite 260
Irvine, CA 92614


Layton & Lopez Tax Attorneys, LLP
1370 Brea Blvd., Suite 140
Fullerton, CA 92835


Leading Edge Administrators
14 Wall Street, Suite 5B
New York, NY 10005


Legal League 100
1909 Woodall Rogers Fwy 100
Suite 300
Dallas, TX 75201


Leslie Williams
38 Clarmont
Newport Coast, CA 92657


Lexis Nexis
9443 Springboro Pike
Miamisburg, OH 45342

Lexis Nexis/Martindale-Hubbell
P.O. Box 740299
Los Angeles, CA 90074-0299


Lighthouse Consulting Services
3130 Wilshire Blvd. Suite 550
Santa Monica, CA 90403


Livingston, Alexander & Levy
72 Harbour Street P.O. Box 142
Kingston W.I.    Jamaica


Los Angeles Department of Water
& Power
PO Box 51111
Los Angeles, CA 90051-0100


LPS Mortgage Processing Solutions,
Black Knight Mortgage Processing
P.O. Box 809007
Chicago, IL 60680-9007


Lucas Group
Lucas Associates Temps, Inc.
P.O. Box 638364
Cincinnati, OH 45263-8364


Lynden J. Court Reporters
207 West 20th Street
Santa Ana, CA 92706


M. Burr Keim Company
2021 Arch Street
Philadelphia, PA 19103-1491

M5 Investments LLC
W304S8266 Oak Ridge Drive
Mukwonago, WI 53149


Mack Oudin
2017 Huntington Street #3
Huntington Beach, CA 92648


Mail Finance
Dept 3682 PO BOX 123682
Dallas, TX 75312-3682


Marc Lazo
25011 Farrier Circle
Laguna Hills, CA 92653


MarkPlus International
39, Rue Fessart
92100 Boulognue Billancourt France


Maryland Department of Revenue
80 Calvert Street
Annapolis, MD 21404


Matt Kasap
2758 Duke Street
Alexandria, VA 22314


Matthew Bender & Co, Inc.
PO Box 7247-0178
Philadelphia, PA 19170-0178

Matthew C. Browndorf
c/o Plutos Sama, LLC
1900 Main Street, Suite 640
Irvine, CA 92614


Maya Maleszowski
24182 Via Santa Clara
Mission Viejo, CA 92692


MBFS.com
36455 Corporative Drive
Farmington, MI 48331


McBee
DeluxeMcBee Systems, Inc.
Box 88042
Chicago, IL 60680-1042


McConnell Valdes LLC
P.O Box 364225
San Juan, PR 00936-4250


Meissner Tierney Fisher & Nichols
111 E. Kilbourn Avenue, 19th Floor
Milwaukee, WI 53202-6622


Melissa Dahl
4135 Scarborough Drive
Richfield, WI 53076


Mercer Investments Consulting LLC
Dalles National Wholesale
Lockbox TX1-0029 Attn: Mercer #7301
14800 Frye Road
Fort Worth, TX 76155

Merrill Corporation
CM-9638 Merrill Communications LLC
Saint Paul, MN 55170-9638


Michael Goldstein
805 So Wooster St #303
Los Angeles, CA 90035


Mitel Cloud Services
P.O. Box 53230
Phoenix, AZ 85072-3230


Monkey Joe Speak
3002 Dow Ave. Ste 502
Irvine, CA 92614


My Logo On It, Inc.
P.O. Box 128
Glenelg, MD 21737


MyMotionCalendar.com, LLC
3363 West Commercial Boulevard
Fort Lauderdale, FL 33309


Natalia De Almeida
2206 Fountain Blvd
Kissimmee, FL 34741


National Business Institute
PO Box 3067
Eau Claire, WI 54702

Nationwide Posting and Publication
PO Box 31001-2274
Pasadena, CA 91110-2274


NeoPost
Mid Atlantic 1749
Old Meadow Road #200
Mc Lean, VA 22102-4314


NeoPost USA
Dept 3689
P.O. Box 123689
Dallas, TX 75312-3689


New Invoice, LLC
Black Knight Portfolio Solutions,
PO Box 842651
Los Angeles, CA 90084-2651


New York Legal Staffing, Inc.
420 Madison Avenue, Suite 901
New York, NY 10017


New York State Insurance Fund
NYSIF Disability Benefits
P.O. Box 5239
New York, NY 10008-5239


NFS Leasing, Inc.
900 Cummings Center Suite 226-U
Beverly, MA 01915


NH-J Office/Retail, LLC
12500 FairLakes Circle, Suite 400
Fairfax, VA 22033

Nixon Peabody LLP
100 Summer Street
Boston, MA 02110-2131


Noreast Capital Corporation
CapX Financial Services, LLC
PO Box 4128
Annapolis, MD 21403


Novagraaf - Intellectual Property
Chaussee de la Hulpe 187
Terhulpensesteenweg 187 b-1170
Brussels - Belgium


PA Dept. of Revenue
PO BOX 280904
Harrisburg, PA 17128-0904


Pace Communications LLC
PO BOX 250
Annandale, VA 22003


Pacer Billing Center
PO Box 71364
Philadelphia, PA 19176-1364


Parks Coffee California
P.O. Box 110914
Carrollton, TX 75011-0914


Parks Coffee California, Inc.
P.O. Box 110914
Carrollton, TX 75011-0914

Patrick Farenga
17 Saratoga
Trabuco Canyon, CA 92679


Patrinos Kilimiris
Chatzigianni Mexi 7
Athina 115 28, Greece


Pecarchik Law Office
745 Somerville Drive
Pittsburgh, PA 15243


Perry, Johnson, Anderson et al.
Attn: Susie O'Donnell
438 First Street, 4th Floor
Santa Rosa, CA 95401


PHENIX Investigations, Inc.
2555 Fairview Place
Greenwood, IN 46142


Pitney Bowes, Inc.
PO Box 371896
Pittsburgh, PA 15250-7896


Plaza Bank
18200 Von Karman Ave., #500
Irvine, CA 92612


Politico
1000 Wilson Blvd.
Arlington, VA 22209

Principal Financial Group
PLIC - SBD Grand Island
P.O. Box 1037
Des Moines, IA 50306-0372


ProdigiNet Inc.
26566 Stetson Pl.
Laguna Hills, CA 92653


Projekt Parking Sp. z o.o.
ul. Druz?bickiego 11
Poznan´ 61-693 Poland


Provest, LLC
c/o Bank of Tampa
P.O. Box 25096
Tampa, FL 33622


Purchase Power
PO Box 371874
Pittsburgh, PA 15250-7874


Quill Corporation
P.O. Box 37600
Philadelphia, PA 19101-0600


R.K. Dewan & CO
1271 & 1272, 12th Floor
Aggarwal Cyber Plaza - II
Netaji Subhash Place, Pitampura
New Delhi, India, 110 034


Raeanne Murphy
20642 Brookdale Lane
Huntington Beach, CA 92646

Rapid7 LLC
Lock Box P.O. Box 347377
Pittsburgh, PA 15251-4377


Rauch-Milliken International, Inc
PO Box 8390
Metairie, LA 70011-8390


Ready Refresh by Nestle
PO Box 856192
Louisville, KY 40285-6192


Red Bell Real Estate
7730 South Union Park Avenue
Sutie 400
Midvale, UT 84047


Red Vision Systems
PO Box 775147
Chicago, IL 60677-5147


Redwitz, Inc.
3 Park Plaza, Suite 1700
Irvine, CA 92614


Regus
15305 Dallas Parkway, Suite 400
Addison, TX 75001


Regus - Cherry Hill
Regus Management Group, LLC
P.O. Box 842456
Dallas, TX 75284-2456

Regus - FL
Regus Management Group, LLC
P.O. Box 842456
Dallas, TX 75284-2456


Regus - MD
16701 Melford Blvd.
Suite 400
Bowie, MD 20715


Regus - NC
Regus Management Group, LLC
P.O. Box 842456
Dallas, TX 75284-2456


Regus - PA
Regus Management Group LLC
P.O. Box 842456
Dallas, TX 75284-2456


Regus - Princeton
Regus Management Group, LLC
P.O. Box 842456
Dallas, TX 75284-2456


Regus Management Sp z o.o.
ul Emilii Plater 53
Warszawa  00-113 Poland


Richard Basile
6305 Ivy Lane
Suite 416
Greenbelt, MD 20770


Richards Layton & Finger
One Rodney Square 920 North King St
Wilmington, DE 19801

Ring Boost
Primary Wave Local, LLC
49 Marble Avenue, Suite 2
Pleasantville, NY 10570


RJI International, Inc.
18012 Sky Park Circle, Suite 200
Irvine, CA 92614


Rowlett Law Firm
26933 Camino De Estrella, 2nd Floor
Capistrano Beach, CA 92624


RSUI Group, Inc.
P.O. Box 935125
Atlanta, GA 31193-5125


Safeguard Shredding
Attn: Accounts Receivable
P.O. Box 3219
Oakton, VA 22124


Safeguard Shredding-PNT
6744 Gravel Ave.
Alexandria, VA 22310


Sage Software, Inc.
6561 Irvine Center Drive
Irvine, CA 92618


Sara Stangel
N5174 Union Hill Road
Oconomowoc, WI 53066

SBGK Attoneys at Law
1062 Budapest  Andrassy UT 113
Hungary


ServiceLink Default Solutions, LLC
PO BOX 841313
Los Angeles, CA 90084-1313


Shea Barclay Group
501 E. Kennedy Blvd., Ste. #1000
Tampa, FL 33602


Shred Connect
13700 Alton Parkway, #154
Irvine, CA 92618


Sikich LLP
1415 W. Diehl Road, Suite 400
Naperville, IL 60563-1197


SIP.US
3005 Royal Blvd S
STE 235
Alpharetta, GA 30022


Smarsh, Inc.
P.O. Box 505265
Saint Louis, MO 63150-5265


Smas-IP
P.O. Box 17854
Riyadh 11494 Saudi Arabia

SMS
Settlement Management Solutions
PO Box 511572
Los Angeles, CA 90051


Soerensen Garcia Advogados Associad
Rua Da Quitanda 187/8
Andar  Centro - RJ - Cep:20091-005


SolarWinds
P.O. Box 730720
Dallas, TX 75373-0720


Spruson & Ferguson
5001 Hopewell Centre 183
Queen's Road East Wan Chai
Hong Kong   China


Standard Parking Plus
150 Potomac Passage
Oxon Hill, MD 20745


Stanley Security Solutions
6161 East 75th Street
Indianapolis, IN 46250


Staples Advantage
Dept DC PO Box 415256
Boston, MA 02241-5256


State Farm Insurance
Insurance Support Center
P.O. Box 588002
North Metro, GA 30029-8002

State of California
Taxpayer Assistance Center
P.O. Box 826880
Sacramento, CA 94280-0001


State of New Jersey
N.J. Division of Taxation
PO Box 999
Trenton, NJ 08646-0999


State of New York
NYS Tax Department
W A Harriman Campus
Albany, NY 12227


Stobbs IP Limited
Endurance House Vision Park
Chivers Way Cambridge CB24 9ZR
England


Structured Finance Industry Group
Attn: Jennifer Serpas
1775 Pennsylvania Avenue, NW #625
Washington, DC 20006


Summit Riser Systems
15245 Alton Parkway Suite 200
Irvine, CA 92618


Swift Courier
10111 Martin Luther King Hwy
Suite 105
Bowie, MD 20720


Talimar Systems, Inc.
3105 West Alpine
Santa Ana, CA 92704

Terrace Towers
121 SW Morrison, Ste. 250
Portland, OR 97204


Terrace Towers Orange County
121 SW Morrison, Ste. 250
Portland, OR 97204


That's Great News
900 Northrop Rd.
P.O. Box 5021
Wallingford, CT 06492


The OC Marathon
3100 Airway Avenue #104
Costa Mesa, CA 92626


The Sullivan Group of Court Report
P.O. Box 2500
Pasadena, CA 91102


Thomson Reuters - West
PO Box 6292
Carol Stream, IL 60197-6292


Thornton & Associates, LLC
3452 E Foothill Blvd #800
Pasadena, CA 91107


Time Warner Cable (Spectrum)
PO Box 4639
Carol Stream, IL 60197-4630

TMF Group
Pl. Pilsudskiego 1
Warszawa  00-078 Poland


Tolin Mechanical Systems
PO BOX 732293
Dallas, TX 75373-2293


Totalfunds by Hasler
PO BOX 30193
Tampa, FL 33630-3193


TPx Communications
Attn: Accounts Receivable
3300 North Cimarron Rd.
Las Vegas, NV 89129


Tri-State Pension Consultants
100 Passaic Avenue, Suite 120
Fairfield, NJ 07004


TSG Reporting
747 Third Ave.  Suite 10A
New York, NY 10017


TypeLaw, Inc.
414 Brannan St.
San Francisco, CA 94107


United Parcel Service
P.O. Box 7247-0244
Philadelphia, PA 19170-0001

Unum Life Insurance Company
of America
PO BOX 406990
Atlanta, GA 30384-6990


UPS Protection
1401 E. Ball Rd. Unit G
Anaheim, CA 92805


US Bank
CM-9690
P.O. Box 70870
Saint Paul, MN 55170-9690


US Bank Equipment Finance
P.O. Box 790448
Saint Louis, MO 63179-0448


US Signal
201 Ionia Avenue SW
Grand Rapids, MI 49503


US Treasury
1500 Pennsylvania Ave., N.W.
Washington, DC 20220


USPS Disbursing Office
PO BOX 21666
Saint Paul, MN 55121-0666


Van Campen/Liem
23 Boulevard Joseph II L-1840
Luxembourg Luxembourg

Verde Investments
1720 W. Rio Salado Pkwy, Suite A
Tempe, AZ 85281


Verizon (fax)
P.O. Box 660720
Dallas, TX 75266-0720


Verizon Business
PO BOX 660794
Dallas, TX 75266-0794


Verizon Credit Inc.
P.O. Box 650478
Dallas, TX 75265-0478


W.B. Mason Co., Inc.
PO Box 981101
Boston, MA 02298-1101


WALZ Postal Solutions, Inc.
ATTN: Accounts Receivable
27398 Via Industria
Temecula, CA 92590-3699


Washington DC
1101 4th St SW #270
Washington, DC 20024


Washington Executive Services, Inc.
2101 L Street NW Suite 800
Washington, DC 20037

Watermark
109 Burwood Road
Hawthorn VIC 3122   Australia


WebTMS
17 Blagrave Street  Reading
Berkshire  England, RG1 1QB


White Ridge Consulting
6033 W. Century Blvd., Suite 150
Los Angeles, CA 90045


Woodfield Country Club
3650 Club Place
Boca Raton, FL 33496


YourMembership.com, Inc.
Dept. 3461
PO Box 123461
Dallas, TX 75312-3461


Zachary Roper
3801 8th Street N
Saint Petersburg, FL 33703


Zico Law
Q House Lumpini Bldg  S. Sathorn Rd
Thung Maha Mek, Sathon
Bangkok 10120 Thailand


Zoom Video Communications Inc.
55 Almaden Blvd., 6th Floor
San Jose, CA 95113

Zuckerman Spaeder LLP
1800 M Street NW
Washington, DC 20036