Marc C. Forsythe - State Bar No. 153854
**GOE & FORSYTHE, LLP**
18101 Von Karman Avenue, Suite 1200
Irvine, CA 92612
mforsythe@goeforlaw.com

Telephone: (949) 798-2460
Facsimile:  (949) 955-9437

Proposed Attorneys for LF Runoff 2, LLC fka Plutos Sama, LLC

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>LF RUNOFF 2, LLC FKA PLUTOS SAMA, LLC,<br><br>Debtor. | Case No. 8:19-bk-10526-TA<br><br>Chapter 11<br><br>**CHAPTER 11 CASE MANAGEMENT REPORT**<br><br>Hearing Date: March 27, 2019<br>Time:           10:00 a.m.<br>Courtroom:   5B<br>                      United States Bankruptcy Court<br>                      411 West Fourth Street<br>                      Santa Ana, CA 92701 |

    LF RUNOFF 2, LLC FKA PLUTOS SAMA, LLC, Debtor and Debtor-in-Possession ("Debtor") hereby files its Chapter 11 Case Management Report as follows:

    a.    a brief description of the debtor's businesses and operations, if any, and the principal assets and liabilities or each estate;

    Debtor is the general partner of several law firms that specialized in the default loan business.

    b.    brief answers to these questions:

        1. What precipitated the bankruptcy filing?

    The bankruptcy filing of one of Debtor's law firms – BP Fisher Law Group, LLP, which case is pending before this Court.

        2. What does the debtor hope to accomplish in this chapter 11 case?

1

1       Obtain a breathing spell to account for funds held by the law firms that Debtor is
2 the general partner of, and use Debtor-in-Possession financing from a Plutos Sama Holdings, Inc.
3 to resolve all money issues.
4       3. What are the principal disputes or problems likely to be encountered during the
5 course of the debtor's reorganization efforts?
6       Resolving issues with lenders who claim to have interests in trust funds.
7       4. How does the debtor recommend that these disputes be resolved and why?
8       Analyze funds on hand to resolve trust funds disputes.
9       5. Has the debtor complied with all of its duties under 11 U.S.C. § § 521, 1006 and
10 1107 and all applicable guidelines of the Office of the United States Trustee, and, if not, why not?
11       Debtor has substantially complied and should be in full compliance shortly.
12       6. Do any parties claim an interest in cash collateral of the debtor?
13       No.
14       7. Is the debtor using cash that any party claims as its cash collateral and, if so, on
15 what date(s) did the debtor obtain an order authorizing the use of such cash or the consent of such
16 party?
17       No.
18     c.   the identity of all professional retained or to be retained by the estate, the dates on
19 which applications for the employment of such professionals were filed or submitted to the United
20 States Trustee, the dates on which orders were entered in response to such applications, if any, and
21 a general description of the type of services to be rendered by each or the purpose of the
22 employment;
23     Goe & Forsythe, LLP proposed counsel to the Debtor filed its application to be employed
24 on March 15, 2019 as Docket No. 31.
25     Debtor will be submitting employment applications for other professionals shortly.
26     d.   in operating cases, evidence regarding projected income and expenses for the first six
27 months of the case;
28

2

1  Projected cash flow statements have been submitted to the UST.

2  e.   proposed deadlines for the filing of claims and objections to claims;  TBD

3  f.   a proposed deadlines for the filing of a plan and disclosure statement; TBD

4  g.   a discussion of any significant unexpired leases and executory contracts to which the
5  debtor is a party and the debtor's intentions with regard to these leases and contracts; and

6  Debtor's counsel is still analyzing these issues

7  h.   if debtor is an individual, whether debtor proposes to combine the hearing on the
8  disclosure statement and plan. See 11 U.S.C. § 105(d)(2)(B)(vi)

9  Not applicable.

Dated: March 26, 2019

Respectfully submitted by:

GOE & FORSYTHE, LLP

By: */s/Marc C. Forsythe*
    Marc C. Forsythe
    Proposed Attorneys for LF RUNOFF 2,
    LLC fka PLUTOS SAMA, LLC, Debtor
    and Debtor in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 18101 Von Karman Avenue, Suite 1200, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **CHAPTER 11 CASE MANAGEMENT REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 26, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Frank Cadigan    frank.cadigan@usdoj.gov
- Marc C Forsythe    kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com
- James Andrew Hinds    jhinds@jhindslaw.com, mduran@jhindslaw.com
- Brian D Huben    hubenb@ballardspahr.com, carolod@ballardspahr.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐    Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) March 26, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒    Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: (state the method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 26, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows:  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

- The Honorable Theodor C Albert, USBC, 411 West Fourth Street, Santa Ana, CA 92701

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 26, 2019 | Kerry A. Murphy | /s/Kerry A. Murphy |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**SERVED BY UNITED STATES MAIL**:

**In re LF Runoff 2, LLC**
**U.S.B.C. Case #8:19-ak-10526-TA**

**Debtor**
LF Runoff 2, LLC
1900 Main Street, Suite 640
Irvine, CA 92614

**United States Trustee**
United States Trustee
411 West Fourth Street
Suite 7160
Santa Ana, CA 92701

**SECURED CREDITORS**

1 Touch Office Technology
370 Amapola Ave. #106
Torrance, CA 90501

NFS Leasing, Inc.
900 Cummings Center
Suite 226-U
Beverly, MA 01915

NH-J Office/Retail, LLC
12500 FairLakes Circle
Suite 400
Fairfax, VA 22033

Talimar Systems, Inc.
3105 West Alpine
Santa Ana, CA 92704

Verde Investments
1720 W Rio Salado Pkwy
Suite A
Tempe, AZ 85281

**UNSECURED CREDITORS**

AMEX
P.O. Box 1270
Newark, NJ 07101-1270

American Express National Bank
P.O. Box 30384
Salt Lake City, UT 84130

Amtrust North America, Inc.
P.O. Box 6939
Cleveland, OH 44101-1939

Baker & KcKenzie LLP
100 New Bridge Street
London, EC4V 6JA United Kingdom

Canon Financial Services, Inc.
14904 Collections Center Drive
Chicago, IL 60693-0149

DOLP 114 Properties II LLC
Patterson Belknap Webb & Tyler LLP
Lawrence P. Lenzner, Esq.
1133 Avenue of the Americas
New York, NY 10036

Elan Financial Services
Corporate Payment Systems
PO Box 790428
Saint Louis, MO 63179-0428

Encore Search Partners, LLC
14511 Old Katy Rd. Suite 200
Houston, TX 77079

Equinox Fitness Clubs, LLC
Attn: Corporate Accounts
P.O. Box 1774
New York, NY 10156-1774

| | | |
|---|---|---|
| FIRST Insurance Funding<br>450 Skokie Blvd, Ste 1000<br>Northbrook, IL 60062-7917 | Frank Recruitment Group Inc.<br>DBA Anderson Frank<br>PO BOX 10921<br>Palatine, IL 60055-0921 | Gene O'Bryan<br>22044 Arrowhead Lane<br>Lake Forest, CA 92630 |
| Jeff Fisher<br>155 Potomac Passage, #215<br>Oxon Hill, MD 20745 | KMC Information Systems, L.C.<br>101 W. Argonne Dr. Suite 261<br>Saint Louis, MO 63122 | Leading Edge Administrators<br>14 Wall Street, Suite 5B<br>New York, NY 10005 |
| M5 Investments LLC<br>W304S8266 Oak Ridge Drive<br>Mukwonago, WI 53149 | Mercer Investments Consulting LLC<br>Dallas National Wholesale<br>Lockbox TX1-0029 Attn: Mercer #7301<br>14800 Frye Road<br>Fort Worth, TX 76155 | Nixon Peabody LLP<br>100 Summer Street<br>Boston, MA 02110-2131 |
| Terrace Towers Orange County<br>121 SW Morrison, Ste. 250<br>Portland, OR 97204 | Thomson Reuters - West<br>PO Box 6292<br>Carol Stream, IL 60197-6292 | |

**REQUEST FOR NOTICE**

| | | |
|---|---|---|
| Brian D Huben, Esq.<br>Nicholas M Gross, Esq.<br>Ballard Spahr, LLP<br>2029 Century Park East #800<br>Los Angeles, CA 90067-2909 | John D Sadler, Esq.<br>Ballard Spahr, LLP<br>1909 K Street NW #12th Floor<br>Washington, DC 20006-1157 | Ana Bidoglio<br>c/o Henry J. Josefsberg<br>4050 Katella Ave., Ste 205<br>Los Alamitos, CA 90720 |
| Daimler Trust<br>c/o BK Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113-0011 | | |