HOWARD B. GROBSTEIN, CPA
Grobstein Teeple LLP
6300 Canoga Avenue, Suite 1500W
Woodland Hills, California 91367
Telephone: (818) 532-1020
Facsimile: (818) 532-1120
Email:   hgrobstein@gtllp.com, documents@gtllp.com

Proposed Accountants for Richard A. Marshack,
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>**LF RUNOFF 2, LLC,**<br><br><br><br><br><br>Debtor. | Case No.: 8:19-bk-10526-TA<br><br>Chapter 7<br><br>**APPLICATION BY CHAPTER 7 TRUSTEE FOR AUTHORIZATION TO EMPLOY GROBSTEIN TEEPLE LLP AS ACCOUNTANTS EFFECTIVE SEPTEMBER 4, 2019; STATEMENT OF DISINTERESTEDNESS IN SUPPORT THEREOF**<br><br>**[11 U.S.C. §§327(a) Fed. R. Bank. P. 2014; Loc. Bankr. R. 2014-1(b)]**<br><br>[No Hearing Required] |

**TO THE HONORABLE THEODOR ALBERT, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR AND THEIR COUNSEL, THE OFFICE OF THE UNITED STATES TRUSTEE, AND PARTIES ENTITLED TO NOTICE:**

Applicant Richard A. Marshack, the duly appointed and acting Chapter 7 trustee (the "Trustee" or "Applicant") of the bankruptcy estate (the "Estate") of LF Runoff 2, LLC ("Debtor"), hereby applies for an order authorizing the employment of Grobstein Teeple LLP ("GT" or the "Firm"), as his accountants effective September 4, 2019 (the "Application") and in support of this

1  application, respectfully represents as follows:

2      1.    On or about February 14, 2019, the Debtor filed a voluntary petition under Chapter 11 of Title 11 of the United States Code (the "Petition Date") to operate as a Debtor and Debtor in Possession. On May 14, 2019, the Court approved the "Order Approving the US Trustee's Application of a Chapter 11 Trustee" and appointed Richard A. Marshack as the Chapter 11 Trustee. On September 4, 2019, the Court ordered the conversion of the case to a Chapter 7.  On September 5, 2019, the "Notice of Appointment and Acceptance of Trustee" was filed by Richard A. Marshack, the Chapter 7 Trustee.  GT was retained by Mr. Marshack as his accountants in the Chapter 11 case. This application seeks approval for retention of GT by the Trustee as his accountants in the Chapter 7 case.

    2.    Based on the Trustee's review of pleadings, documents, and other information provided, the Applicant has determined that it is necessary and appropriate to retain the services of an accountant to provide certain specified services as well as those typically provided by a certified public accountant on behalf of a trustee and a bankruptcy estate.  Specifically, Applicant proposes to retain an accountant to perform, among other tasks, the following specific acts:

    a) Preparation of tax returns;

    b) Address any tax issues related to the Debtor;

    c) Analysis of tax implications of transactions related to the bankruptcy estate;

    d) Litigation consulting and expert witness services, if necessary;

    e) Analyze potential avoidance actions; and

    f) Engagement in such other financial advisory activities as requested by the Trustee.

    3.    As shown by the biographical information attached as **Exhibit A** hereto and incorporated herein by this reference, the Firm and its professionals are very experienced in insolvency, bankruptcy and reorganization matters and are well-qualified to represent Applicant.  A copy of the schedule of the Firm's current billing rates for accountants and paraprofessionals of the Firm is attached hereto as **Exhibit B** and incorporated herein by this reference.

    4.    The Firm understands and agrees to accept employment on grounds that its fees may be awarded only by application to and approval by this Court after notice and a hearing.  The Firm

seeks employment pursuant to 11 U.S.C. §330. The Firm is familiar with the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and the Guidelines of the United States Trustee, and will comply with them.

5. As set forth in the attached Statement of Disinterestedness ("Statement"), GT carefully reviewed its files and determined that no conflict exists in connection with this matter, and that as of the date of the Application, to the best of Applicant's knowledge and after consideration of the disclosures in the attached Statement, Applicant believes that the Firm and all of its partners and associates are disinterested persons as that term is defined by the Bankruptcy Code, and neither the Firm nor any partners or associates of the Firm are connected with Applicant, the Debtor, its creditors, any other party in interest, their respective attorneys, the United States Trustee, or any person employed in the office of the United States Trustee, nor does the Firm or its accountants represent or hold an adverse interest with respect to the Debtor, any creditor, or to this Estate.

6. Applicant is satisfied from the Statement of Disinterestedness that the Trustee's employment of the Firm as accountants would be in the best interests of the Estate.

**WHEREFORE**, Applicant respectively requests that it be authorized to employ GT, effective as of September 4, 2019, pursuant to 11 U.S.C. §§ 327 and 330, and in accordance with Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 2014-1(b), on the terms stated herein.

Dated: September 23, 2019

_____
Richard A. Marshack
Chapter 7 Trustee for the estate of
LF Runoff 2, LLC

# STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT OF PROFESSIONAL PERSON UNDER RULE 2014, FEDERAL RULES OF BANKRUPTCY PROCEDURE

I, HOWARD B. GROBSTEIN, declare:

1. I am a certified public accountant, duly licensed and authorized to practice accounting in the State of California. I am a member in good standing of the American Institute of Certified Public Accountants (AICPA), and am a partner at Grobstein Teeple LLP ("GT"), proposed accountants for Applicant. I am authorized to make this Declaration on behalf of the Firm. All capitalized terms used herein are as defined in the foregoing Application.

2. This declaration is made in support of the foregoing Application by the Trustee to retain the Firm as his accountants herein as of September 4, 2019. The Firm, its members and associates are well-qualified to represent the Trustee in this matter, as can be seen by the Firm's biographical information, a true and correct copy of which is attached hereto as **Exhibit A** and incorporated herein by this reference.

3. The Firm understands and agrees to accept employment on grounds that its fees may be awarded only by application to and approval by this Court after notice and a hearing. It is contemplated that GT will seek compensation and reimbursement of expenses from the Estate based upon its normal and usual hourly billing rates and may seek interim compensation as permitted by U.S.C. §§ 330 and 331.

4. The Firm was not paid a monetary retainer.

5. GT carefully reviewed its files and determined that no conflict exists in connection with this matter, and that GT neither holds nor represents a claim against the Debtors or the Estate. As attested to below, GT regularly checks its files to determine if it holds or represents any creditor or party in interest with an interest adverse to the Debtors or the Estate.

/ / /
/ / /
/ / /

6.     The following is a complete description of the Firm's connections with the Applicant, the Debtors, its creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee:  The Firm of which the Trustee is a member has represented me in matters where I am the Trustee, which matters are completely unrelated to the instant case.  The Firm has also represented the Trustee in other unrelated cases.

7.     Finally, members of the Firm have socialized on occasion with the Trustee and with other members of the firm of which the Trustee is a member.

8.     The Firm is not and was not an investment banker for any outstanding security of the Debtors.

9.     The Firm is and was not, within three years before the date of the filing of the Petition herein, an investment banker for a security of the Debtors, or an attorney for such an investment banker in connection with the offer, sale or issuance of any security of the Debtors.

10.    The Firm is not and was not, within two years before the date of filing of the Petition herein, a director, officer or employee of the Debtors or of any investment banker for any security of the Debtors.

11.    The Firm neither holds nor represents any interest materially adverse to the interest of the Estate or of any class of creditors or equity security holders, for reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, the Chapter 7 Trustee, or an investment banker for any security of the Debtors, or for any other reason.

12.    GT's and my business address is 6300 Canoga Avenue, Suite 1500W, Woodland Hills, California 91367; telephone (818) 532-1020; facsimile (818) 532-1120.

13.    The members of the Firm are not relatives or employees of any judge of the United States Bankruptcy Court for the Central District of California, the United States Trustee, or any person currently employed in the Office of the United States Trustee.  I am familiar and will comply with the Bankruptcy Code and the Bankruptcy Rules, the Local Bankruptcy Rules and the Guidelines of the Office of the United States Trustee.  A notice of the proposed employment of the Firm was served on all proper parties pursuant to Loc. Bank. R. 2014-1(b).

After conducting the investigation described in paragraph 5 above, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, except for those matters which are stated on information and belief, and as to those matters I believe them to be true.

Executed this 17 day of September, 2019, at Woodland Hills, California.

_____
HOWARD B. GROBSTEIN

# EXHIBIT A

GROBSTEIN TEEPLE LLP

FIRM BIOGRAPHIES

## PARTNERS

**HOWARD B. GROBSTEIN, CPA/CFF, CFE,** California State University, Northridge (B.S. - Accountancy) is a Partner in the firm. He has acted as a Chapter 7 and Chapter 11 Trustee and Chapter 11 Examiner in the Central and Northern Districts of California. He has testified as an expert witness in District, Bankruptcy and State court cases. Mr. Grobstein has conducted numerous fraud investigations. He is a member of the Board of Directors and past Chair of the Los Angeles/Orange County Chapter of the California Receiver's Forum. He was President of the Los Angeles Bankruptcy Forum for 2013. Mr. Grobstein was the Treasurer of the Los Angeles/Orange County chapter of the Turnaround Management Association.

**KERMITH BOFFILL, CPA,** California State University, Northridge (B.S. - Accountancy) is a Partner in the firm. Mr. Boffill has worked in private and public accounting on a variety of audit and taxation engagements specializing in taxation of entities and individuals. Mr. Boffill has experience in bankruptcy matters including individual liquidations, corporate reorganizations and liquidations.

**BENJAMIN L. HOWARD, CPA,** University of Denver (M.A. Accountancy; B.S. - Accountancy) is a Partner in the firm. Mr. Howard has over 10 years of experience in bankruptcy, litigation support and forensic accounting services.

**JEFFREY LEONARD, CPA,** San Diego State University (B.S. -Accounting, Emphasis in Small Business) is a Partner in the firm. Mr. Leonard advises on issues such as buying/selling Real Estate, business concerns, retirement/tax planning, investments and allocations, and estate planning.

GROBSTEIN TEEPLE LLP

FIRM BIOGRAPHIES

**BRIAN LUNDEEN, M.A.S., CFE,** Northern Illinois University (M.S. - Accountancy) and Northern Illinois University (B.S. - Accountancy) is a Partner with the firm. Mr. Lundeen specializes in providing forensic accounting, litigation support, and fraud investigation services.

**EDDIE SHAMAS, CPA**, California State University, Northridge (B.S. – Accountancy; B.S. - Finance) is a Partner in the firm. Mr. Shamas has experience in providing assurance services to a variety of publicly traded and privately held companies in the manufacturing, distribution, retail, and service industries. He is a member of California Certified Public Accountants.

**KURT H. STAKE, CPA, MBA, CMA, CFE, CFF, CVA, ABV**, University of Southern California (B.S. - Accounting), Chapman University (MBA), is a Partner in the firm. Mr. Stake has over 25 years of forensic accounting, financial damages, business valuation and litigation expert witness experience. Mr. Stake testifies as an expert witness in jury trials, bench trials, depositions and arbitrations on behalf of both plaintiffs and defendants for State and Federal matters.

**JOSHUA TEEPLE**, **CPA/CFF, CFE, CISA, CITP,** University of Colorado, Boulder (B.S. - Business Administration) is a Partner in the firm. Mr. Teeple specializes in providing forensic accounting and forensic technology services and testifies as an expert witness in such matters. Mr. Teeple has conducted multiple fraud investigations and regularly provides litigation consulting services.

**PRINCIPALS**

**ERIK RASMUSSEN**, is a Principal and head of Cyber Security and Risk Management Solutions for the firm. He is an active attorney in Washington State with almost 15 years of

Exhibit A                                                                                                                                                            2

**GROBSTEIN TEEPLE LLP**

**FIRM BIOGRAPHIES**

experience. Prior to joining the firm, Mr. Rasmussen was a Managing Director at a global risk management firm covering incident response and governance. Mr. Rasmussen was also a Secret Service agent for 9 years and conducted dozens of domestic and international computer crimes investigations.

**STEVEN ROOPENIAN, CFE,** California State University, Long Beach (B.S. - Business Management) is a Principal in the firm. Mr. Roopenian has experience in bankruptcy, forensic accounting, and litigation support. He is a member of the Association of Certified Fraud Examiners, the Turnaround Management Association, the Association of Insolvency and Restructuring Advisors, and the Los Angeles Bankruptcy Forum. Additionally, Mr. Roopenian assisted the treasurer of the Los Angeles/Orange County chapter of the Turnaround Management Association during his tenure.

**KAILEY WRIGHT, CIRA,** University of California, Santa Barbara (B.A. - Economics, emphasis in Accounting) is a Principal in the firm. Ms. Wright specializes in providing accounting services related to bankruptcy, forensic accounting and litigation support for her clients. She is currently the President of the Los Angeles Bankruptcy Forum. She is an active member of the Orange County Bankruptcy Forum and International Women's Insolvency & Restructuring Confederation.

**PROFESSIONALS**

**JEFFREY BUSSELL**, **CFE,** Loyola Law School, Loyola Marymount University, University of Arizona, is a Director with the firm. Mr. Bussell focuses on fraud investigations, forensic analysis, economic damage calculations, and litigation consulting. He is also the Director of Training for the Ventura County chapter of the Association of Certified Fraud Examiners.

**GROBSTEIN TEEPLE LLP**

**FIRM BIOGRAPHIES**

**SILVA CHAMICHYAN,** University of California, Northridge (B.S. - Accounting) is a Senior Accountant in the firm. Ms. Chamichyan has experience in corporation tax returns and private equity. Ms. Chamichyan is currently a CPA Candidate with the California Board of Accountancy.

**JESSIE CHUN,** University of California, Los Angeles (B.S. -Accounting) and University of San Diego (B.A. - History) is a Consultant in the firm. Ms. Chun has experience in payroll preparation, sales reconciliations, and preparing financial statements.

**LUCY DEMIRDZHYAN**, California State University, Northridge (B.S. - Accountancy) is a consultant in the firm.

**STEVEN GODOY, MSA,** San Diego State University (M.S. – Accountancy: Accounting Information Systems; B.S. - Business Administration: Accounting) is a Consultant with the firm. Mr. Godoy has experience with not-for-profit accounting, accounting information systems, and process improvements. He is a member of the American Institute of CPAs, the Association of Latino Professionals For America and the California Society of CPAs. He is currently a CPA Candidate with the California Board of Accountancy.

**DIANNE HYMEL,** is a bookkeeper with the firm.

**CLAUDIA JARQUIN,** is a bookkeeper with the firm.

**KELSEA JOHNSON**, Chapman University (B.S. – Accounting) is a Staff Accountant with the firm. Ms. Johnson has experience in forensic bank reconstructions and financial accounting function including bookkeeping, cash reconciliations, and reporting.

**LINDSAY LOPEZ,** is a consultant in the firm. While at the firm she is pursuing her Bachelor of Science degree in Professional Accountancy at California State University, Northridge.

## GROBSTEIN TEEPLE LLP

## FIRM BIOGRAPHIES

**NAVEEN MANN**, University of California Irvine (Master of Accountancy); California State University, Fullerton (B.A. - Business Administration: Concentration on Accounting) is a Staff Accountant/Consultant at the firm.

**ROMUALDO MARTINEZ Jr. (Jay R.),** University of California, Los Angeles (B.S. – Accounting), University of California, Northridge (M.S. - Taxation) is a Tax Staff Accountant in the firm. Mr. Martinez has experience in bookkeeping, application of tax law and controversy resolution.

**BREANNA MCCALLUM**, is a consultant in the firm. While at the firm she is pursuing her Bachelor of Science degree in Professional Accountancy at California State University, Northridge.

**MICHAEL MCCARTHY**, CPA, CFE, California State University, Fullerton, is a Senior Manager at the firm.  Mr. McCarthy specializes in litigation support, insolvency consulting, forensic accounting, fraud investigation, and expert witness testimony.

**KEVIN MEACHAM**, California State University, Northridge (B.S. - Information Systems with an Option in Business) is a Consultant in the firm. Mr. Meacham is knowledgeable in network technologies, database management, application development, business intelligence, IT audit, enterprise resource planning, project management, and IT security. He has experience in bank record reconstructions for numerous accounts related to fraudulent transactions. He is a member of the Information Systems Audit and Control Association (ISACA) and Management Information Systems Association (MISA) at California State University, Northridge.

**DIMPLE MEHRA, CFE**, University of Arizona (B.S. – Business Administration) and University of Phoenix (M.S. – Accountancy) is a Senior Manager in the firm. Ms. Mehra has

**GROBSTEIN TEEPLE LLP**

**FIRM BIOGRAPHIES**

experience in providing forensic accounting and analysis services in the public and private sectors. She is a member of the Association of Certified Fraud Examiners.

**LUCIA MIER,** Santa Monica Community College (A.A. - Accounting) is a Consultant in the firm. Ms. Mier has experience with assisting in preparation of tax return for entities and individuals.

**THOMAS MORBERG**, Tulane University (Currently a student in the Masters of Accounting program and undergraduate in Finance) is an Intern at the firm. Mr. Morberg has experience in forensic accounting, bookkeeping, and accounting for touring entertainment acts.

**TRACEY MUGA**, California State University, Northridge (B.S. - Family and Environmental Studies with an Option in Business) is a Consultant with the firm. Ms. Muga currently is an Auditor for the California Parent Teacher Association. She is bilingual in English and Spanish.

**ALEX ODELL**, Keene State College (B.S – Computer Sciences) is a Senior Consultant in the firm. Mr. Odell has experience in Forensics Imaging, Penetration Testing and large-scale Archive Analysis.

**RACHEL ROJANY, CPA**, University of California, Santa Cruz (B.A. – Business Management Economics) is a Senior Manager at the firm. Ms. Rojany's professional experience is focused in individual and business tax compliance and planning, with experience in an array of different industries from Entertainment & Media, Professional Services, to Real Estate and High Net Worth Individuals and Families. She is a member of the American Institute of Certified Public Accountants and the California Society of Certified Public Accountants.

**GROBSTEIN TEEPLE LLP**

**FIRM BIOGRAPHIES**

**ANDREW SEGURA,** University of California, San Diego (B.A. – Economics; Minor - Accounting) is a Staff Accountant with the firm.

**BRIAN SIEGEL**, is a Forensic Technology Consultant with the firm. Mr. Siegel has 10 years of experience in the technology field. He is currently pursuing his Bachelor of Science degree in Information Technology-Information Security Systems at the University of Phoenix.

**KENNETH SOLARES,** California State University, Northridge (B.S. - Finance) is a Consultant in the firm. Mr. Solares has experience in accounting, bookkeeping, financial statement analysis and office management. Mr. Solares is a CPA Candidate with the California Board of Accountancy.

**WILLIAM THOMSEN, CFA, ASA,** Columbia University (M.B.A. - Finance), Pomona College (B.A. - Economics) is a Director with the firm. Mr. Thomsen has over 25 years of experience providing business valuations and economic analyses to various businesses. His consulting expertise also includes economic damage assessment and expert testimony for commercial and employment disputes. He has testified on numerous occasions regarding valuation and economic damage issues and has qualified as an expert witness in U.S. District Court and California Superior Court.

**JACKIE VACEK**, University of St. Thomas, Houston, TX (B.A. – International Studies; M.S.A. - Accounting) is a Staff Accountant in the firm. She has experience in providing tax services to a variety of privately held companies in the manufacturing, O & G, and service industries. She is a member of Beta Alpha Psi.

**GROBSTEIN TEEPLE LLP**

**FIRM BIOGRAPHIES**

**PARAPROFESSIONALS**

**BRITTANI ANDERSON,** Florida Gulf Coast University, (B.A. – Criminal Justice) is an Assistant Trustee Administrator with the firm.

**BROOKE BORBA,** University of California, Santa Cruz, (B.A. - English Language and Literature) is a Tax Administrator with the firm.

**WENDI CARRANZA**, Southern California College of Business and Law (A.A. - Paralegal Studies) is an Assistant Trustee Administrator in the firm's Riverside office.

**SHEENA DeHOYOS,** West Los Angeles College, (A.A. - Paralegal Studies) is a Trustee Administrator with the firm.

**SHARON HEIT** is a Marketing Manager at the firm.

**LYNN RICE**, American College of Hotel & Restaurant Management (Certification Program), is the Office Manager of the firm.

**KARINA SILVA** is a Receptionist at the firm.

**CORY ZERA**, University of California, San Diego, (B.A. -Visual Arts: Media) is an Executive Administrator with the firm.

# EXHIBIT B

# GROBSTEIN TEEPLE LLP

# FIRM BILLING RATES

## Partners and Principals

| **Name** | **Rate** |
|---|---|
| Grobstein, Howard | $495.00 |
| Boffill, Kermith | $360.00 |
| Howard, Benjamin | $410.00 |
| Leonard, Jeffrey | $370.00 |
| Lundeen, Brian | $300.00 |
| Rasmussen, Erik | $485.00 |
| Roopenian, Steven | $305.00 |
| Shamas, Eddie | $300.00 |
| Stake, Kurt | $450.00 |
| Teeple, Joshua | $440.00 |
| Wright, Kailey | $305.00 |

## Managers and Directors

| **Name** | **Rate** |
|---|---|
| Bussell, Jeffrey | $375.00 |
| Chamichyan, Silva | $225.00 |
| Godoy, Steven | $225.00 |
| McCarthy, Michael | $275.00 |
| Rojany, Rachel | $285.00 |
| Thomsen, William | $325.00 |

## Staff and Senior Accountants

| **Name** | **Rate** |
|---|---|
| Chun, Jessie | $210.00 |
| Demirdzhyan, Lucy | $140.00 |
| Hymel, Dianne | $85.00 |
| Jarquin, Claudia | $85.00 |
| Johnson, Kelsea | $135.00 |
| Lopez, Lindsay | $125.00 |

Exhibit B                                                                                                                    1

# GROBSTEIN TEEPLE LLP

## FIRM BILLING RATES

| | |
|---|---|
| Mann, Naveen | $135.00 |
| Martinez, Jay | $150.00 |
| McCallum, Breanna | $115.00 |
| Meacham, Kevin | $195.00 |
| Mehra, Dimple | $275.00 |
| Mier, Lucia | $195.00 |
| Morberg, Thomas | $150.00 |
| Muga, Tracey | $175.00 |
| Odell, Alex | $275.00 |
| Segura, Andrew | $135.00 |
| Siegel, Brian | $250.00 |
| Solares, Kenneth | $195.00 |
| Vacek, Jackie | $125.00 |

### Para-Professionals

| **Name** | **Rate** |
|---|---|
| Anderson, Brittani | $125.00 |
| Borba, Brooke | $125.00 |
| Carranza, Wendi | $125.00 |
| DeHoyos, Sheena | $125.00 |
| Heit, Sharon | $125.00 |
| Rice, Lynn | $125.00 |
| Silva, Karina | $125.00 |
| Zera, Cory | $125.00 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

*6300 Canoga Avenue, Suite 1500W, Woodland Hills, CA 91367*

A true and correct copy of the foregoing document entitled (*specify*): **APPLICATION BY CHAPTER 7 TRUSTEE FOR AUTHORIZATION TO EMPLOY GROBSTEIN TEEPLE LLP AS ACCOUNTANTS EFFECTIVE SEPTEMBER 4, 2019; STATEMENT OF DISINTERESTEDNESS IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On September 24, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On September 24, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
LF Runoff 2, LLC
1900 Main Street Ste 640
Irvine, CA 92614

Honorable Theodor Albert
US Bankruptcy Court
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5085
Santa Ana, CA 92701-4593

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/24/2019 | CORY ZERA | /s/ CORY ZERA |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    F 9013-3.1.PROOF.SERVICE

LF Runoff 2, LLC                                                                                          Case No. 19-10526-TA

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

| | |
|---|---|
| Alan Craig Hochheiser | ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com |
| Angie M. Marth | amarth@logs.com, ssali@logs.com |
| Brian D. Huben | hubenb@ballardspahr.com, carolod@ballardspahr.com |
| D. Edward Hays | ehays@marshackhays.com, 8649808420@filings.docketbird.com |
| David Wood | dwood@marshackhays.com, 8649808420@filings.docketbird.com |
| Frank Cadigan | frank.cadigan@usdoj.gov |
| James Andrew Hinds, Jr | jhinds@jhindslaw.com, mduran@jhindslaw.com |
| Jason E Goldstein | jgoldstein@buchalter.com, jnewton@buchalter.com; docket@buchalter.com; ahorowitz@buchalter.com |
| Joseph Corrigan | Bankruptcy2@ironmountain.com |
| Justin D. Balser | justin.balser@akerman.com, toni.domres@akerman.com;den-cf@akerman.com |
| Marc C. Forsythe | kmurphy@goeforlaw.com, mforsythe@goeforlaw.com; goeforecf@gmail.com |
| Randall P. Mroczynski | randym@cookseylaw.com |
| Richard A Marshack (TR) | pkraus@marshackhays.com, rmarshack@iq7technology.com |
| Robbin L. Itkin | robbin.itkin@dlapiper.com, cheryleigh.bullock@dlapiper.com; robbin-itkin-6765@ecf.pacerpro.com |
| Shawn M. Christianson | cmcintire@buchalter.com, schristianson@buchalter.com |
| Sheri Kanesaka | sheri.kanesaka@fnf.com, Christine.hipp@fnf.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |