UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (NON-BUSINESS) | |
|---|---|---|
| LF Runoff 2, LLC | Case Number: | 8:19-bk-10526-TA |
| | Operating Report Number: | 5 |
| Debtor(s). | For the Month Ending: | 9/30/2019 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

| | | |
|---|---|---|
| 1. | TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | |
| 2. | LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | |
| 3. | BEGINNING BALANCE: | 1,348.66 |
| 4. | RECEIPTS DURING CURRENT PERIOD: | 0.00 |
| 5. | BALANCE: | 1,348.66 |
| 6. | LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD | 0.00 |
| 7. | ENDING BALANCE: | 1,348.66 |
| 8. | General Account Number(s): | TCB #4890 |
| | Depository Name & Location: | Texas Capital Bank |

\*   All receipts must be deposited into the general account.
\*\*  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
     to whom, terms, and date of Court Order or Report of Sale.
\*\*\*This amount should be the same as the total from page 2.

# Declaration of Richard A. Marshack

I, RICHARD A. MARSHACK declare and state:

1. I am the duly appointed Chapter 11 Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of LF Runoff 2, LLC ("Debtor"). The matters stated herein are within my own knowledge or information and, if called upon to testify, I could/would competently testify thereto.

2. On May 14, 2019, as Dk. No. 67, the Court entered an Order directing the United States Trustee to appoint a chapter 11 Trustee.

3. On May 15, 2019, I was appointed as the Chapter 11 trustee of the Estate.

4. My counsel, accountant and I have met with Debtor's CEO, Matthew Browndorf.

5. My accountant, Grobstein Teeple LLP ("GT") has recently gained access to some of Debtor's electronic books and records.

6. At the status conference on August 28, 2019, the Court ordered that the case be converted to Chapter 7.

7. On September 4, 2019 as Dk. No. 146, the Court entered an order converting the case to Chapter 7 and I was appointed as Chapter 7 Trustee.

8. On September 6, 2019, I turned over the funds on hand to the Chapter 7 case.

I declare that the foregoing is true and correct under the penalty of perjury. Executed October 5, 2019, in Irvine, California.

    /s/ Richard A. Marshack
RICHARD A. MARSHACK

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled (specify): **CHAPTER 11 TRUSTEE'S MONTHLY OPERATNG REPORT** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 5, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL:**
On __, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR / MAIL REDIRECTED TO TRUSTEE**
LF RUNOFF 2, LLC
~~1900 MAIN STREET STE 640~~
~~IRVINE, CA 92614-7319~~

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on __, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 5, 2019 | Pamela Kraus | /s/ Pamela Kraus |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: continued:

- Justin D Balser    justin.balser@akerman.com, toni.domres@akerman.com;den-cf@akerman.com;parisa.jassim@akerman.com;preston.ascherin@akerman.com;amanda.herrera@akerman.com;suzanne.jimenez@akerman.com
- Frank Cadigan    frank.cadigan@usdoj.gov
- Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com
- Joseph Corrigan    Bankruptcy2@ironmountain.com
- Marc C Forsythe    kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com
- Jason E Goldstein    jgoldstein@buchalter.com, jnewton@buchalter.com;docket@buchalter.com;ahorowitz@buchalter.com
- D Edward Hays    ehays@marshackhays.com, 8649808420@filings.docketbird.com
- James Andrew Hinds    jhinds@jhindslaw.com, mduran@jhindslaw.com
- Alan Craig Hochheiser    ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- Brian D Huben    hubenb@ballardspahr.com, carolod@ballardspahr.com
- Robbin L. Itkin    robbin.itkin@dlapiper.com, cheryleigh.bullock@dlapiper.com;robbin-itkin-6765@ecf.pacerpro.com
- Sheri Kanesaka    sheri.kanesaka@fnf.com, Christine.hipp@fnf.com
- Richard A Marshack (TR)    pkraus@marshackhays.com, rmarshack@iq7technology.com
- Angie M Marth    amarth@logs.com, ssali@logs.com
- Randall P Mroczynski    randym@cookseylaw.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- David Wood    dwood@marshackhays.com, 8649808420@filings.docketbird.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**